Exhibit A EEOC Email
Plaintiff's Motion to Amend Complaint
1:21-cv-00814 Harigrove v. City of Salisbury et al
Page 1 of 4

## FW: Important Document Available for EEOC Charge 433-2021-02401

**Valerie Bateman** </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=06F51279844A4E10A402929D38F5D2C7-VALERIE.BAT>

Mon 9/6/2021 4:41 PM

To: 'Larissa Harper' <send2rissa@gmail.com>

See below and attached.



**VALERIE BATEMAN**
**Attorney**
Pronouns: she/her/hers
406 Blackwell St., Ste 420
Durham, NC 27701
(919) 436-3592 [phone + fax]
valerie.bateman@forrestfirm.com | http://www.forrestfirm.com

**CONFIDENTIAL & PRIVILEGED**

Unless otherwise indicated or obvious from the nature of the foregoing communication, the information contained herein is attorney-client privileged and/or subject to the attorney work product doctrine. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

**From:** GLORY GERVACIO <GLORY.GERVACIO@EEOC.GOV>
**Sent:** Monday, September 6, 2021 4:32 PM
**To:** Valerie Bateman <valerie.bateman@forrestfirm.com>
**Cc:** JOHNNIE BARRETT <JOHNNIE.BARRETT@EEOC.GOV>; APRIL KLUG <APRIL.KLUG@EEOC.GOV>; RALIGOV <RALIGOV@eeoc.gov>
**Subject:** RE: Important Document Available for EEOC Charge 433-2021-02401
**[EXTERNAL E-MAIL - USE CAUTION]**

Thanks Valerie. We will process accordingly.
Glory Gervacio Saure | Director
EEOC – Raleigh Area Office
(984) 275-4810 | Direct Dial
glory.gervacio@eeoc.gov

**From:** Valerie Bateman <valerie.bateman@forrestfirm.com>
**Sent:** Monday, September 6, 2021 5:10 AM
**To:** GLORY GERVACIO <GLORY.GERVACIO@EEOC.GOV>
**Cc:** JOHNNIE BARRETT <JOHNNIE.BARRETT@EEOC.GOV>; APRIL KLUG <APRIL.KLUG@EEOC.GOV>
**Subject:** RE: Important Document Available for EEOC Charge 433-2021-02401

Glory, Thanks for your investigation. My thoughts below:
My recommendation are as follows -

- We need to reopen -2401 b/c the charge was closed without a signed charge. I have enclosed another copy of draft of the charge that was sent to you/client's review and signature.

*We had an intake interview, after which he prepared the charge, which we revised and sent back signed and is attached with numbers you provided.*

- We need to draft a charge for – 02402 for your client's signature. Charge is currently assigned to Investigator Angel Rivera for processing. Has he contacted you/client for an intake interview?

Exhibit A EEOC Email
Plaintiff's Motion to Amend Complaint
1:21-cv-00814 Hairgrove v. City of Salisbury et al
Page 2 of 4

*We had an intake interview, after which he prepared the charge, which we revised and sent back signed and is attached with new numbers.*

Kind regards, Valerie



**VALERIE BATEMAN**
**Attorney**
Pronouns: she/her/hers
406 Blackwell St., Ste 420
Durham, NC 27701
(919) 436-3592 [phone + fax]
valerie.bateman@forrestfirm.com | http://www.forrestfirm.com

**CONFIDENTIAL & PRIVILEGED**

Unless otherwise indicated or obvious from the nature of the foregoing communication, the information contained herein is attorney-client privileged and/or subject to the attorney work product doctrine. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please Immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

**From:** GLORY GERVACIO <GLORY.GERVACIO@EEOC.GOV>
**Sent:** Friday, September 3, 2021 8:08 PM
**To:** Valerie Bateman <valerie.bateman@forrestfirm.com>
**Cc:** JOHNNIE BARRETT <JOHNNIE.BARRETT@EEOC.GOV>; APRIL KLUG <APRIL.KLUG@EEOC.GOV>
**Subject:** RE: Important Document Available for EEOC Charge 433-2021-02401
**[EXTERNAL E-MAIL - USE CAUTION]**

Hi Valerie – I just wanted to circle back. Below is what I can piece together on Charging Party's charges -

- 433-2021-00689 against City has retaliation and sex for discharge and harassment (Inv Jones-Mounts) – Closed on 8/31/2021
- 433-2021-00693 against Downtown has retaliation/sex for constructive discharge and harassment (Inv Jones-Mounts) – Closed on 7/17/2021
- 433-2021-02401 against City has retaliation for constructive discharge and harassment. However, it appears that the discharge is covered under another charge (Inv Rivera)– Closed on 8/31/2021. Charge was closed without signed charge. Need to reopen.
- 433-2021-02402 against Downtown has retaliation in unfavorable reference (Inv Rivera) - Charge is currently open. Need to draft charge for Charging Party's signature.

My recommendation are as follows -

- We need to reopen -2401 b/c the charge was closed without a signed charge. I have enclosed another copy of draft of the charge that was sent to you/client's review and signature.
- We need to draft a charge for – 02402 for your client's signature. Charge is currently assigned to Investigator Angel Rivera for processing. Has he contacted you/client for an intake interview?

Let me know if this works. Looping in my team as well.

Glory Gervacio Saure | Director
EEOC – Raleigh Area Office
(984) 275-4810 | Direct Dial
glory.gervacio@eeoc.gov

**From:** Valerie Bateman <valerie.bateman@forrestfirm.com>
**Sent:** Thursday, September 2, 2021 3:13 PM
**To:** GLORY GERVACIO <GLORY.GERVACIO@EEOC.GOV>
**Subject:** Re: Important Document Available for EEOC Charge 433-2021-02401
Sounds good, thanks!
Forrest Firm
919-436-3592 p/f

Exhibit A EEOC Email
Plaintiff's Motion to Amend Complaint
1:21-cv-00814 Hairgrove v. City of Salisbury et al
Page 3 of 4

**From:** GLORY GERVACIO <GLORY.GERVACIO@EEOC.GOV>
**Sent:** Thursday, September 2, 2021 9:03:17 PM
**To:** Valerie Bateman <valerie.bateman@forrestfirm.com>
**Subject:** Re: Important Document Available for EEOC Charge 433-2021-02401
**[EXTERNAL E-MAIL - USE CAUTION]**

Hi Valerie. Let me piece it together, and see what's going on. I'll circle back w you tomorrow.
Glory Gervacio Saure | Director
EEOC – Raleigh Area Office
(984) 275-4810 | Direct Dial
glory.gervacio@eeoc.gov

**From:** Valerie Bateman <valerie.bateman@forrestfirm.com>
**Sent:** Thursday, September 2, 2021 2:57 PM
**To:** GLORY GERVACIO
**Subject:** FW: Important Document Available for EEOC Charge 433-2021-02401

Glory, This is super messed-up. I have no reason to believe that the retaliation charge against City of Salisbury and DSI was even filed, much less investigated. Can you help me understand why a right to sue has already been issued when there is not even a retaliation charge in the portal? Many thanks. Valerie

**FORRESTFIRM**

**VALERIE BATEMAN**
**Attorney**
Pronouns: she/her/hers
406 Blackwell St., Ste 420
Durham, NC 27701
(919) 436-3592 [phone + fax]
valerie.bateman@forrestfirm.com | http://www.forrestfirm.com
**CONFIDENTIAL & PRIVILEGED**

Unless otherwise indicated or obvious from the nature of the foregoing communication, the information contained herein is attorney-client privileged and/or subject to the attorney work product doctrine. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

**From:** U.S. Equal Employment Opportunity Commission <noreply@eeoc.gov>
**Sent:** Tuesday, August 31, 2021 11:51 PM
**To:** Valerie Bateman <valerie.bateman@forrestfirm.com>
**Subject:** Important Document Available for EEOC Charge 433-2021-02401

**[EXTERNAL E-MAIL - USE CAUTION]**



**U.S. Equal Employment Opportunity Commission**
**Raleigh Area Office**

EEOC has made a decision regarding charge number 433-2021-02401. It is very important that you download and retain a copy of this document. You may review this decision by logging into the EEOC Public Portal.

Exhibit A EEOC Email
Plaintiff's Motion to Amend Complaint 1
:21 cv 00814 Hairgrove v. City of Salisbury et al
Page 4 of 4

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 433-2021-02401. Please do not reply to this email.

Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at digital-support@eeoc.gov and destroy all copies of the original message and attachments.