Exhibit B EEOC Charges
Plaintiff's Motion to Amend Complaint
1:21-cv-00814 Hairgrove v. City of Salisbury et al
Page 1 of 2

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 433-2021-02401 |

and EEOC
_State or local Agency, if any_

**Name** (indicate Mr., Ms., Mrs.): Ms. Larissa Harper Hairgrove
**Home Phone** (Incl. Area Code):
**Date of Birth:**

**Street Address / City, State and ZIP Code:** 1075 E. Holly Grove Road, Lexington, NC 27292

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** CITY OF SALISBURY
**No. Employees, Members:** 15 - 100
**Phone No.** (Include Area Code):

**Street Address / City, State and ZIP Code:** 132 North Main Street, Salisbury, NC 28145

**Name:** DOWNTOWN SALISBURY INC
**No. Employees, Members:** 2
**Phone No.** (Include Area Code):

**Street Address / City, State and ZIP Code:** 217 South Main Street Salisbury NC 28144

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 04-22-2021
Latest: 04-22-2021
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I. I was jointly employed as Downtown Development Director by both of the above named employers since October 9, 2017.

II. I filed a charge of discrimination against both DSI and the City of Salisbury and engaged in mediation, which are protected activities.

III. After unsuccessful mediation, either DSI or the City or both or agents acting on their behalf, stated to individuals in the NC tourism and "Main Street" industry that I had filed an EEOC charge and was planning on suing the City of Salisbury.

IV. I believe I was retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

08-12-2021 _Larissa Harper Hairgrove_
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

United States Equal Employment Opportunity Comission – EEOC
Raleigh Office
Received on: 9 / 07 /2021

Exhibit B EEOC Charges
Plaintiff's Motion to Amend Complaint
1:21-cv-00814 Hairgrove v. City of Salisbury et al
Page 2 of 2

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 433-2021-02402 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Larissa Harper Hairgrove | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1075 E. Holly Grove Road, Lexington, NC 27292 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF SALISBURY | 15 - 100 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 132 North Main Street, Salisbury, NC 28145 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DOWNTOWN SALISBURY INC | 2 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 217 South Main Street Salisbury NC 28144 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-22-2021   Latest: 04-22-2021
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was jointly employed as Downtown Development Director by both of the above named employers since October 9, 2017.

II. I filed a charge of discrimination against both DSI and the City of Salisbury and engaged in mediation, which are protected activities.

III. After unsuccessful mediation, either DSI or the City or both or agents acting on their behalf, stated to individuals in the NC tourism and "Main Street" industry that I had filed an EEOC charge and was planning on suing the City of Salisbury.

IV. I believe I was retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

08-12-2021  _Larissa Harper Hairgrove_
Date

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

United States Equal Employment Opportunity Comission - EEOC
Raleigh Office

Received on: 9/07/2021