Exhibit C EEOC Rescision of RTS Charge 2402
Plaintiff's Motion to Amend Complaint
1:21-cv-00814 Hairgrove v. City of Salisbury etal



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Charlotte District Office**

129 West Trade Street, Suite 400
Charlotte, NC  28202
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Direct Dial: (980) 296-1250
FAX (704) 954-6410
Website: www.eeoc.gov

Charge Numbers: 433-2021-02401

Larissa Harper Hairgrove
1075 E. Holly Grove Rd.
Lexington, NC  27292
send2rissa@gmail.com

Charging Party

City of Salisbury
ATTN: Graham Corriher, City Attorney
132 North Main Street
Salisbury, NC  28145
graham.corriher@salisburync.gov

Respondent

NOTICE OF RESCISSION

Pursuant to the Commission's Procedural Regulations, 29 CFR 1601.19 (b). I hereby give notice of my intent to reconsider the final determination issued in the above referenced charge of employment discrimination. This is to notify the parties that the Dismissal Notice issued in the cited charge, dated August 31, 2021 was issued in error and is revoked. The Charging Party's right to sue is hereby vacated. This rescission vacates the dismissal previously issued in this charge.

A representative of the Commission will be in contact with the parties as necessary to continue with processing this matter.

On Behalf of the Commission:

THOMAS
COLCLOUGH

Digitally signed by THOMAS COLCLOUGH
DN: c=US, o=U.S. Government, ou=Equal Employment
Opportunity Commission, cn=THOMAS COLCLOUGH,
0.9.2342.19200300.100.1.1=45001002407912
Date: 2021.12.03 15:58:16 -05'00'

12-03-2021
Date

Thomas Colclough
District Director

cc: Glory Gervacio, Area Office Director – Raleigh Area Office
    Valerie Bateman, Esq. - valerie.bateman@forrestfirm.com