IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LARISSA HARPER HAIRGROVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21CV814 |
| | ) | |
| CITY OF SALISBURY, DOWNTOWN SALISBURY INC., and LANE BAILEY in his individual and official capacity, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING AMENDED JOINT RULE 26(f) REPORT

The Court has reviewed the Amended Joint Rule 26(f) Report (Docket Entry 24) submitted by the parties and approves it without modification. The parties do not believe this case will involve confidential or sealed documents. If the parties determine during discovery that they have incorrectly indicated that the case will not involve any confidential or sealed documents, the parties must meet and confer and file a LR 5.5 Report within 10 days after so determining, and they must include an explanation for the late change in position.

_____
Joe L. Webster
United States Magistrate Judge

Date: May 17, 2022