IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:21-cv-00814-CCE-LRW

| | |
|---|---|
| LARISSA HARPER HAIRGROVE, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CITY OF SALISBURY, DOWNTOWN )<br>SALISBURY INC., and LANE )<br>BAILEY, in his individual and official )<br>capacity, )<br>)<br>    Defendant. ) | **ORDER** |

This matter comes before the court upon Plaintiff's Second Motion to Extend the Discovery Deadline. Having considered the motion, and for good cause shown,

IT IS THEREFORE ORDERED that Plaintiff's Second Motion to Extend the Discovery Deadline is GRANTED and the deadline for the parties to conclude discovery is hereby extended through and including March 6, 2023.

This the ____ day of March 2023.

_____
United States District Judge/Magistrate