IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LARISSA HARPER HAIRGROVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SALISBURY, DOWNTOWN SALISBURY INC., and LANE BAILEY, in his individual and official capacity, | ) ) ) ) | 1:21-CV-814 |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter comes before the court upon Plaintiff's Second Motion to Extend the Discovery Deadline. Having considered the motion, and for good cause shown,

**IT IS THEREFORE ORDERED** that Plaintiff's Second Motion to Extend the Discovery Deadline is **GRANTED** and the deadline for the parties to conclude discovery is hereby extended through and including March 6, 2023.

This the 3rd day of March 2023.

_____
UNITED STATES DISTRICT JUDGE