


# Employee Handbook Acknowledgment
Revised 2011

I have received my copy of the City of Salisbury Handbook for Employees. I understand that it outlines the benefits, policies and rules for me as an employee. My responsibility is to be familiar with the information in the Handbook and to follow the rules and procedure that it describes.

I understand that The City retains the right, at any time for any reason, to change any provision of the Handbook or any terms and conditions of employment.

_____Larissa Benita Harper_____
Employee's Full Name

___Larissa Benita Harper___  ___10-11-2017___
Employee's Signature                Date

**EXHIBIT 13**