


# City of Salisbury
Evaluation Performance Review for Supervisors

☐ New Employee  ☐ Annual Review  ☐ Mid-Year Review  ☐ Transfer/Promotion

**Employee Information**

| | |
|---|---|
| Employee's Name: | Larissa Harper |
| Supervisor's Name: | Zack Kyle |
| Reviewer's Name: | |
| Department: | Downtown Development |

**Performance Data**

| | | | |
|---|---|---|---|
| Job Classification | | Position Hire Date: | Oct. 9, 2017 |
| Review Period: Start Date | | End Date: | |
| Status: Full Time ☑ Part Time: ☐ | | If the status changed from PT to FT please fill in the previous job | |
| Previous Job Classification: | | (job title) here: | |

**Follow Up**

| Check In with Employee | Date | Supervisor Initials | Supervisor Comments | Employee Initials |
|---|---|---|---|---|
| Mid-Year | | | | |
| Other follow-up | | | | |

**Performance Scale and Rating Descriptions**

| Scale | Description | |
|---|---|---|
| 3 | Exceptional: | Performance far exceeded expectations and job requirements; quality of overall work was consistently superior. |
| 2 | Satisfactory: | Performance consistently met job requirements, and the quality of work overall met the expectations. |
| 1 | Unsatisfactory: | Performance consistently fails to meet job requirements; reasonable progress toward goals was not made. A development plan to correct performance, including timelines and needs for monitoring for measuring progress will be put in place. |
| | SUPERVISORS: | For ratings of either Exceptional or Unsatisfactory Performance, you must provide a detailed explanation in the Supervisor's Comment Section. |

*Larissa Harper*
Employee's Signature

Larissa Harper
Print Name

01-18-19
Date

# City of Salisbury NC

## Section I - The City's Core Competencies

> Competencies that are applicable to all employees within the City of Salisbury; they establish the foundation of how we work, interact and provide service to customers.

*(mark X in appropriate box)*

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **The Salisbury Way:** Our Culture - P3: **Purpose** to serve, succeed, build trust, and exceed expectations. **Passion** for our community, our customers, our career, our city. **Priority** with respect, consistency, timely manner and clear communication. Maintains a customer mindset with a focus on the importance and value of internal and external customer's needs, and acts accordingly. | X | | | 1 |
| Supervisor Comments: Larissa needs to continue to work on her timely responses to co-workers and others. | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Safety:** Demonstrating attention to safety; following departmental safety policies. | | X | | 2 |
| Supervisor Comments: | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Communication/Interpersonal:** Effectively listens to others; clearly and effectively presents and understands information orally and in writing; acquires, organizes, analyzes, interprets, maintains information needed to achieve work unit or organizational objectives. Actively seeks and effectively applies feedback from others. | | X | | 2 |
| Supervisor Comments: | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Ethics, Values and Stewardship:** Consistently exhibits high standards in the areas of honesty, integrity, fairness, trust and respect. Practices responsible use of human resources, time, money, equipment, supplies, parts and organization facilities to accomplish work-unit or organization objectives. | X | | | 1 |
| Supervisor Comments: Larissa needs to work on using resources available to her. | | | | |

## Section I - The City's Core Competencies

*Competencies that are applicable to all employees within the City of Salisbury; they establish the foundation of how we work, interact and provide service to customers.*

|  | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Job Knowledge:** Stays up to date on knowledge needed for the role in the organization; develops sustainable practices and processes that eliminate unnecessary work and significantly improves speed, productivity, efficiency and service delivers; adheres to organization of work unit policies; practices and procedures. Attends classes, workshops or seminars, when necessary to improve skills and abilities. |  | X |  | 2 |
| Supervisor Comments: |  |  |  |  |

|  | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Appearance and Habits:** Personal habits, clothing and grooming, professionalism, personal conduct. |  | X |  | 2 |
| Supervisor Comments: |  |  |  |  |

|  | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Attendance:** Punctual to scheduled work hours. Were there frequent absences without good cause? Extended lunches and breaks? |  | X |  | 2 |
| Supervisor Comments: |  |  |  |  |

|  | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Accountability:** Ensures adherence to organization or work unit policies, practices and procedures. |  | X |  | 2 |
| Supervisor Comments: |  |  |  |  |

|  | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Diversity/Cultural Competence/Equity:** Works effectively with people from all backgrounds, perspectives and interests; uses these differences to an advantage in the achievement of work unity and/or organization objectives. |  |  | X | 3 |
| Supervisor Comments: | Larissa has the ability to relate well with everyone. |  |  |  |

## Section I - The City's Core Competencies

*Competencies that are applicable to all employees within the City of Salisbury; they establish the foundation of how we work, interact and provide service to customers.*

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Adaptability:** Responds to changing circumstances by being innovative and altering behavior to better fit different situations; consistently exhibits optimism and energy; learns new skill, performs work in different ways, and remains calm in stressful situations. | | | X | 3 |
| Supervisor Comments: | Larissa has adapted well to her new role. She has been able to keep the department going with staff changes. | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Problem Solving/Judgment:** Identifies problems in a timely manner. Gathers and analyzes information skillfully. Develops alternate solutions. Resolves problems in early stages. Works well in group problem solving situations. | | X | | 2 |
| Supervisor Comments: | | | | |

Total Score: 22

Number of Performance Factors: 11

Average Score: 2.00

## Section II - Departmental Defined Competencies

> *This is the most specific level of competencies and relates to the individual and his/her specific job or role in the organization.*

*(mark X in appropriate box)*

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Within the scope of Economic Development for the Downtown, Collaborate with Management Team on Special Projects, Staff Development, and other City Programs beyond the boundaries of the Municipal Service District (MSD). | | X | | 2 |
| **Supervisor Comments:** | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Work with Planning, Development Services, Engineering, and other City Departments to develop City-Owned Properties within the MSD. (i.e., The Plaza RFQ and Development Process) | | X | | 2 |
| **Supervisor Comments:** Larissa has brought value in this area because of her previous experiences. | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Coordinates meetings between parties and appropriate City Departments to proactively begin the process of identifying and researching public and privately owned buildings and pair with uses within the MSD. | | X | | 2 |
| **Supervisor Comments:** | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Business Retention Services--Offer educational opportunities, guidance, and consultations, based on best practices (by staff or referred 3rd party), in order to improve support to existing downtown business | | X | | 2 |
| **Supervisor Comments:** | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Business Recruitment Services--Proactively search for business uses that will fill use gaps, includes offering business resources and making connections to Small Business Center at RCCC and other organizations for new business owners wanting to locate downtown | | X | | 2 |
| **Supervisor Comments:** | | | | |

## Section II - Departmental Defined Competencies

*This is the most specific level of competencies and relates to the individual and his/her specific job or role in the organization.*

|  | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Continue to improve operations and implement Program of Work for non-profit economic development partner, Downtown Salisbury, Inc., based on the Main Street 4-Point approach of Organization, Design, Economic Vitality, and Promotions. |  |  | X | 3 |
| Supervisor Comments: | Larissa has done an outstanding job of working to get DSI functioning as a "Mainstreet Program". | | | |

Total Score: 13

Number of Performance Factors: 6

Average Score: 2.17

## Section III - Managerial and Supervisory Competencies

*(If applicable to classification/job title)*

*(mark X in appropriate box)*

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Values:** Leads by example by supporting and modeling the Salisbury Way, core values, policies, practices and procedures. | | X | | 2 |
| Supervisor Comments: | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Servant Leadership:** Displays the desire to serve, meets the needs of others before self, active listener, gives appreciation, praises others in recognition, and sets a high standard. Committed to the employees and community at large. | | X | | 2 |
| Supervisor Comments: | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Development:** Provides direction, sets expectations, delegates work assignments, gives authority to work independently, holds the employee accountable, provides recognition for results, exhibits confidence in others, motivates others to perform well, encourages growth, includes employees in planning and developing skills. | | | | |
| Supervisor Comments: Due to Larissa's limited work with supervising staff I cannot fairly score her in this area. | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Relationships:** Engages, collaborates and builds relationships within and outside of the organization to help accomplish the mission, vision and objectives of the city at large. | X | | | 1 |
| Supervisor Comments: Larissa needs to work on timely responses to the needs of other departments. | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Planning and Organization:** Prioritizes and plans work activities, uses time efficiently, plans for additional resources, champions and integrates positive change, sets goals and objectives, works in an organized manner. Includes the direction and vision of the leader in the day to day operation of the department. | X | | | 1 |
| Supervisor Comments: Larissa has improved on getting information out to the DSI board. She is great at intergrating positive change but still needs to work on timeliness when it comes to organizing. | | | | |

Total Score:     6

Number of Performance Factors:     4

Average Score:     1.50

## Section IV - Current Goals

The employee and the supervisor are to work together to establish specific goals for this evaluation period. These may be taken, in whole or in part, from the section 'Next Period Goals', as established during previous review periods. The completion column will indicate if the goal was accomplished and the comments section will explain results if the goal was completed or indicate why the goal was not completed.

*(mark X in appropriate box)*

| Goal | Completed Yes/No |
|---|---|
| Training of new Marketing & Events Coordinator: Task Part-Time Office Manager/Admin to train on Downtown Dept/DSI's Database Systems, including new Maestro on-line property and task management system, Website content management, and introduce to digital media partners within first 6 mos. | Yes: <br> No: X |
| **Supervisor Comments:** | |

| Goal | Completed Yes/No |
|---|---|
| Business Recruitment & Property Development--Identify and approach 5 businesses and 5 underutilized building owners with grant opportunities and marketing materials in order to fill gaps of demand and encourage a diverse mix of business and residential uses within the MSD. | Yes: <br> No: X |
| **Supervisor Comments:** | |

| Goal | Completed Yes/No |
|---|---|
| Direct New Marketing & Events Coordinator to request required funding, complete application and required committee meeting in order to apply for Certified Retirement Community Certification before June 2019. | Yes: <br> No: X |
| **Supervisor Comments:** | |

| Goal | Completed Yes/No |
|---|---|
| Continue to develop the Downtown Development Department adding resources and staff as well as carry out duties expected of a Department Head for the City of Salisbury. | Yes: <br> No: X |
| **Supervisor Comments:** | |

| Goal | Completed Yes/No |
|---|---|
| Continually collect data throughout the year to complete the required NC Main Street Report (due July 31) and direct the Downtown Salisbury, Inc. program activities to complete the Annual Assessment (Due Jan. 1) in order to maintain National Main Street Accreditation and State designation through the NC Main Street Center/Dept. of Commerce | Yes: X <br> No: |
| **Supervisor Comments:** ongoing | |

| Goal | Completed Yes/No |
|---|---|
| Continually evaluate the partnerships with the Parks & Rec Dept, Tourism Development Authority, Centralina Council of Governments, and MSD Independent Contractor Agreement between the City and Downtown Salisbury, Inc. to track the progress and efficiency, as well as maintain consistency with the defined scope of services. | Yes: <br> No: X |

## Section IV - Current Goals

> The employee and the supervisor are to work together to establish specific goals for this evaluation period. These may be taken, in whole or in part, from the section 'Next Period Goals", as established during previous review periods. The completion column will indicate if the goal was accomplished and the comments section will explain results if the goal was completed or indicate why the goal was not completed.

| Supervisor Comments: | ongoing |
|---|---|

| Goal | Completed Yes/No |
|---|---|
| Continue to work with the Empire Hotel Development Team to secure executed contracts, coordinate with contractors, consultants, and city staff to implement the closing transaction by June 2019. | Yes<br>No |

| Supervisor Comments: | |
|---|---|

| Goal | Completed Yes/No |
|---|---|
| Hire Marketing & Event Coordinator staff by Oct. 1, 2018 and ensure completion of "Salisbury University" orientation within 1 month of hiring. | Yes  X<br>No |

| Supervisor Comments: | |
|---|---|

| Goal | Completed Yes/No |
|---|---|
| Direct the overall economic development program of work for Downtown Salisbury, Inc. so that all committee work plans are completed and board Orientation is complete by Oct.1, 2018 as well as attend all required Main Street Director meetings to meet National Accreditation/State Designation standards by June 30, 2019 | Yes<br>No  X |

| Supervisor Comments: | ongoing |
|---|---|

| Goal | Completed Yes/No |
|---|---|
| Continue planning with NC Dept. of Commerce--Main Street Center to host 2019 Main Street Conference in March 2019 | Yes<br>No |

| Supervisor Comments: | |
|---|---|

| Goal | Completed Yes/No |
|---|---|
| Provide guidance to new Marketing & Event Coordinator and Parks & Rec Staff in order to implement 12 DSI-originated downtown events and build marketing presence for DSI within the next year. | Yes<br>No |

| Supervisor Comments: | |
|---|---|

| Goal | Completed Yes/No |
|---|---|
| Business Retention--Contiue to build rapport with downtown stakeholders by in-person meetings, educating on best business practices, available grant opportunities and participating in productive downtown business community monthly | Yes<br>No |

## Section IV - Current Goals

The employee and the supervisor are to work together to establish specific goals for this evaluation period. These may be taken, in whole or in part, from the section 'Next Period Goals', as established during previous review periods. The completion column will indicate if the goal was accomplished and the comments section will explain results if the goal was completed or indicate why the goal was not completed.

meetings to resume in Sept. 2018. (Property owners, tenants, residents, business owners & their staff.)

| Supervisor Comments: | |
|---|---|

## Section V - Other Performance Factors

**RECOGNITION:** Has the employee received any acknowledgements of going above and beyond? If so, please include the recognition and date.

**DISCIPLINARY:** Did the employee receive a record of discussion, written warning, suspension, performance improvement plan or any other counseling regarding overall performance?(Yes/No) If so, please explain the plan of progress.

**EDUCATION/CERTIFICATION:** Did the employee complete any certifications and/or classes related to their essential duties/work, during this review? (Yes/No)

# Summary and Comment

Name: Larissa Harper

|  |  |  |  |
|---|---|---|---|
| Core Competencies Average Score: | 2.00 | * 33.333% | 0.67 |
| Department Competencies Average Score: | 2.17 | * 33.333% | 0.72 |
| Management and Supervisory Average Score: | 1.50 | * 33.333% | 0.50 |
| Total Performance Rating: | 5.67 | | 1.89 |

**Overall Performance Comments:**

**Employee Comments:** I believe this is not a bad evaluation after 1 year of building a new City Department that integrates the goals of a non-profit, implementing their program of work and operating its business office. Now that the department has 3 full-time employees, the department will operate more efficiently. We are on the right track and will continue to improve, adjust goals. I am committed to improving my performance for betterment of myself and the team.

I have read and discussed this performance evaluation with my supervisor: _Larissa Harper_
Employee's Signature
Larissa Harper
Print Name

Date: 01-18-19

**Supervisor Comments:**

I have discussed this performance evaluation with the employee: _[signature]_
Supervisor's Signature
Zack Kyle
Print Name

Date

**Division Manager Comments:**

Approved by: _____
Division Manager's Signature

Date                     Print Name

## Summary and Comment

Department Director Comments:

[ ]

Approved by: _____
*Department Manager's Signature*

_____  _____
*Date*  *Print Name*

Additional Reviewer Comments:

[ ]

Approved by: _____
*Reviewer's Signature*

_____  _____
*Date*  *Print Name and Title*

Additional Reviewer Comments

[ ]

Approved by: _____
*Reviewer's Signature*

_____  _____
*Date*  *Print Name and Title*

Received by: _____
*Human Resources Signature*

_____  _____
*Date*  *Print Name*