**Zack Kyle**

| | |
|---|---|
| From: | Greg Shields <gshields@mac.com> |
| Sent: | Monday, February 25, 2019 2:19 PM |
| To: | Zack Kyle |
| Cc: | Whitney Wallace; Tim Proper; Lane Bailey |
| Subject: | Re: Confidential (Department head Performance) |


EXHIBIT P11

**CAUTION:** *** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. ***

Hi Zack,

Thank you for reaching out. I understand your concerns about Diane. We will keep her sequestered for now per your request. I have a few things that are specific issues:

1. Emails to Larissa are routinely unanswered, even after repeated attempts to contact her.
2. For most meetings, she is late and rarely prepared.
3. In many cases where she is asked to take care of something, she says that she is far too busy and delegates it to Candice or Latoya.
4. It feels like there is a lot of activity but very little progress made.
5. A very specific instance of this was the new board member orientation. It was disorganized. Larissa was late. We spent a lot of the orientation adding pages to our binders that were not in them to begin with. The pages needed to have holes punched in them. She essentially just told us what the sections were without really tying anything together. The board member list at the front of the binder was out of date and incorrect.

As I understand it, the two biggest issues which have gotten us to this point are the lack of follow through on the Main Street conference and the City Council retreat. As I was not there for the retreat and have not spoken with Liz Parham directly, I don't feel that it is appropriate for me to comment on those topics.

Greg

> On Feb 25, 2019, at 1:57 PM, Zack Kyle <zkyle@salisburync.gov> wrote:
>
> Good Afternoon Greg/Whitney/Tim,
>
> Thank you for meeting with me on Friday to express your concerns related to Larissa's performance. I am working towards preparing documentation concerning her performance and I need your assistance in providing me with specifics related to her performance that warranted your decision to request termination. I did not include Dianne on this request because I have some concerns related to her participation on this matter.
>
> If you have questions I will be more than happy for us to discuss, however I prefer that we do not include Dianne on any future conversations concerning Larissa's employment.
>
> Thanks,

1