



**EXHIBIT**
P 30

Phone: 336.236.4218
Toll Free: 866.604.2389
Fax: 336. 236.4220

www.visitlexingtonnc.com

2 North Main Street, Lexington, NC 27292

August 26, 2021

Larissa Harper Hairgrove
1075 Holly Grove Road
Lexington, NC 27292

Dear Larissa,

This letter confirms our discussion today that the position of Marketing Tourism Coordinator with the Lexington Tourism Authority and Visitor Center is being eliminated effective immediately. You will receive full pay through August 27, 2021 to be paid on our regular pay day of September 3, 2021 through direct deposit.

Additionally, you will receive one week's severance pay at your normal weekly salary for the week August 30- September 3, 2021 and payment for one day of unused vacation time which will paid to you by direct deposit on September 17, 2021 (the usual payment method).

We will need to receive from you today: your office key, your company credit card, and the company owned laptop. Please keep LTA informed of your contact information so that we are able to provide the information you may need in the future such as your W-2 form.

Thank you for your time with the Lexington Visitors Center and Tourism Authority. We wish you the very best in all future endeavors.

Regards,

Robin Bivens
Lexington Tourism Authority Executive Director


Received By _Larissa H. Hairgrove_ Date _8/26/21_

Witnessed by _Angel Lineberry_ Date _8/26/21_
LTA Secretary/ Treasurer