

**City of Salisbury**
North Carolina

*Office of the*
*City Manager*

June 24, 2020

**Via Hand Delivery**
Larissa Harper
1075 E. Holly Grove Rd
Lexington, NC 27292

Re:     Resignation

Dear Larissa,

This letter is to acknowledge receipt of your resignation letter dated Tuesday, June 23, 2020. The letter indicated your resignation is effective immediately. You also offered in the letter to work a two-week notice pursuant to City policy. The City will not require you to work a two-week notice, and considers your resignation effective as of June 23, 2020.

You also alleged in the letter that you were subject to a hostile work environment and workplace harassment. The City takes these allegations very seriously. In order for the City to promptly and thoroughly investigate these allegations pursuant to City policy, please provide Ruth Kennerly, the Human Resources Director, with specific details about your allegations. You may do this in writing or you may schedule a meeting Ms. Kennerly by contacting her by email at rchap@salisburync.gov or by telephone at (704) 638-2168.

Sincerely,

W. Lane Bailey
City Manager

cc:     Ruth C. Kennerly, HR Director
        Personnel file