

# City of Salisbury
### North Carolina

*Office of the
City Manager*

August 28, 2020

**Via U.S. Mail**
Larissa Harper
1075 E. Holly Grove Rd
Lexington, NC 27292

Re:  Requesting additional information

Dear Larissa,

This letter is to follow up on allegations you made in your resignation letter, dated June 23, 2020. In that letter, you claim you were subject to a hostile work environment and workplace harassment. By letter dated June 24, 2020, I requested specific information related to your allegations. Shortly thereafter, Human Resources called you to follow up on my request for additional information. Human Resources again followed up on my request in an email dated June 30, 2020. By email dated July 8, 2020, you asked about information in your personnel file and indicated you would have provide additional information after speaking with your attorney.

We have not heard from you since that email and want to again make sure we have all relevant information in order to respond to your allegations. Please provide any information you would like the City to consider by Friday, September 11, 2020. If you do not do so, the City will conclude its investigation based on the information available.

Please contact me if you have any questions regarding this letter.

Sincerely,

W. Lane Bailey
*City Manager*

cc:  Ruth C. Kennerly, HR Director
Personnel file

132 North Main St. P.O. Box 479     Salisbury, N.C. 28145     Phone: (704) 638-5224     Fax: (704) 638-8501