# EMPLOYEE MANUAL



## CITY OF SALISBURY
**February 2020**

## 3.2 HARASSMENT POLICY

**Workplace Harassment Policy**
The City of Salisbury recognizes that employees are its most important asset, and that a place of employment safe from violence is fundamental to the health and well-being of our employees. The City of Salisbury has a strict policy against all types of workplace violence, including sexual harassment and other forms of workplace harassment based upon an individual's sex, race, religion, color, national origin, physical or mental disability, marital status, age, sexual orientation, sexual identity or any other status protected by federal, state or local laws. All forms of harassment of or by employees, vendors, visitors, customers, and clients are strictly prohibited and will not be tolerated.

**Reporting Workplace Harassment**
Any City employee who experiences or witnesses any acts, conduct, behavior, or communications which violate the Workplace Harassment Policy must immediately contact his or her immediate supervisor, and/or a member of Human Resources. In the event of actual or threatened violence, an employee should immediately seek assistance from his/her supervisor or a member of management and not try to handle the incident on their own. Concurrent with the initiation of any investigation leading to a proposed disciplinary action, the department head shall report the incidents of threats or acts of physical violence to the Human Resources Department.

**(See Appendix for Complaint Form)**

**Sexual Harassment Policy**

Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when (1) submission to such conduct is made either explicitly or implicitly as a term or condition of an individual's employment (2) submission to, or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

While it is not possible to identify each and every act that constitutes or may constitute sexual harassment, the following are some examples: (a) unwelcome requests for sexual favors; (b) lewd or derogatory comments or jokes; (c) comments regarding sexual behavior or the body of another employee; (d) sexual innuendo and other vocal activity such as catcalls or whistles; (e) obscene letters, notes, emails, invitations, photographs, cartoons, articles, or other written or pictorial materials of a sexual nature; (f) repeated requests for dates after being informed that interest is unwelcome; (g) offering or providing favors or employment benefits such as promotions, favorable evaluations, favorable assigned duties or shifts, etc., in exchange for sexual favors; and (h) any unwanted physical touching or assaults, or blocking or impeding movements. Sexual harassment is unacceptable misconduct which affects both genders.
Furthermore, retaliating against an employee for refusing a sexual advance or reporting an incident of possible sexual harassment to City of Salisbury or any government agency is strictly forbidden.

**Other Workplace Harassment**
Other workplace harassment is verbal or physical conduct that insults or shows hostility or aversion towards an individual because of the individual's race, religion, color, national origin, physical or mental disability, marital status, age, sexual orientation, gender identity or any other

status protected by federal, state or local laws, and that: (1) contributes to or has the effect of creating an intimidating, hostile or offensive working environment; (2) unreasonably interferes with an individual's work performance; or (3) otherwise adversely affects an individual's employment opportunities.

Again, while it is not possible to list all the circumstances that constitute other forms of workplace harassment, the following are some examples of conduct that may constitute workplace harassment: (a) the use of disparaging or abusive words or phrases, slurs, negative stereotyping, or threatening, intimidating or hostile acts; (b) written or graphic material that insults, stereotypes or shows aversion or hostility towards an individual or group because of one of the above protected categories and that is placed on walls, bulletin boards, email, voicemail or elsewhere on the City of Salisbury premises, or circulated in the workplace; and (c) a display of symbols, slogans or items that are associated with hate or intolerance towards any group.
Again, the City strictly prohibits retaliation against an employee for reporting an incident of possible harassment to any City supervisor, manager, or Human Resources personnel, or any government agency.

**Discrimination and harassment will not be tolerated in the workplace.** Any employee who feels that he or she has witnessed, or been subject to, any form of discrimination or harassment is required to immediately notify his/her supervisor, Human Resources Director, or other manager of the organization.

City of Salisbury prohibits retaliation against any employee who complains about or reports harassment to either the City or any government agency, or otherwise assists in the investigation of any complaint of harassment or discrimination.

We will promptly and thoroughly investigate any claim and take appropriate corrective action where we find that harassment or discrimination occurred. Discipline for violation of this policy may include, but is not limited to reprimand, suspension, demotion, transfer, and discharge. The City will follow up as necessary to ensure the inappropriate behavior has stopped and there is no retaliation for making a complaint or cooperating with an investigation.



# WORKPLACE HARASSMENT TRAINING

✓

___Larissa Benita Harper___
(PRINT YOUR FULL NAME)

has completed the Workplace Harassment Training on __05-17-18__.
(DATE)

I acknowledge receiving training from the City of Salisbury regarding Workplace Harassment.

___Larissa Benita Harper___     __05-17-18__
(SIGNATURE)                                              (DATE)



# Employee Handbook Acknowledgment
Revised 2011

I have received my copy of the City of Salisbury Handbook for Employees. I understand that it outlines the benefits, policies and rules for me as an employee. My responsibility is to be familiar with the information in the Handbook and to follow the rules and procedure that it describes.

I understand that The City retains the right, at any time for any reason, to change any provision of the Handbook or any terms and conditions of employment.

_Larissa Benita Harper_
Employee's Full Name

_Larissa Benita Harper_   10-11-2017
Employee's Signature              Date