IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:21-cv-00814-CCE-LRW

| | |
|---|---|
| LARISSA HARPER HAIRGROVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF SALISBURY, DOWNTOWN ) <br> SALISBURY INC., and LANE BAILEY, in ) <br> his individual and official capacity, ) <br> ) <br> Defendants. ) | **MOTION FOR SUMMARY JUDGMENT BY DEFENDANT LANE BAILEY IN HIS INDIVIDUAL CAPACITY** |

COMES NOW Defendant Lane Bailey, in his individual capacity, and respectfully moves the Court for summary judgment as to all of Plaintiff's claims which have brought against him in his individual capacity in this matter. As shown herein, there is no genuine issue of material fact and he is entitled to judgment as a matter of law.

Specifically, Defendant's motion is based upon and supported by the pleadings, deposition transcripts, documents and other discovery in this matter. Defendant is also entitled to summary judgment for the reasons more specifically provided in the Memorandum of Law in support of Defendants' Motion for Summary Judgment filed contemporaneously herewith.

WHEREFORE, Defendant Lane Bailey, in his individual capacity, respectfully requests that this Court grant his motion for summary judgment as to all plaintiff's claims and that all claims against this Defendant in his individual capacity be dismissed with prejudice.

This the 3rd day of April, 2023.

**CRANFILL SUMNER LLP**

By: /s/ *Patrick H. Flanagan*
    Patrick H. Flanagan, NC Bar #17407
    Stephanie H. Webster, NC Bar #12164
    Attorneys for Defendants
    Post Office Box 30787
    Charlotte, NC 28230
    Telephone (704)332-8300
    Facsimile (704) 332-9994
    phf@cshlaw.com
    swebster@cshlaw.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **MOTION FOR SUMMARY JUDGMENT BY DEFENDANT LANE BAILEY IN HIS INDIVIDUAL CAPACITY** with the Clerk of Court using the CM/ECF system and served the same on all of the parties to this cause addressed as follows:

| | |
|---|---|
| Valerie L. Bateman<br>June K. Allison<br>valerie@newsouthlawfirm.com<br>june@newsouthlawfirm.com<br>*Attorneys for Plaintiff* | G. Bryan Adams, III<br>Bryan.adams@vraplaw.com<br>*Attorney for Defendant Downtown Salisbury, Inc.* |

This the 3rd day of April, 2023.

          **CRANFILL SUMNER LLP**

BY:    */s/Stephanie H. Webster*
        Stephanie H. Webster
        State Bar # 12164
        *Attorney for Defendants*
        Post Office Box 30787
        Charlotte, North Carolina 28230
        Telephone: (704) 332-8300
        Facsimile: (704) 332-9994
        swebster@cshlaw.com