IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:21-cv-814

| | |
|---|---|
| LARISSA HARPER HAIRGROVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF SALISBURY, DOWNTOWN | ) |
| SALISBURY, INC. and LANE BAILEY | ) |
| In his individual and official capacity, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT DOWNTOWN SALISBURY, INC's MOTION FOR SUMMARY JUDGMENT
(Fed. R. Civ. P. 56)

Defendant DOWNTOWN SALISBURY, INC. ("DSI") hereby moves the Court to pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on Plaintiff's remaining claims against it. Specifically, DSI seeks summary judgment on Plaintiff's claim for post-employment retaliation under Title VII and for wages and overtime pursuant to the North Carolina Wage and Hour Act. On the basis of the matters in the record, deposition testimony, affidavits, documents, the items filed with and attached to DSI's Memorandum of Law in Support of Summary Judgment, and applicable law, there are no genuine issues of material fact in dispute such that DSI is entitled to judgment as a matter of law on each of the Plaintiff's claims. The bases for this Motion are set forth in more detail in the DSI's Memorandum of Law in Support of Summary Judgment filed contemporaneously herewith.

WHEREFORE, DSI moves the Court for summary judgment in its favor on all of the Plaintiff's claims against it.

This the 4th day of April, 2023.

>*s/G. Bryan Adams, III*
>G. Bryan Adams, III (N.C. Bar No. 17307)
>VAN HOY, REUTLINGER, ADAMS & PIERCE, PLLC
>737 East Boulevard
>Charlotte, North Carolina 28203
>Telephone: 704-375-6022
>Fax: 704-375-6024
>Email: bryan.adams@vraplaw.com
>
>**ATTORNEYS FOR DEFENDANT DOWNTOWN SALISBURY, INC.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this MOTION FOR SUMMARY JUDGMENT was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record for the Plaintiff as follows:

> Valerie Bateman
> June Allison
> NEW SOUTH LAW FIRM
> 209 Lloyd Street, Ste. 350
> Carrboro, NC 27510
> Email: valerie@newsouthlawfirm.com
> june@newsouthlawfirm.com

and to counsel for Defendants City of Salisbury and Lane Bailey as follows:

> Patrick Flanagan
> Cranfill Sumner LLP
> 2907 Providence Road, Suite 200
> Charlotte, NC 28211
> Email: phf@cshlaw.com

This 4th day of April, 2023.

> *s/G. Bryan Adams, III*
> G. Bryan Adams, III
> N.C. Bar No. 17307
> VAN HOY, REUTLINGER, ADAMS & PIERCE, PLLC
> 737 East Boulevard
> Charlotte, North Carolina 28203
> Telephone: 704-375-6022
> Fax: 704-375-6024
> Email: bryan.adams@vraplaw.com
>
> **ATTORNEYS FOR DEFENDANT DOWNTOWN SALISBURY, INC.**