# MEMORANDUM EXHIBIT A



## Exhibit 5
## Position Listing and Salary Ranges

| Job Classification | Grade | Minimum | Mid | Maximum | FLSA | Essential/Nonessential |
|---|---|---|---|---|---|---|
| Accountant I | 17 | 35,935.03 | 46,715.54 | 57,496.04 | Non-Exempt | Non-essential |
| Accountant II | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Non-essential |
| Accounting Technician I | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Non-essential |
| Accounting Technician II | 15 | 32,594.13 | 42,372.37 | 52,150.61 | Non-Exempt | Non-essential |
| Administrative Services Director | 30 | 67,760.85 | 88,089.11 | 108,417.36 | Exempt | Essential |
| Administrative Services Manager | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Non-essential |
| Administrative Specialist | 15 | 32,594.13 | 42,372.37 | 52,150.61 | Non-Exempt | Non-essential |
| Arborist/Landscape Coordinator | 19 | 39,618.37 | 51,503.88 | 63,389.39 | Exempt | Essential |
| Assist System Maintenance Manager | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Essential |
| Assistant Systems Manager Administrator | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Essential |
| Assist Systems Manager Operations | 19 | 39,618.37 | 51,503.88 | 63,389.39 | Non-Exempt | Essential |
| Assistant City Manager | 34 | 82,363.75 | 107,072.87 | 131,781.99 | Exempt | Essential |
| Assistant Fire Marshall | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Non-Exempt | Essential |
| Assistant Public Services Director | 28 | 61,461.09 | 79,899.42 | 98,337.74 | Exempt | Essential |
| Automotive Service Technician | 11 | 26,815.27 | 34,859.85 | 42,904.44 | Non-Exempt | Essential |
| BackFlow Program Coordinator | 15 | 32,594.13 | 42,372.37 | 52,150.61 | Non-Exempt | Non-essential |
| Battalion Chief | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Varies | Essential |
| Battalion Chief- Administration | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Essential |
| Battalion Chief- Operations | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Non-Exempt | Essential |
| Battalion Chief/Fire Marshal | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Essential |
| Broadband & Infrastructure Director | 30 | 67,760.85 | 88,089.11 | 108,417.36 | Exempt | Essential |
| Broadband Installer | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Essential |
| Broadband Sales Specialist | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Exempt | Non-essential |
| Broadband Technician I | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Essential |
| Broadband Technician II | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Essential |
| Broadband Technician III | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Essential |
| Budget & Benchmarking Analyst | 23 | 48,156.38 | 62,603.29 | 77,050.20 | Exempt | Non-essential |
| Budget & Performance Manager | 27 | 58,534.37 | 76,094.69 | 93,655.00 | Exempt | Non-essential |
| Cemetery Coordinator | 19 | 39,618.37 | 51,503.88 | 63,389.39 | Exempt | Non-essential |
| Chemist | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Exempt | Non-essential for Wastewater, Essential for Water |
| City Attorney | 34 | 82,363.75 | 107,072.87 | 131,781.99 | Exempt | Non-essential |
| City Clerk | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Exempt | Non-essential |
| City Engineer | 31 | 71,148.89 | 92,493.56 | 113,838.24 | Exempt | Essential |
| Code Enforcement Officer | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Non-essential |
| Code Enforcement Officer Senior | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Non-essential |
| Code Services Manager | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Exempt | Non-essential |
| Communications Specialist | 17 | 35,935.03 | 46,715.54 | 57,496.04 | Exempt | Non-essential |
| Communications Director | 30 | 67,760.85 | 88,089.11 | 108,417.36 | Exempt | Essential |
| Crew Leader | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Essential |
| Crime Analyst | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Non-Exempt | Non-essential |
| Customer Service Clerk I | 8 | 23,164.04 | 30,113.25 | 37,062.47 | Non-Exempt | Non-essential |
| Customer Service Clerk II | 10 | 25,538.35 | 33,199.86 | 40,861.36 | Non-Exempt | Non-essential |
| Customer Service Manager | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Non-essential |
| Deputy Clerk | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Non-essential |
| Deputy Fire Chief | 28 | 61,461.09 | 79,899.42 | 98,337.74 | Exempt | Essential |
| Deputy Police Chief | 28 | 61,461.09 | 79,899.42 | 98,337.74 | Exempt | Essential |
| Development Services Coordinator | 17 | 35,935.03 | 46,715.54 | 57,496.04 | Non-Exempt | Non-essential |
| Development Services Manager | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Non-essential |
| Development Services Specialist | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Non-Exempt | Non-essential |
| Development Technician | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Non-essential |
| District Fire Captain | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Non-Exempt | Essential |
| Downtown Development Director | 30 | 67,760.85 | 88,089.11 | 108,417.36 | Exempt | Essential |
| Engineer I | 21 | 43,679.25 | 56,783.02 | 69,886.80 | Exempt | Non-essential |
| Engineer II | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Non-essential |
| Engineer III | 27 | 58,534.37 | 76,094.69 | 93,655.00 | Exempt | Non-essential |
| Engineering & Inventory Control Supervisor | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Exempt | Essential |
| Engineering Technician I | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Non-essential |
| Engineering Technician II | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Non-essential |
| Engineering Manager | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Exempt | Non-essential |
| Environmental Education Specialist | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Exempt | Non-essential |
| Environmental Service Manager | 26 | 55,747.02 | 72,471.13 | 89,195.23 | Exempt | Non-essential |
| Equipment/Vehicle Service Technician | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Essential |
| Events Coordinator | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Exempt | Non-essential |
| Finance Director | 30 | 67,760.85 | 88,089.11 | 108,417.36 | Exempt | Essential |
| Financial Services Manager | 28 | 61,461.09 | 79,899.42 | 98,337.74 | Exempt | Non-essential |
| Fire Captain | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Non-Exempt | Essential |
| Fire Chief | 31 | 71,148.89 | 92,493.56 | 113,838.24 | Exempt | Essential |
| Fire Control Specialist I | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Essential |
| Fire Control Specialist II | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Essential |
| Fire Engineer I | 15 | 32,594.13 | 42,372.37 | 52,150.61 | Non-Exempt | Essential |

| Position | Grade | Min | Mid | Max | FLSA | Essential |
|---|---|---|---|---|---|---|
| Fire Engineer II | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Essential |
| Fire Lieutenant | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Essential |
| Fire/Life Safety Education Specialist | 15 | 32,594.13 | 42,372.37 | 52,150.61 | Non-Exempt | Non-Essential |
| Fleet Services Division Manager | 23 | 48,156.38 | 62,603.29 | 77,050.20 | Exempt | Essential |
| Fleet Services Supervisor | 19 | 39,618.37 | 51,503.88 | 63,389.39 | Exempt | Essential |
| FOG Inspector | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Non-essential |
| FOG Program Coordinator | 15 | 32,594.13 | 42,372.37 | 52,150.61 | Non-Exempt | Non-essential |
| GIS Coordinator | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Non-essential |
| Head End Technician | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Essential |
| Help Desk Technician | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Essential |
| Human Relations Manager | 28 | 61,461.09 | 79,899.42 | 98,337.74 | Exempt | Non-essential |
| Human Resources Analyst I | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Exempt | Non-essential |
| Human Resources Analyst II | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Exempt | Non-essential |
| Human Resources Director | 30 | 67,760.85 | 88,089.11 | 108,417.36 | Exempt | Essential |
| Human Resources Specialist | 17 | 35,935.03 | 46,715.54 | 57,496.04 | Non-Exempt | Non-essential |
| Information Technology Architect | 26 | 55,747.02 | 72,471.13 | 89,195.23 | Exempt | Essential |
| Information Technology Manager | 28 | 61,461.09 | 79,899.42 | 98,337.74 | Exempt | Essential |
| Infrastructure Supervisor | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Non-Exempt | Essential |
| Intern | 1 | 16,462.25 | 21,400.93 | 26,339.60 | Non-Exempt | Non-essential |
| Laboratory Supervisor | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Exempt | Non-essential |
| Laboratory Analyst | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Non-essential |
| Lead Broadband Technician | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Non-Exempt | Essential |
| Lead Mechanic | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Essential |
| Lead Outside Plant Technician | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Non-Exempt | Essential |
| Lead Wastewater Treatment Plant Operator | 15 | 32,594.13 | 42,372.37 | 52,150.61 | Non-Exempt | Essential |
| Mail Coordinator | 7 | 22,060.99 | 28,679.28 | 35,297.58 | Non-Exempt | Non-essential |
| Maintenance Supervisor | 15 | 32,594.13 | 42,372.37 | 52,150.61 | Non-Exempt | Essential |
| Maintenance Technician | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Essential |
| Maintenance Worker I | 6 | 21,010.46 | 27,313.60 | 33,616.74 | Non-Exempt | Essential |
| Maintenance Worker I (NEW P/S & SRU) | 9 | 24,322.24 | 31,618.91 | 38,915.58 | Non-Exempt | Essential |
| Maintenance Worker II | 9 | 24,322.24 | 31,618.91 | 38,915.58 | Non-Exempt | Essential |
| Maintenance Worker II (NEW P/S & SRU) | 11 | 26,815.27 | 34,859.85 | 42,904.44 | Non-Exempt | Essential |
| Maintenance Worker III | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Essential |
| Management Analyst | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Exempt | Non-essential |
| Maintenance Operations Manager | 19 | 39,618.37 | 51,503.88 | 63,389.39 | Exempt | Essential |
| Master Police Officer | 18P | 43,391.54 | 56,409.00 | 69,426.46 | Non-Exempt | Essential |
| Mechanic | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Essential, Non-essential for Transit |
| Meter Reader | 9 | 24,322.24 | 31,618.91 | 38,915.58 | Non-Exempt | Non-essential |
| Meter Services Supervisor | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Non-essential |
| Meter Services Technician | 10 | 25,538.35 | 33,199.86 | 40,861.36 | Non-Exempt | Non-essential |
| Network Administrator | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Essential |
| NOC (Network Operations Center) 1 | 8 | 23,164.04 | 30,113.25 | 37,062.47 | Non-Exempt | Essential |
| NOC (Network Operations Center) 2 | 12 | 28,156.03 | 36,602.84 | 45,049.65 | Non-Exempt | Essential |
| NOC Manager (Network Operations Center) | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Exempt | Essential |
| Office Assistant | 10 | 25,538.35 | 33,199.86 | 40,861.36 | Non-Exempt | Non-essential |
| Outside Plant Technician I | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Essential |
| Outside Plant Technician II | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Essential |
| Outside Plant Technician III | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Essential |
| Parking Control Specialist | 9 | 24,322.24 | 31,618.91 | 38,915.58 | Non-Exempt | Non-essential |
| Parks & Recreation Director | 30 | 67,760.85 | 88,089.11 | 108,417.36 | Exempt | Essential |
| Parts Supervisor | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Essential |
| Parts Technician | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Essential |
| Planner | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Non-Exempt | Non-essential |
| Planning & Community Development Director | 30 | 67,760.85 | 88,089.11 | 108,417.36 | Exempt | Essential |
| Plants Maintenance Supervisor | 21 | 43,679.25 | 56,783.02 | 69,886.80 | Non-Exempt | Essential |
| Plants Operation Manager | 26 | 55,747.02 | 72,471.13 | 89,195.23 | Exempt | Essential |
| Police Captain | 26P | 61,321.72 | 79,718.23 | 98,114.75 | Exempt | Essential |
| Police Chief | 31 | 71,148.89 | 92,493.56 | 113,838.24 | Exempt | Essential |
| Police Community Resource Specialist | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Non-Exempt | Essential |
| Police Corporal | 19P | 45,561.13 | 59,229.46 | 72,897.80 | Non-Exempt | Essential |
| Police Evidence and Property Custodian | 11 | 26,815.27 | 34,859.85 | 42,904.44 | Non-Exempt | Non-essential |
| Police Lieutenant | 24P | 55,620.61 | 72,306.80 | 88,992.98 | Exempt | Essential |
| Police Officer I | 16P | 39,357.40 | 51,164.62 | 62,971.84 | Non-Exempt | Essential |
| Police Officer II | 17P | 41,325.28 | 53,722.87 | 66,120.45 | Non-Exempt | Essential |
| Police Planner | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Non-essential |
| Police Records Clerk | 10 | 25,538.35 | 33,199.86 | 40,861.36 | Non-Exempt | Non-essential |
| Police Sergeant | 21P | 47,839.18 | 62,190.93 | 76,542.69 | Non-Exempt | Essential |
| Pretreatment Coordinator | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Non-essential |
| Preventative Maintenance Manager | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Exempt | Essential |
| Project Manager | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Non-essential |
| Project Safe Rowan Community Resource Specialist | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Non-Exempt | Non-essential |
| Public Garden Manager | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Non-essential |
| Public Services Director | 31 | 71,148.89 | 92,493.56 | 113,838.24 | Exempt | Essential |
| Purchasing Coordinator | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Exempt | Non-Essential |
| Radio Systems Technician | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Essential |
| Recreation Aide | 6 | 21,010.46 | 27,313.60 | 33,616.74 | Non-Exempt | Non-essential |
| Recreation Coordinator | 19 | 39,618.37 | 51,503.88 | 63,389.39 | Exempt | Non-essential |
| Recreation Program Manager | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Non-essential |
| Recreation Specialist | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Non-essential |

Revised 10/9/18

| Position | Grade | Min | Mid | Max | FLSA | Essential |
|---|---|---|---|---|---|---|
| Regulatory Compliance Technician | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Non-essential |
| Residuals Operator | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Non-essential |
| Risk Manager | 23 | 48,156.38 | 62,603.29 | 77,050.20 | Exempt | Non-Essential |
| SCADA Tech Systems Analyst | 21 | 43,679.25 | 56,783.02 | 69,886.80 | Non-Exempt | Essential |
| Seasonal Worker | 6 | 21,010.46 | 27,313.60 | 33,616.74 | Non-Exempt | Essential |
| Senior Administrative Specialist | 17 | 35,935.03 | 46,715.54 | 57,496.04 | Non-Exempt | Non-essential P/S: Essential |
| Senior Customer Service Clerk | 12 | 28,156.03 | 36,602.84 | 45,049.65 | Non-Exempt | Non-essential |
| Senior Engineer | 28 | 61,461.09 | 79,899.42 | 98,337.74 | Exempt | Non-essential |
| Senior Maintenance Operations Manager | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Exempt | Essential |
| Senior Maintenance Supervisor | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Essential |
| Senior Maintenance Technician | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Essential |
| Senior Maintenance Worker | 11 | 26,815.27 | 34,859.85 | 42,904.44 | Non-Exempt | Essential |
| Senior Maintenance Worker (NEW P/S & SRU) | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Essential |
| Senior Management Analyst | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Non-essential |
| Senior Meter Mechanic | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Non-essential |
| Senior Meter Reader | 11 | 26,815.27 | 34,859.85 | 42,904.44 | Non-Exempt | Non-essential |
| Senior Office Assistant | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Non-essential P/S: Essential |
| Senior Planner | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Exempt | Non-essential |
| Senior Residuals Operator | 15 | 32,594.13 | 42,372.37 | 52,150.61 | Non-Exempt | Non-essential |
| Senior Systems Analyst | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Non-essential |
| Senior Wastewater Maintenance Technician | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Essential |
| Senior Wastewater Treatment Plant Operator | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Essential |
| Senior Water Treatment Plant Operator | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Essential |
| Service Distribution Manager | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Exempt | Essential |
| Stormwater Technician I | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Non-essential |
| Stormwater Technician II | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Non-essential |
| Summer Youth Employment | 1 | 16,462.25 | 21,400.93 | 26,339.60 | Non-Exempt | Non-essential |
| Systems Analyst I | 21 | 43,679.25 | 56,783.02 | 69,886.80 | Exempt | Essential - SRU & Comm: Non-essential |
| Systems Analyst II | 24 | 50,564.19 | 65,733.45 | 80,902.71 | Exempt | Essential - SRU & Comm: Non-essential |
| Telecommunications Manager | 26 | 55,747.02 | 72,471.13 | 89,195.23 | Exempt | Essential |
| Telecommunications Technician | 15 | 32,594.13 | 42,372.37 | 52,150.61 | Non-Exempt | Essential |
| Traffic Signal Technician | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Essential |
| Transit Director | 30 | 67,760.85 | 88,089.11 | 108,417.36 | Exempt | Essential |
| Transit Dispatcher | 12 | 28,156.03 | 36,602.84 | 45,049.65 | Non-Exempt | Non-essential |
| Transit Fleet Supervisor | 17 | 35,935.03 | 46,715.54 | 57,496.04 | Non-Exempt | Non-essential |
| Transit Operator | 10 | 25,538.35 | 33,199.86 | 40,861.36 | Non-Exempt | Non-essential |
| Transit Service Worker/Transit Operator | 10 | 25,538.35 | 33,199.86 | 40,861.36 | Non-Exempt | Non-essential |
| Transit Planner/Operations Supervisor | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Non-Exempt | Non-essential |
| Urban Design Planner | 23 | 48,156.38 | 62,603.29 | 77,050.20 | Exempt | Non-essential |
| Utilities Construction Inspector | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Non-essential |
| Utilities Construction Foreman | 18 | 37,731.77 | 49,051.31 | 60,370.84 | Non-Exempt | Essential |
| Utilities Director | 31 | 71,148.89 | 92,493.56 | 113,838.24 | Exempt | Essential |
| Utilities Engineering Manager | 26 | 55,747.02 | 72,471.13 | 89,195.23 | Exempt | Non-essential |
| Utilities Locator | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Essential |
| Utilities Systems Manager | 26 | 55,747.02 | 72,471.13 | 89,195.23 | Exempt | Essential |
| Utilities Systems Supervisor | 20 | 41,599.29 | 54,079.07 | 66,558.86 | Non-Exempt | Essential |
| Utilities Technician | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Non-essential |
| Victim Witness Advocate | 18P | 43,391.54 | 56,409.00 | 69,426.46 | Non-Exempt | Non-essential |
| Warehouse Technician | 16 | 34,223.83 | 44,490.99 | 54,758.14 | Non-Exempt | Non-essential |
| Wastewater Maintenance Supervisor | 21 | 43,679.25 | 56,783.02 | 69,886.80 | Exempt | Essential |
| Wastewater Treatment Plant Operator | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Essential |
| Water Treatment Plant Operator | 13 | 29,563.84 | 38,432.98 | 47,302.14 | Non-Exempt | Essential |
| Water Treatment Plant Operations Supervisor/ORC | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Non-Exempt | Essential |
| Wastewater Maintenance Technician | 14 | 31,042.03 | 40,354.64 | 49,667.24 | Non-Exempt | Essential |
| Wastewater Treatment Plant Supervisor/ORC | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Non-Exempt | Essential |
| Web & Marketing Coordinator | 21 | 43,679.25 | 56,783.02 | 69,886.80 | Exempt | Non-essential |
| Zoning Administrator | 22 | 45,863.22 | 59,622.18 | 73,381.14 | Exempt | Non-essential |

Revised 10/9/18