MEMORANDUM EXHIBIT C

**Downtown Salisbury, Inc.**

**Monthly Board of Directors Meeting**
**Tuesday, October 23, 2018**

Attendance: Greg Shields (Chair), Diane Young (Secretary), Pete Bogle, Pam Coffield, Davis Cooke, Janet Gapen, Judy Klusman, Brian Miller, Gianni Moscardini, Dileika Wilson, James Meacham, Rod Crider, Nick Aceves, and Zack Kyle

Staff: Larissa Harper and Latoya Price

Greg Shields called the meeting to order.

The minutes of the September meeting were reviewed. James made a motion to approve the minutes as written. This was seconded by Judy and passed unanimously.

**Financials**

Greg reported in Tim's absence. Greg relayed that at the end of September DSI had a cash balance of roughly $69,000, which equates to approx. 4.3 months of operating revenue. Much of that was MSD tax dollars. Tim would like the board to understand the MSD funds will not come in regular payments this year, as the tax revenue is coming straight to DSI as they are collected, which means seeing the majority in July and August, then another wave in December and January. James made a motion to approve the financials as presented. This was seconded by Judy and passed unanimously.

**Director's Report**

Larissa made the following report:

- As a recap, Larissa reviewed the flow chart previously presented of her duties to achieve economic development objectives within the Municipal Service District (MSD) for both the Downtown Development Department and non-profit development partner, Downtown Salisbury, Inc. She then presented a simplified, overview of the Director's work plan as it pertains to assisting DSI's board and committees with their three strategies, objectives, and measurable goals adopted by the Board of Directors for Fiscal Year 2018-19. Assisting with implementation of DSI's program of work will help the organization maintain its National Main Street accreditation and State designation. Brian suggests tracking the number of times in a month the director reaches out to business owners or involved with merchants and communicate back to the board. Larissa notes that she tries to take the afternoon on Fridays to concentrate on visiting downtown business owners but she also reaches out to staff on various shifts, business and property owners whenever she's out and about between meetings, which is usually daily. Greg noted that the Director's goals should be measurable and benchmarks for the board to view progress and perhaps a software system will help keep track. Larissa suggests that perhaps the new software currently being populated and implemented, Maestro Community Management system, will assist in the tracking visits as well as other specific goals such as growing the volunteer base by a certain number of individuals. She and staff are beginning to explore all of the options of the software, other than tracking property inventory, improvements, opening and closing of businesses, occupancy rates, all to help in annual reporting to NC Dept. of Commerce and National Main Street Program. She also reminded that her main duty is to oversee operations of the nonprofit business office, assist with implementation of the four committees' work, manage the Empire redevelopment project, as

well as direct the Downtown Development Department by managing staff and projects that will redevelop properties, recruit new businesses, and assist current businesses in order to achieve the City's and Downtown Department's goals as a member of the City Management Team.

Larissa and Zack are currently working on refining the Downtown Development Department goals. Larissa expanded by stating she believes a lot has been accomplished in this past year to rejuvenate the organization, update the website, implement efficient procedures, find budget savings, get the committees meeting regularly again with measurable, realistic tasks to achieve DSI's Vision, Mission, Goals and Objectives. She explained that new Marketing and Events Coordinator, Latoya Price, will now be the main contact when communicating with downtown businesses, although Larissa will continue to meet and build rapport with business owners, their staff, and property owners introducing Latoya as part of the new Downtown Salisbury team along the way. Pam and Cheryl reinforced this model remembering that former DSI marketing staff was the face seen most often in the businesses during former Director Hemann's tenure. Pam noted that she appreciates Larissa leaving a business card when visiting with her staff in case she is not present, and hopes that practice will continue.

Larissa reported the newest member of the Downtown Department and DSI team, Candice Brown, began her employment on Oct. 22 and is training for the next couple of weeks with DSI part-time Office Administrator Sheila Ezzo through Oct. 31. She will train with Admin's in the City Clerk and Parks & Rec Department to experience calls and visits they receive to prepare for her dual role as City Hall lobby receptionist. She noted that Candice will be a great addition to the team as she is an internal hire from the City Customer Service Department, already understands City procedures, works with the public on a daily basis, is pursuing her Associates Degree in Office Administration, attends downtown events regularly, and is eager to learn.

- Larissa announced renovations are underway to the office suite located on the first floor of City Hall to become the Downtown Development Department and DSI office headquarters. The goal is to have a reception window and counter, reception area, two staff member offices and DSI's current storage room renovated and ready for move-in by the first of December.
- Larissa noted she would be participating in Chit, Chat & Chew on Oct. 23rd with other City departments in the West End area to promote the upcoming events and discuss the latest happenings in downtown.
- Larissa will partner with City Planning Department staff on Nov. 1 to give an overview of Downtown Development and DSI goals and operations, as well as tour the Washington Building on N. Main Street as an example of a mixed-use renovation project that spurs economic development within the MSD
- In the last month, there has been a hard press to update the website and mobile app with the latest businesses and properties available for sale or lease, training the new Marketing & Events Coordinator on the systems who will cross train on the management of these systems with the new Administration Specialist.

**Empire Hotel**

Janet reported that the ball is in the court of the developer right now who are gathering the documents and reports needed for their lender. City and DSI staff are having monthly check-in calls with the developer. Diane noted that there is a perception by those who are typically knowledgeable about downtown development that this project is "a done deal" but are wondering specifically where DSI and the developer are in the development process and when will the community be updated. Greg gave a quick synopsis of latest occurrences to explain that the property is under contract and the projected would be completed in 2021, if all goes as planned. Zack noted that Larissa and Linda McElroy, City Communications Director, are gathering updated information from the developer to issue a Press Release and will provide to the board at next month's meeting the latest timeline and expected next steps.

## CVB/TDA Marketing Partnership Update:

James introduced Sarah Michalec the TDA's new Digital Marketing Manager who provided two documents, one for the year end analysis from fiscal year 2017-18, and a report for the first quarter of this fiscal year. James recapped the partnership and reviewed the key highlights of the year-end marketing report. Sarah went over the data for first quarter 2018-19, explained the strategies for the marketing plan, and gave details about current campaigns.

Monthly partnership meetings continue with DSI staff, Promotions Chair Gianni Moscardini, and TDA staff to implement and adjust as needed the digital marketing plan that was finalized in September.

### Organization Committee

Due to little participation, the orientation training will be rescheduled to Tues., Nov. 6th from 7:30-9 a.m. Every board member invited to attend. Diane and Larissa will be leading the orientation to give board new and existing board members a better overview of the purpose and operation within the Main Street national and state programs.

Greg reported that more organizations and businesses are wanting to participate in our downtown events. The Organization committee is exploring ways to enable participation while ensuring downtown businesses are first priority. Downtown Dollars are also being reviewed and ways to expand that program. Once the committee develops guidelines for each, the suggestions for improvements to these programs will be brought to the board for consideration. Next meeting is Nov. 20th.

It was brought to the board's attention that Janet Gapen, City Planning Director and DSI Board member will be retiring on Nov. 9. Janet expressed her appreciation for DSI, its mission, and how much she has enjoyed being a part of the organization. All gave their best wishes and showed their appreciation for Janet's contributions to DSI over the years.

### Promotions Committee

Gianni reported the all 2019 event dates have been set, keeping in mind other events happening in the community and around the region. This month's meeting was a really good one, he stated. Busker's Bash was well attended, businesses and entertainers seemed to enjoy the evening. There was an issue with the 1st place winner in the Adult category that would be sorted out today.

Subcommittee for Wine About Winter is already meeting twice a month, and will meet weekly as the Feb. 1st event comes closer. Bob Potter, who is co-leading this subcommittee with Gianni, is also working with Larissa to gather the downtown business owners in gathering with DSI again to revive the merchant meetings but with an Agenda, Rules of Conduct, and incorporating all businesses and organizations within downtown to share information.

Gianni referenced the upcoming events on the Agenda. Latoya, Larissa, Vivian with Parks & Rec, are leading the planning of Halloween Fun Fest (Oct. 27), Santa & The Grinch at the Bell Tower and Small Business Saturday (Nov. 24), Antique Fire Truck Rides with Santa & Grinch (Dec. 15), and New Year's Eve at the Bell Tower (Dec. 31/Jan.1).

### Design Committee

Pete reported the main focus is updating the 2010 Master Plan, noting changes to existing plan, and scheduling a future public forum for input. He noted committee members are submitting photos for examples of what is working well currently in with our downtown streetscape and ideas from other communities.

Another program being developed is to partner with private property owners to activate empty storefronts, Pete explained. Committee member Weston Ewart has worked over the last several months to create partnerships with other organizations such as Meal on Wheels, YMCA, and the Symphony to program the Empire Hotel vacant windows and is ready to connect with owners of other vacant properties to beautify and arrange window displays.

Larissa explained that this will help market the properties, by making them more attractive to potential tenants or investors as well, if we can get assistance in meeting the owners of vacant properties. She expressed, again, the importance of in-person introductions if any board members had connections to property owners, especially Glenn Hayes, owner of property on W. Innes Street as well as the Legal Café on N. Main Street, a prominent storefront that she has received several requests from the public to assist in some way to improve the look of the window display and interior. She already has a good working relationship with Lane Yates, who is keeping her apprised of his available properties, and sharing information on potential tenants to his multiple downtown properties, which have been occupied over the last few months with tenants that are good additions to the business mix.

**Economic Development Committee**
Greg gave a quick report for Whitney that the last meeting went well and Catawba business school professors are exploring a partnership to assist with small business education, along with the Lecture Series with Rowan–Cabarrus Community College partners. The next lecture in the series will be given in December by DSI Board Member Mikey Wetzel.

**TDA Update**
James gave the room night and visitor data for the Polar Express, Scrooge Trolley tour, and other holiday-related programs that make Rowan County an overnight destination, which all seem to be increasing in attendance.

**Chamber of Commerce:**
No report

**EDC Report**
Rod Crider reported their pipeline is full and making progress with the various prospects with which they are speaking. Rod suggested to James that the Countywide branding partners invite Larissa to the board meetings. James said he would take that back to the group.

**Historic Salisbury Foundation—**Currently looking for a new Director

**Old Business:** None.

**New Business:**
Greg made a motion to not have a December meeting, James made second, motion passed unanimously.

With no further business to come before the Board the meeting was adjourned at 9:10 a.m.

# Downtown Salisbury, Inc.
## Board of Directors Meeting

**Tuesday, July 23rd, 2019   7:45 am, The Plaza – 2nd floor conference room**

**Board Attendees:**

☒ Whitney Wallace Williams—Chairwoman   ☒ Diane Young – Vice Chair
☒ Tim Proper—Treasurer   ☒ Dileika Wilson- Secretary   ☒ Hannah Jacobson
☒ Pete Bogle
☐ Brian Miller   ☒ Sada Stewart Historic Salisbury Foundation Seat
☒ Rod Crider   ☒ Zack Kyle/City Seat   ☒ Judy Klusman
☒ Eric Phillips   ☒ Elaine Spalding   ☒ James Meacham
☒ Gianni Moscardini   ☒ Davis Cooke   ☐ Jessica IJames
☒ Cheryl Goins   ☒ Greg Shields   ☒ Bob Potter
☒ Nick Aceves   ☐ Evelyn Medina

**Staff:** ☒ Larissa Harper - Exec. Director   ☒ Latoya Price – Marketing & Events Coord.
☒ Candice Brown – Admin Specialist

**Call to Order:** Whitney called the meeting to order at 7:50am.

**New Board Members Vote**
Re-election for Whitney Williams, Greg Shields, Pete Bogle, Gianni Moscardini, and Davis Cooke. Judy motioned with a second by Cheryl. All agreed. Bob Potter was up for election for his first full term. Judy motioned, James seconded. All agreed. Evelyn Medina was brought forth as the nominee for the vacant Board seat. Judy motioned, James seconded. All agreed.

**Approval of Minutes:**
The minutes of the June Board meeting were included in the committee's packet for review. There were no suggested changes/corrections.

**Financial Report:**
Financials were discussed by Tim. Compared June 30th 2019 to June 30th 2018. A resolution was presented for new signatories. Resolved that, Whitney Williams, Diane Young, Tim Proper, Dileika Wilson, and Larissa Harper will be signatories for the Board of Directors. James motioned to approve this resolution, Judy seconded. All agreed. Larissa updated on the potential change in auditors for this fiscal year. We have gotten several estimates and are seeing what option is best for the Board.

**Work Plan**
Larissa reviewed the comprehensive work plan. Committees are working on their work plans and we will come back in August with a completed work plan.

**Director's Report:**
Larissa reported that we are averaging about one new business in the past six months. Stakeholder's meeting tomorrow at Sweet Meadow. Belle's Barkery is going to online sales, she is not closed, just doing online sales instead of in store. Building sale closed recently. Lora Belle Baby is opening in a month. Annual report update is almost finished. City Council presentation went well. Annual Director's meeting in Mt. Airy August 6-9th.

**EMPIRE UPDATE:**
City Council met last week and they decided to delay the public hearing until August 6th. Modification agreement in works to extend sale another year.

**COMMITTEE UPDATES:**
**ORGANIZATION:**
213 S Lee St parking lot explanation, Tim reported that DSI purchased the building and lot, however, we intended to deed the parking lot to City of Salisbury. We sold the building, not the lot. There was some discussion about what to do with the lot. No decisions were made, will be discussed again at ORG and Board next month. Stakeholder's meeting is tomorrow at Sweet Meadow, we want a stakeholder to become a leader of these meetings, not be DSI run events. State of Downtown Annual Meeting is September 5th.

**ECONOMIC VITALITY:**
Changed meeting date to first Thursday of the month at 8am. Final Education Series on August 28th, get out to stakeholders by the end of the month.

**PROMOTIONS:**
Gallery Gallop went well, as did Krazy Klearance. Gearing up for College Night Out and Brewbury.

**Community Partners Updates:**
**TOURISM AUTHORITY/CVB:** Cycle NC coming September 23-30th ~1250 people coming with 900 on Trolleys and shuttles. Scrooge's Christmas Trolley will have 6 shows a night and run longer than in past years.
**ROWAN EDC:** $45 million investment with 35 new jobs with Henkel expansion. Another 35 full time employees coming to downtown.
**HISTORIC SALISBURY FOUNDATION:** History on Tap, Thursday.

**MEETING ADJOURNED:**
With no additional business the meeting adjourned at 9:09am.

**The next meeting of the Board of Directors meeting is August 27th at 7:45 a.m.**

Case 1:21-cv-00814-CCE-JLW   Document 42-3   Filed 04/04/23   Page 8 of 39

# Downtown Salisbury, Inc.
## Board of Directors Meeting

**Tuesday, August 27th, 2019  7:45 am, The Plaza – 2nd floor conference room**

**Board Attendees:**

☒ Whitney Wallace Williams—Chairwoman      ☒ Diane Young – Vice Chair
☒ Tim Proper—Treasurer      ☐ Dieika Wilson- Secretary      ☐ Hannah Jacobson
☒ Pete Bogle      ☒ Sada Stewart Historic Salisbury Foundation Seat
☒ Brian Miller      ☒ Zack Kyle/City Seat      ☐ Judy Klusman
☒ Rod Crider      ☒ Elaine Spalding      ☒ James Meacham
☒ Eric Phillips      ☒ Davis Cooke      ☐ Jessica Ijames
☒ Gianni Moscardini      ☒ Greg Shields      ☒ Bob Potter
☒ Cheryl Goins      ☒ Nick Aceves      ☒ Evelyn Medina

**Staff:** ☒ Larissa Harper - Exec. Director  ☒ Latoya Price – Marketing & Events Coord.
☒ Candice Brown – Admin Specialist

**Call to Order:** Whitney called the meeting to order at 7:50am.

**Approval of Minutes:**
There was an issue with minutes this month. The minutes for July will be voted on September Board meeting.

**Financial Report:**
Financials were discussed by Tim. We are still at a healthy cash position. James noted we need to look into line item 6020 – Office Supplies. James motioned to approve the financials, Greg seconded. They were passed unanimously. Tim brought the ORG's nomination of Eddie Carrick to be our auditor again this year after receiving three quotes, his came in under budget. James motioned to approve Eddie Carrick as the auditor, Gianni seconded, the vote passed unanimously.

**Work Plan Adoption:**
The completed Work Plan was brought up for a vote. Cheryl motioned to approve the work plan, Greg seconded. The vote passed unanimously.

**EMPRE UPDATE:**
Britt Weaver presented an Empire update. He spoke on the funding, the gap in funding, and the timeline for the Empire project.

**Director's Report:**
Larissa reported that the annual report was submitted. Org basic training was Aug 6th and the Downtown Director's meeting was Aug 7-9th. She is in the process of assembling data for financial review. The next Stakeholder's meeting will be in October, after some discussion, it was decided that the 4th Wednesday would be the best day for it, so the date was set for October 23rd.

**COMMITTEE UPDATES:**

**ORGANIZATION:**

DSI's New Business Welcoming Plan – Dileika shared the new packet that will go out to new businesses as well as extending a warm welcome from fellow business owners and a popping the cork celebration to differentiate from the Chamber. DSI's parking lot at 213 S Lee St. has been looked into for appraisal. James motioned to move forward with the appraisal by Scott Robinson for $600. Cheryl seconded and the vote was unanimous.

**DESIGN/MASTER PLAN:**

Main Street Concept Design Consultant to meet with DSI. Design Survey during Brewbury Fest. Vacant window programming sub-committee finally taking off. Changing the color of the clock is being explored.

**ECONOMIC VITALITY:**

Changed meeting date to first Thursday of the month at 8am. Final Education Series on August 28th. Videos underway with one rolling out at Celebration of Downtown on September 5th.

**PROMOTIONS:**

Report from August 19th meeting about First Friday Series of Events – there will not be an event every First Friday. We may try to revamp some events that have slowed down over the years. Brewbury planning going well, only 10 breweries signed up thus far.

**Community Partners Updates:**

**TOURISM AUTHORITY/CVB:** Cycle NC will bring 1000+, Railwalk Pavilion should be complete in the next 30-60 days. Please add Sarah to next agenda for marketing update.

**ROWAN CHAMBER OF COMMERCE:** October 10th at 5:30pm is the candidate forum.

**ROWAN EDC:** Waiting on Governor's announcement so they can announce another project.

**HISTORIC SALISBURY FOUNDATION:** History on Tap and Blankets and Bluegrass were the most highly attended of their respective events. October Tour up next.

**MEETING ADJOURNED:**

With no additional business the meeting adjourned at 9:15am.

**The next meeting of the Board of Directors meeting is September 24th at 7:45 a.m.**

Case 1:21-cv-00814-CCE-JLW   Document 42-3   Filed 04/04/23   Page 10 of 39

# Downtown Salisbury, Inc.
## Board of Directors Meeting
## Tuesday, October 22nd, 2019   7:45 am, The Plaza – 2nd floor conference room

**Board Attendees:**

- ☒ Whitney Wallace Williams—Chairwoman
- ☒ Diane Young – Vice Chair
- ☐ Tim Proper—Treasurer
- ☒ Dileika Wilson- Secretary    ☒ Hannah Jacobson
- ☒ Sada Stewart Historic Salisbury Foundation Seat
- ☒ Zack Kyle/City Seat          ☐ Judy Klusman
- ☒ Brian Miller                 ☐ Pete Bogle
- ☒ Rod Crider                   ☐ Elaine Spalding     ☒ James Meacham
- ☐ Eric Phillips                ☒ Davis Cooke         ☒ Jessica Ijames
- ☒ Gianni Moscardini            ☐ Greg Shields        ☒ Bob Potter
- ☒ Cheryl Goins                 ☒ Nick Aceves         ☒ Evelyn Medina

**Staff:** ☒ Larissa Harper - Exec. Director  ☒ Latoya Price – Marketing & Events Coord.
☒ Candice Brown – Admin Specialist

**Call to Order:**  Whitney called the meeting to order at 7:52am.

**Approval of Minutes:**

The minutes of the September Board meeting were reviewed, Cheryl noted that she was not present, though marked that way. James motioned to approve the minutes with that change, Diane seconded and the minutes were passed unanimously.

**Financial Report:**

Financials were discussed by Larissa, who went over an email report from Tim. MSD taxes were collected in September in the amount of $54,082.00, giving a healthy 3.5 months of reserve in the account. Tim wanted to give kudos to Larissa and Candice for guiding us through some rough waters in August as the accounting had to be closely monitored.  The County Tax Dept. installed new software which delayed DSI's MSD revenue. Reviewing the statement of revenues and expenses, no questions were posed. Whitney pointed out the audit is being prepared. James motioned to approve the financials, Eric seconded, the financials passed unanimously.

**EMPIRE UPDATE: (Spelling corrected at 12/03/19 Board meeting)**

Larissa reported on the October 8th White House staff visit regarding Salisbury's Opportunity Zones and the brochure she and other City staff produced relaying the benefits of investing in the Empire Hotel specifically, as it and the Downtown district are located in one of the zones. Whitney added the various ways the visit benefited Salisbury. Rod has been tasked with creating a Prospectus for the federally designated Opportunity Zones located in Salisbury and Rowan County. Rod cautioned that the existence of a Prospectus does not guarantee investors coming in, as the group of Opportunity Zone investors is a small one. Whitney reported that she and City Attorney Graham Corriher are working on updating the DSI/City partnership agreements.

**COMMITTEE UPDATES:**
**ORGANIZATION:**

Whitney reported on the upcoming press release describing our partnership with Catawba College and the interns who will be working with businesses. The agenda for the quarterly stakeholder's meeting is set. A possible use for Downtown Dollars, using the Polar Express event was introduced by Whitney and discussed. For everyone who buys a hotel package, Downtown Dollars would be included in their welcome package.

Whitney wants the group to consider this initiative as a great way to incentivize people to come into the Downtown to spend their money while they are visiting. We just need to look at the budget and see if we can fit in this year. Jessica suggested we do specific dollars for that event, as a way to show businesses the impact of the particular event on the downtown. James mentioned other opportunities would be Thomas the Train and the Scrooge Trolley packages. Expense for creating event-specific dollars versus inexpensive ways to mark the current inventory of dollars was discussed. The group agreed for staff and officers to research this initiative further and, if cost efficient, possibly implement next year if the program cannot meet the timeframe for this year's hotel packages for these particular events.

**PROMOTIONS:**

Gianni reported on the social media update. Brewbury was not a successful as we wanted, but was enjoyable for those in attendance. Whitney brought up that we didn't lose much on the event with sponsorships that came in. Gianni shared that there would likely not be a Brewbury festival next year in order to consider its programming and possibly rebrand the event to come back bigger and better the following year. Buskers Bash went well and was extremely successful. Latoya reported that Halloween Fun Fest planning is going well and all is on track. There are 35 participating businesses so far. Latoya gave credit to Scott Ludwig with City Parks and Rec Dept. because he assists her with poster distribution and promoting DSI events even outside the MSD.

**DESIGN/MASTER PLAN:**

Hannah reported that McAdams, the Main Street Concept Design firm is doing a lot of work, they were in town last month to gather data. There is now an online format that they are trying to get the word out about for people to complete through the end of November. The parking study results are in and posted online.

**ECONOMIC VITALITY:**

Diane reported that Todd Littleton is planning to start development of his venue by the end of the year. Harrison Smith has big plans for his building, possibly building additional stories above the existing roofline for residential units. A Hotwire representative joined the committee as a member this month and is already working toward the committee's request to consider offering free Wi-Fi in downtown. The video that Miller Davis produced and we showed at our Annual Party is great, but length of time needs to be shortened to use it to its fullest potential. Diane and her committee are in the process of making a PowerPoint presentation on the importance of residential living downtown. The committee has discussed development opportunities with Sidewalk Deli, Growing Pains Consignment Shop, and a retail space for his candy store opening in the future. Diane also mentioned that the owners of a property located directly across from the MSD boundary on South Main Street, City Consignment shop buildings and surrounding acreage, are looking to sell and need some assistance finding a new owner/developer.

**Community Partners Updates:**

**TOURISM AUTHORITY/CVB:** A large convention is coming to town in 2021. Railwalk Pavilion is 94% complete. James reported on a survey coming out regarding community perception that will be the same as one that came out several years ago, in order to compare answers of the community make-up now versus then.

**ROWAN CHAMBER OF COMMERCE:** No report.

**ROWAN EDC:** As mentioned earlier, EDC staff is working on a Prospectus for properties located in the Opportunity Zones located in Rowan County. Team Auto will soon officially announce they are expanding operations with a call center and redeveloping a downtown building. He and his staff are also working on a study trying to improve economic development in Rowan County, as well as working with the County and City to develop some sort of business incubator co-working space.

**HISTORIC SALISBURY FOUNDATION:** October Tour was successful, selling over 1,000 tickets. Christmas tours coming in the Hall House next. Block Work is this Saturday in the 900 block of N Main St.

**Director's Report:**

Larissa reported a new real estate company opening on N. Main Street, Lantern Realty. The Holiday Spectacular Parade has reached out to request DSI spreads the word that they need more volunteers for the parade on November 27th. Larissa asked Davis to tell the group a little about the service business opening at his commercial space of 112 N Main Street. Davis noted that the director and staff of this business will be offering assistance to those re-entering the workforce and they are excited to be in downtown and within close distance to the courthouse. Larissa continued with other new businesses planning to open in downtown. A café is in progress and will be opening in the former Emma's restaurant on S. Lee St. The barbershop is now open in the former smoke shop on S. Lee Street. For a farmers market update, Larissa stated that City Planning staff (Hannah), Parks and Rec staff (Nick), and she all worked to submit an EPA grant for a technical assistance with finding the correct location for a potential indoor, year-round farmers market that could has shared commercial kitchen and refrigeration space. The next step will be to gather the farmers market vendors for a discussion on their needs and wants. It has been several months since she and Nick were invited by the Mayor to speak to a group of market vendors wanting a more prominent downtown location.

**New Business:**

Vote for the Small Business Revolution to get Salisbury featured on Season 5 of a TV series hosted by Ty Pennington that focuses on providing resources to help small business owners as well as the whole community take the next steps toward growth in their town. Larissa inquired as to whether the board wanted to combine November and December's meetings due to holidays. It was decided that we would meet on December 3rd at 7:45am for November and December.

**MEETING ADJOURNED:**

With no additional business the meeting adjourned at 9:11am.

**The next meeting of the Board of Directors meeting is December 3rd at 7:45 a.m.**

# Downtown Salisbury, Inc.
## Board of Directors Meeting

**Tuesday, May 26, 2020   7:45 a.m.**
**Virtual Zoom Meeting**

**Board Attendees:**

| | | |
|---|---|---|
| ☒ Whitney Williams—Chair | ☒ Diane Young – Vice-Chair | ☒ Dlelka Wilson--Secretary |
| ☒ Tim Proper--Treasurer | ☒ Greg Shields—Past Chair | ☒ Brian Miller—City Council |
| ☒ Pete Bogle | ☒ Eric Phillips | ☐ Judy Klusman—County Commission |
| ☒ Gianni Moscardini | ☒ Jessica Ijames | ☒ James Meacham—Rowan Tourism |
| ☒ Davis Cooke | ☒ Bob Potter | ☒ Sada Stewart—HSF Director |
| ☒ Cheryl Goins | ☐ Zack Kyle--City Rep | ☒ Rod Crider—Rowan EDC |
| ☐ Evelyn Medina | ☒ Lane Bailey—City Rep | ☐ Elaine Spalding—Chamber Dir. |

**Staff:** ☒ Larissa Harper - Exec. Director ☒ Latoya Price – Marketing & Events Coord.
☐ – Admin Specialist ☒ Nick Aceves—Parks & Rec Director
☒ Hannah Jacobson—Community Planning Director

**Call to Order:  Whitney** called the meeting to order at 7:48 AM.

**Approval of Minutes:**

The minutes of the April 2020 Board meeting were included in the committee's packet for review. There were no suggested changes/corrections. James Meacham motioned to approve the minutes and Greg Shields seconded the motion. No one opposed.

**Financial Report:**

Financials were presented by Tim. He reported on the cash position as of April 30, 2020, highlighting lines 1062 with $65,000 and the money market line of $10,062 indicating we are healthy at $71,000. He noted the quarterly payment of $22,000 for the Empire will be coming from the $71,000 shortly. A total of $66,000 in quarterly payments were made in the last year on the Empire. $194,000 was brought in on a budget of about $194,000 10 months into the year. There is a net income of about $68,000, the net about $1000, and most of the debt is centered around Empire. James Meacham motioned to approve the financials and Greg Shields seconded the motion. No one opposed.

**Budget Report**

Larissa reported on the proposed budget for the 2020/2021 fiscal year explaining it was made projected DSI would receive 5% less in MSD tax and those payments were expected to come in slower. DSI will be seeking $10,000 in general sponsorships and the promotions committee is working on tiers of sponsorship. Novant generally gives $7500 and it is more competitive to receive funds this year. Wine About Winter is the signature event and expected to bring in about $28,000 in income. Projected revenue of about $164,920.00 is noted. Downtown Dollars not a big revenue source but it is not expected to be. There will not be matching funds from TDA this year so costs will be reduced and budget adjusted as needed. Gianni noted that digital marketing includes promotion of events, living downtown, and shopping downtown, not just events. James Meacham shared that TDA and CV working on focusing on 50 mile radius which could expand later as things continue to open up  Campaigns to focus on visit local, shop local, eat local, and outdoors. Net Cash $101,465 Empire costs expected to be 101,699 per year to include debt service, refinance fee, and normal fees. The expected net net is to be about $800 at end of the year. There will be

a delta between sales price of the Empire contract and the price owed. It was discussed that Zach previously said the city would provide a letter that they would make whole on that delta. Lane said they would provide the letter. The budget is to be voted on in June.

**Empire Hotel:**
Lane reported City Council had a closed session and City Attorney copied Whitney and Tim on outcome. B. Weaver has asked for additional time to review. Pete Bogle has inspected building and provided a list of issues specifically areas leaking, this was not an engineering report. 3 areas with active leaks were identified. Updated terms of sale are being worked on. Purchase extended – same terms through end of the year $20,000 per month if not able to close by end of 2020. 3 months rolling. November 30, 2021 option terminates, and earnest money will go to DSI to keep if Purchaser agrees to new terms.

**Director's Report:**
Larissa referred to her written Director's Report. She highlighted that Zoom meetings have been efficient. She has spent time delivering Covid 19 Recovery packets, visiting businesses, and working on the organization documents for our main street accreditation. Larissa also shared she has been working to support the committees, on the checklist for how to open a business downtown, and on the quarterly downtown sales report. She is also working on possible outdoor seating project for downtown restaurants. Larissa reported that the Admin Specialist, Candace, is no longer employed by the City.

COMMITTEE UPDATES:

**Organization Committee:**
Whitney reported that Org committee went over the 2020/2021 budget and potential board member applications in the last Org meeting. Several Org members helped to deliver business assistance packets which were well received by the business owners. Org is still waiting to discuss MOU/MD funding with the City.

**Promotions Committee:**
Gianni reported that the committee is focusing on promoting the downtown as a safe place to visit, which is very important right now. To promote this message, Gianni reached out to Billy Graham and he has agreed to give DSI as much radio time as needed. Mike, Latoya and Gianni met with Fision to discuss services they could provide now and long term. Gianni also informed the committee that he asked Mike Miller to provide a quote to utilize his services for three months to promote the "downtown is a safe place" social media campaign. The campaign will be consistent with what the TDA/EDC/Chamber are currently doing. Larissa pulled up the quote for the Board to view and agree to move forward on. Marketing dollars and Promotion Committee dollars will be used to fund the campaign because events are currently on hold. Some would be billed fiscal year 2020 and some fiscal year 2021.

**Design/Master Plan Committee**
Cheryl reported that the committee explored using left over façade grant money for avenue banners but was advised there was no money to be dispersed. The committee was also to work on Canvas art project but will be tabling this project for another time after the Covid 19 after affects settle. The committee is still focusing on the Master Plan strategies. Hannah reported that she met with DOT and McAdams regarding reverse angle parking and mid-block crossing. They will still be presenting final 2 concepts at a City Council session. The committee is researching the possibility of painting non DOT crosswalks in bright colors

**Economic Vitality Committee:**

Diane reported there would be a business owner seminar on May 27th and Paula Bohland would be the presenter. 2 reminders have gone out for the seminar. The committee is working on signs for windows and are also working with Latoya and the One Stop Shop to tweak the checklist on how to open a business. Larissa brought up examples of the signs. They took updated pictures of the vacant properties for the property page. DSI is sending out monthly reminders to property owners to keep that update. They are still aiming to present the Residential Living Market study at a City Council when they are no longer held virtually. The committee is conducting a second round of phone calls checking on the needs of businesses and are requesting alternate phone numbers for the business owners. It was announced that volunteers are needed for the auction sale to be held the 3rd weekend in June for the Antique Emporium on Main Street.

**COMMUNITY PARTNERSHIP UPDATES:**

**Tourism Authority/CVB:**

James reported that during the recovery phase from Covid 19, 137 resource kits were requested with about 60 of those in the MSD District. About 95 have been delivered. They have purchased 12 billboards around the county, are working on a banner program for all municipalities, and are also working on digital videos. He shared that the Farmers Market is doing well with social distancing, their location, and parking. The Gateway building is participated in the Paint the Town campaign and 28 of their windows are being pained. Whitney informed him she has volunteers if needed. James also reported that the trolleys will not be reopening at this time.

**Rowan Chamber of Commerce:**

No report was given

**Rowan EDC:**

Rod reported that 100 businesses are currently listed in the Zoom Business directory which, is a free resource, increases their visibility, and only takes a few minutes to complete. They are conducting economic impact survey every 2 weeks and the third survey which went out last week is set to close today, May 26th. He announced that project activity is strong with interest shown in the purchase of an existing business which would keep 40 jobs and add $5,000,000,000 into the community.

**Historic Salisbury Foundation:**

No report was given

**OLD BUSINESS AND NEW BUSINESS:**

**OLD BUSINESS:**

Lane reminded everyone there were still some outstanding performance evaluations of Larissa.

**NEW BUSINESS:**

**Amended Motion for Bill Pay –**

Larissa explained the need to move away from paper check process and spoke to check and balances in the new process with electronic signatures. Motion to adopt electronic check signatures made by Tim Proper and the motion was seconded by Diane Green. Motion carried with no one opposing.

**New Board Members**

Whitney discussed the Board members whose terms were ending to include Eric Phillips, Tim Proper, Whitney Wallace would move to Ex Officio, and Diane Young would not be seeking renewal. 6 applications

were submitted for consideration to include: Alissa Redmond, Stan Jordan (applying for Treasurer), Samantha Haskell, Mark Lewis, Dick Huffman, and Vivianny who is currently on the Promotions committee and a building owner. The Org committee will submit slate of recommendations in June.

**Board Retreat**
A date still needs to be selected for the Board Retreat. The consensus seems to be there is not an appetite for it to be held virtually. State workers are still not allowed to travel until July. June 24th is being explored as a possible option

**MEETING ADJOURNED:**
With no additional business the meeting adjourned at 9:31

**The next meeting of the Board of Directors meeting is Tuesday, June 24th at 7:45 a.m.**

**Downtown Salisbury, Inc.**

## Organizational Committee Meeting

### Tuesday, October 15th, 2019 8:00 am, Salisbury City Hall

**Board Attendees:**

☒Whitney Wallace Williams—Chair   ☒ Dlelka Wilson—Secretary

☒ Diane Young – Vice Chair   ☐Tim Proper--Treasurer

☒ Pete Bogle   ☒ Gianni Moscardini

☒ Zack Kyle   ☐ Hannah Jacobson   ☒ Greg Shields – Past Chair

**Staff:** ☒ Larissa Harper - Exec. Dir.   ☒ Latoya Price – Marketing and Events Coordinator
☒ Candice Brown – Admin Specialist

**Call to Order:** Whitney called the meeting to order at 8:02am.

**MINUTES:**

The minutes of the September Organizational Committee meeting were included in the committee's packet for review. There were no suggested changes/corrections.

**FINANCIAL REPORT:**

In Tim's absence, Larissa went over the preliminary audit with the committee. It should be finished and to the finance department by the end of this week, possibly next week. This year, we were required to use governmental standards because we receive public funds. We are at about $10,000 more in net liability and assets than we were last year. Whitney asked if the audit needs to be taken to the Board for approval. It was decided that the audit does not need approval. Whitney wants to bring the audit to the Board in November to show them. Larissa stated Brent Parks is working on the 990 tax return.

Larissa went over financials, to clarify, all South State money is Empire related and restricted. Looking over Brewbury line items for the event budget provided, Gianni and staff stated that some of the $20,000 in revenue came from a Hotwire sponsorship of $6,100 for glasses from last year and three other sponsors giving $2,000 each. Staff will ask Tim to review the audit and financials before the Board meeting next Tuesday and give his opinion.

**EMPIRE UPDATE:**

Zack reported on the White House visit last Tuesday. Mayor was actually invited to come up the White House that Friday as well. Whitney explained that the White House's team does not provide additional grant money, but publicizes Opportunity Zones and projects within them. There was a meeting with the Mayor, Councilman Brian Miller, Zack, Larissa, Nick and Greystone prior to the big meeting with those people, as well as Tim, Whitney and legal counsel for us and Britt. Parking was brought up in this meeting, there must be a 40 year parking lease per HUD. The underwriter at Greystone was an underwriter at HUD and knows exactly what is required to get the HUD piece to go through. Timeline is looking like June/July for final approval date on this project. Larissa handed out the Executive Summary for the Empire and went over the document with the committee. Diane asked if we could put the document on our website as a PDF instead of reprinting. Staff agreed that it could be placed on our website.

The property insurance company did an inspection and is requesting an update to the electrical system. Pete suggested we get with City and County inspectors to see how to make it safe. Pete also suggested we just turn the power off to the building completely. It was decided to turn the

power off if the insurance company will be appeased with the power just being turned off and not used instead of updating the system. We need to remove everything that is being stored in there from Caniche and the other restaurant equipment that is up there.

## ORGANIZATIONAL CALENDAR
The Organizational Calendar is up to date, has regional training dates on it as well.

## WORK PLAN:
Whitney brought up the communication strategy. She spoke to James, and he stated we should be able to share anything that we would like on our pages (referring to our education lecture series). We are working with the City on drafting press releases in the future. Fern should provide an update in November to ORG and Board on the website.

## COMMITTEE UPDATES:
**Promotions:** Surveys were reviewed. Promotions is thinking of taking next year off from Brewbury to rebrand and come back with something bigger and better the following year. Diane brought up the idea of an event on the Saturday of October Tour for the younger generation to enjoy. Whitney suggested we wait to decide until we talk to the stakeholders at the meeting next week.

**Economic Vitality:** The committee was tasked with looking at the video produced by Miller Davis, the feedback was that the video was amazing, but is too long, Diane would like the video under 5 minutes to be more sharable.

**Design:** The committee continues to work on the Downtown Master Plan with City Planning Department. The consultants have been collecting community input. The parking study results will be presented at City Council tonight.

## OLD BUSINESS AND NEW BUSINESS:

**OLD BUSINESS:**
**NEW BUSINESS:** Stakeholder's meeting next week. Whitney would like to come over and review the agenda when it is ready. Email voting amendment, push back until Novnember.

The new owner of the barber shop at 213 S Lee St has possible interest in the parking lot, but it was decided to leave that off the Board agenda until more information comes in.

A grant has been submitted for the Farmer's Market.

## MEETING ADJOURNED:
With no additional business the meeting adjourned at 9:40am.

**The next meeting of the Organization Committee is November 19th at 8:00 a.m.**

# Downtown Salisbury, Inc.
## Organizational Committee Meeting

**Tuesday, November 19th, 2019 8:00 am, Salisbury City Hall**

**Board Attendees:**

☒ Whitney Wallace Williams—Chair   ☒ Dileika Wilson—Secretary
☒ Diane Young – Vice Chair   ☒ Tim Proper--Treasurer
☒ Pete Bogle   ☒ Gianni Moscardini
☒ Zack Kyle   ☒ Hannah Jacobson   ☐ Greg Shields – Past Chair

**Staff:** ☒ Larissa Harper - Exec. Dir.   ☒ Latoya Price – Marketing and Events Coordinator
☒ Candice Brown – Admin Specialist

**Call to Order:** Whitney called the meeting to order at 8:00am.

**MINUTES:**

The minutes of the October Organizational Committee meeting were included in the committee's packet for review. There were no suggested changes/corrections.

**FINANCIAL REPORT:**

Tim reported that the government standards accounting audit matches up with our 990 form. Traditionally we have had the auditor report to the Board and then we have a motion to pass the audit. We will do that again this year. Tim explained that the typical FASB audit report was completed as well as a Government Standards (GASB) audit, which is new this year based on a requirement from City of Salisbury to meet Local Government Commission standards. Although it looks a little different from the typical FASB, the report mirrors all of the financials we have seen this year. Tim reported that the parking lot behind S. Lee Street was not in this audit and had a question about that. Larissa believes it is due to the timeframe DSI was proven to have ownership, but will follow up with the accountant for clarification and ensure it is reflected in the future. The old Christmas decorations were also brought up for discussion. They are completely depreciated and have no value on the books as assets. Whitney stated we should just give them to another municipality. That will be considered as well as exploring the possibility of selling them. Tim gave the regular monthly report. The Empire Note amount still has not been updated on the financials from the past year's mortgage payments, but Larissa reported the current balance is $740,563.88. Tim stated he will ask the accountant to change the way the Empire balance is reported to easily show the most current balance, taking into account the principal and interest payments.

**EMPIRE UPDATE:**

Zack reported that things are almost complete with the developer and City Council negotiations of the new contract. All parties are considering one sale price, instead of two with two different closing dates. The sale price is the previously agreed upon option in the amount of $560,000 and closing date of December 2020. City Engineering Dept. has determined the dedicated parking spaces for residents can be located behind City Hall, in a currently grassed area, without utilizing the adjacent lot containing a condemned house at this time. Zack reported that the Council desires the parking lot be leased to DSI and DSI will, in turn, lease to the Empire developers for the 40 year required term, as long as HUD financing is in place. Diane asked about the sale price, Zack reported that the price will really be about $560,000 with all their payments so far going toward the purchase price. The deal needs to be taken to the full Board for approval and Whitney given authority to sign the agreement when it is ready. Whitney

stated that during construction, there will be a period of time that we do not owe for our lease on the Montgomery Ward space, she asked the committee to consider what should be done with those funds. All agreed that will be worked on in future budgets.

With an increase on the way from the current, out of state property insurance provider, after research, Larissa recommends property insurance through Central Carolina Insurance Agency, whom we have Directors and Officers Insurance, as well as event insurance for Brewbury and Wine About Winter.

ORGANIZATIONAL CALENDAR
The Organizational Calendar is up to date.

WORK PLAN:
Work plan was skipped this month due to the heavy agenda but items are being worked on steadily.

COMMITTEE UPDATES:
Economic Vitality: Diane brought up video funding. Bottom line, we have $4,400 left in the budget with no further editing done. Diane wants to know what the checks to Miller Davis are for exactly. Staff will be combing through these invoices and comparing to the original quote from Miller Davis.

OLD BUSINESS AND NEW BUSINESS:

OLD BUSINESS: Whitney and City Attorney Graham Corriher have been revising the MSD Contractor Agreement. Whitney would like to present it to the Board for approval for her signature at the December Board meeting. Council has approved the MSD Agreements contingent upon DSI's signatures.

Larissa, Latoya and Vivian have been working on the MOU between the City and DSI as well.

NEW BUSINESS: Fern Blair with the City of Salisbury presented a new website update. Changes were suggested including a section for Downtown Living. Fern explained that Google Analytics will be used from the very beginning of the launch of this site and we will be able to see everything that users look at and where they come from, Google, Facebook, Twitter, etc. Candice, Latoya, and Larissa will continue training and adding the last of the content to the website in order to roll out by the first of the year. With a presentation of the audit and legal documents at the December board meeting, it was decided Fern would be our guest at the January meeting to reveal the new website.

Whitney brought up the bylaw amendment for voting by email. Diane had drafted some verbiage on the topic. Larissa pointed out through her research, the main concern for voting by email is that everyone sees the email and is aware of the vote. Larissa will combine the verbiage she found that addresses the issues concerning notice and other requirements with Diane's suggested language and send it out to the committee before the Board meeting.

MEETING ADJOURNED:
With no additional business the meeting adjourned.

**The next meeting of the Organization Committee is December 17th at 8:00 a.m.**

Case 1:21-cv-00814-CCE-JLW  Document 42-3  Filed 04/04/23  Page 21 of 39

# Downtown Salisbury, Inc.
## Organizational Committee Meeting

**Monday, April 20th, 2020 8:00 am, Virtual via Zoom**

(Rescheduled from regular meeting date and time)

**Attendees:**

☒ Whitney Wallace Williams—Chair  ☒ Dileika Wilson—Secretary

☒ Diane Young – Vice Chair  ☒ Tim Proper--Treasurer

☒ Cheryl Goins— Design Committee Chair

☒ Gianni Moscardini

☒ Zack Kyle  ☐ Hannah Jacobson  ☒ Greg Shields – Past Chair

**Staff:** ☒ Larissa Harper - Exec. Dir.  ☒ Latoya Price – Marketing and Events Coordinator

☐ Candice Brown – Admin Specialist

**Call to Order:** Whitney called the meeting to order.

**MINUTES:**

The minutes of the February Organizational Committee meeting were discussed and accepted.

**FINANCIAL REPORT:**

(A MAJORITY OF THE MEETING WAS SPENT ON ANALYSIS OF CURRENT BUDGET THROUGH SEPT/OCT WHEN THE FIRST OF A SIGNIFICANT AMOUNT OF MSD TAX REVENUE WILL MOST LIKELY BE RECEIVED. CITY AND COUNTY OFFICIALS, AS WELL AS THE CPA CAUTION THAT REVENUE WILL PROBABLY BE LOWER AND COME IN SLOWER DUE TO COVID-19 ECONOMY.)

WHITNEY NOTED THAT SHE HAD ASKED LARISSA AND TIM TO DELVE DEEP INTO FINANCIALS Referencing March 31, 2020 compared to March 31, 2019

Cash balances of $65,000; Revolving Checking account WITH APPROX $40,000 related to Empire

Positive variances relative to where we were last year this time

Tim reported that there is $718,000 debt; $37,000 in line 2074 Empire developers holding for closing to be applied to sale price. We have about $6,000 left to collect in MSD taxes, but we basically have all of it for the year.

Line 4110 has income that needs to be placed in proper categories ($3,100 needs to be moved to MSD line item.)

No other income items are expected for the rest of the year Larissa stated. Tim stated we have received most all the income we are going to get for this year, so need to look at expenses.

Larissa will look into the details of the $6,800 for audit expense, but believe it is because two sets of financials were provided this year to meet government standards.

Tim discussed line 6339.1 (Page 5) Empire Debt Service only showing interest when we have been paying principle and interest on Empire Hotel loan. Made 3 payments this year; totaling approx. $63,000 has been paid this fiscal year, although it looks like we have only spent $28,000. Actual Balance of the loan wanted to be showed, so Brent Parks made an adjustment to split this up. Net income is $68,000 minus principle curtailment. May look at titling 6339.1 as Empire Hotel Interest, instead of Debt Service. Diane suggests a footnote may need to be made as well. Tim stated it is accurate from an accounting perspective, difficult to understand from a budget perspective. Present as a net income and a versus budget figure. The whole payment could be in there so it shows P&L and on the other report just shows the interest

portion. A cash-flow chart is suggested but the issue would be whether to pay for that from CPA every month.

Larissa reported that she and CPA have estimated average $2,000/month in expenses, detailed what that entails ($1,000 for TDA, $200 for utilities for Empire, Insurance some paid quarterly, events will cease until possibly Fall. Whitney confirmed we'll pay about $6,000 thru July. Larissa stated only located $4,400 available that is not identified for use in any way from accumulated rent from Empire Hotel tenants over the years. Only have one tenant now (Caniche) that pays $90/mo. for storage of display items for their shop. CPA cautions that we need to keep 3 months in reserve and plan for another 2 Empire mortgage payments at least. The next revenue will not come in until Sept./Oct. and the County has been a couple of months behind in paying the MSD funds. The other big issue is the balloon payment is due August 22, which is $718,000 unless we can get a refinance of the loan. The cost to re-fi two years ago was a little over $20,000.

Tim brought up another issue: Empire Loan Refinance contract price is $140,000 less than what is owed ($718,000). Zack believes he can get a letter from City Council that states the City will cover the difference in the balance owed and sale price which is being negotiated at $560,000.

Larissa stated that $900 is being spent quarterly on Out and About Magazine. It is an annual contract that she will look into stopping.

Larissa suggested in drafting the FY 20-21 Budget to reduce budget 5% from projected MSD funds, as that what has been asked for City Budgets across all departments. Zack cautions that revenues are expected to decrease 5-8%. Larissa will work with the accountant to get a cash-flow chart.

**EMPIRE UPDATE:**
Zack stated that May 5th Council is hoping to meet and will have a contract.

**ORGANIZATIONAL WORKPLAN AND CALENDAR REVIEW—No Report**

**COMMITTEE UPDATES—**All Chairs gave an update on their projects that remain on-going and for projects being considered or underway in response to the COVID-19 health and economic crisis.

**OLD BUSINESS:**
Stakeholders Meeting Agenda was discussed for the virtual meeting on 4-22-2020

**NEW BUSINESS:**

**MEETING ADJOURNED:**
With no additional business the meeting adjourned.

**The next meeting of the Organization Committee is May 19th at 8:00 a.m.**



*A Main Street Original*

# DOWNTOWN
# SALISBURY, INC.
NORTH CAROLINA

## Design Committee Meeting
## MINUTES
February 11, 2020  8:00 am, Plaza Conference Room
### 100 W. Innes Street

**Committee Attendees** (X = in Attendance):
☐ Pete Bogle  ☒ Davis Cooke  ☒ Gianni Moscardini ☐ Ed Norvell ☐ Paul Fisher
☐ Mikey Wetzel ☒ Cheryl Goins ☐ Dileika Wilson ☐ Alyssa Nelson ☐ Priscilla Clark
☐ Wendy Brindle ☐ Craig Powers ☐ Hannah Jacobs ☒ Weston Ewart

**Staff:** ☒ Larissa Harper - Executive Director

**Call to Order:** The meeting was called to order at 8:14am.

**Approval of Minutes:**
No changes to the Minutes.

**Main Street Design Concept Update:**
Davis expressed concern that the Master Plan still comes to Design Committee, Gianni and Weston agree.

**Window Activation**
Weston explained that he has created a schedule of groups that share and rotate displays at the Empire Hotel in the 212 & 214 units, and now will explore the 220 unit that has a large expanse of street level windows and the Diana Shop at the other end of the building (226-228 S. Main).

1. Temp Window Coverage
2. Can units be used as storage
3. Can we explore Amend to Ordinance for these items

Larissa will follow up with Code Services and Planning Director Hannah Jacobson

Weston explained how it would be ideal to have private windows from which to display the other groups that are waiting. Some include: Salisbury Academy and several public schools, The Quilt Guild, Trinity Oaks, and the group working with Rowan Museum and Library for the celebration of the end of WWII.

Going into further detail about the end of WWII celebration, Larissa explained that she had a conversation with Dr. Randy Lassiter who is working with the organizations to have events throughout the year, culminating with the Pops at the Post event in June. He would like to use the Empire Hotel windows to display enlarged photos that are on file at the library in the Empire Hotel windows. I connected him with Weston to explain the current rotation of the 211 & 214 units and explore using other window units in the Empire for the celebration of WWII.



**DOWNTOWN**
**SALISBURY, INC.**
NORTH CAROLINA

*A Main Street Original*

The group decided that it would be best to ask Board Chair Whitney Wallace Williams at the Organization Committee meeting to encourage Jason Wallace to let us decorate the South Main windows that are vacant currently: Former candy store window, renovated unit that was the former beauty supply store, the former barkery (or ice cream shop).

Weston verbally told the group the current furniture groups that are in rotation at units 212 & 214 and will email Larissa the schedule he has created. Larissa thanked him for taking this project on and almost solely creating it from scratch.

**Work Plan**

Larissa reminded that next month the update to the Master Plan will be given and the action of street furniture inventory will be reviewed on the Work Plan. The work plan will be emailed out to review before the next meeting.

**MEETING ADJOURNED:** With no additional business the meeting adjourned at 8:50 a.m.
**The next meeting of the Design Committee is March 10ᵗʰ at 8:00 a.m.**

\*\*\*\*\*\*\*

**Design Committee Meeting**
**MINUTES**
**March 31, 2020  8:00 am**
*\*Virtual\**

(Attendees:  Cheryl, Dileika, Davis, Alyssa, Hannah, Dan Lambert of McAdams Consulting and me).  The majority of the 2+ hr. meeting addressed the concept drawing for the repaving and redesign of Main Street.  After that, actions were discussed that could be put into motion now for immediate and future work plans.  Here are the basic points and actions to be taken immediately:

1. **Overall, the Committee liked the Main Street design that Dan presented.**  Hannah is consulting with Lane Bailey as to when this goes to Council and how it will be presented for public input.

2. **Larissa will send to the Design Committee examples of different types of signage and creative messages the "Imagine This" (or whatever we choose to call our program) for marketing vacant properties** using eye-catching signage to include the DSI Community logo or particular icons from the colorful logo).  It was noted that a budget request must be made, as Design Committee does not have designated funds for such projects.

Case 1:21-cv-00814-CCE-JLW   Document 42-3   Filed 04/04/23   Page 24 of 39



# DOWNTOWN
# SALISBURY, INC.
## NORTH CAROLINA

*A Main Street Original*

**NOTE:** Larissa was in charge of this type of program in Wilson. Her goal was to introduce this concept to Downtown Salisbury when it was time to add this into our work plan, if needed, and when we had buy-in on this type of partnership from the private property owners. It can still be done when the Empire Hotel is closer to completion, also, if the developer and property manager want this type of partnered marketing.

**ACTION:** The Economic Vitality Committee is considering taking on this project as it deals more with business recruitment and property development than Design features.

**3. Larissa will schedule a call this week between Cheryl, Diane and Michelle Pentoney** to discuss a new idea for positive messaged art for upper and lower story windows campaign.
**ACTION: In progress**

Michelle and I just talked through this idea. Here are our thoughts:

- When the painting of flowers on windows was launched last week I wasn't sure if we were going to be able to do this community art project, if windows are covered with flowers you would not see the community art displayed in the windows. I don't see a lot of display windows painted up so maybe that isn't a concern.

- A play on history - this could be Salisbury's "Victory Garden", with the suggestion that during WWII gardens were planted to provide food for the community as a way to support the war effort, today our Victory Garden is a symbol of our community coming together to celebrate it's victory over Covid 19 We would suggest that everyone's drawing have a flower/greenery theme. This would also tie into the flowers that are being painted on the windows, it would all work together.

- The community art project is something we anticipated "installing" in storefront windows the first week that businesses are officially reopened. As we don't know how long it is going to be before stores are able to reopen we suggest doing all the prepwork for this now and then launching a few weeks before the reopening of downtown. We are fearful if we launch this now, and things are closed for another couple of months, then we will have no momentum built by the time businesses reopen. We are assuming there will be some "advance notice" of when that date will be.

Pre-launch prepwork would include:



# DOWNTOWN
# SALISBURY, INC.
### NORTH CAROLINA
*A Main Street Original*

- Cutting canvas material to make available for pickup at a safe location a few weeks prior to reopening (people could use their own materials, this would just be an option)

- Writing a press release about this to be published when we want to launch it, with social media pushing this out as well.

- Notifying businesses of this in advance of announcing so we can begin to get a list of who will be willing to display in their windows

- Lining up groups of people in advance who are willing to participate so when we announce this we have immediate excitement and traction

- Developing a hash tag to use in promoting this, encouraging everyone who is making their art to post a video or photo using this hashtag

- Michelle is happy to do a few videos showing creative ways to create a canvas. She also has scraps of paper and fabric if folks want to utilize that to make a collage for their canvas, these will be displayed inside display windows so they won't be hurt by rain, etc.

- Prepare details for the launch, designate a day when all the art is up and we invite the community to come enjoy. Probably a Saturday, how do we leverage this to help the businesses on that day? It could be as simple as "make a purchase of any amount on that day and register for a drawing for $100 in Downtown Dollars". Folks could register at all locations where they spend money.

Michelle - feel free to add anything I have not mentioned.

If you want either or both of us on the call in the morning we can be available. I may or may not have my video up depending on how early I get myself pulled together!

Diane

4. **Once reviewed and allowed by ORG committee, and the DSI Board if ORG feels they do not have the necessary authority to approve, a request from the DSI Design Committee to utilize the remainder of any Façade grant funds for FY19-20 will be submitted to Community Appearance Commission and the Planning Dept. in April.**

*NOTE:* Deileka asked about the tree lighting Public Works is exploring. Hannah is getting an update as to where that project stands but we realize that City Public Works Dept. is concerned with COVID-19 work for citizens.





**D O W N T O W N**
**SALISBURY, INC.**
N O R T H   C A R O L I N A

*A Main Street Original*

Since it is now staying light outside longer, Larissa brought up the idea of exploring the purchase of banners for light posts where there are none, especially on the major streets and in between event banner hangings, which may not happen for a while with the COVID-19 crisis. (This is a typical Design Committee type of program.) Larissa asked Alyssa if there were any funds left in Façade grants. There is currently $6,000 that will not be released to an awardee due to the awardee's decision to not implement additional work as planned. These funds must be used by June 30 or they go into the General Fund. There is no guarantee that our request would be granted, but it is worth a shot.

*Since Larissa was the downtown consultant and administrator for façade and interior up-fit*
*grants as part of my job in Wilson, and worked on procuring banners for both of my past*
*downtown communities, she will write the request according to CAC guidelines and submit*
*examples of this project, or whatever other relatively quick-action amenities the Design*
*Committee proposes to ORG/Board for positive images to display within for the downtown*
*footprint.*

**ACTION:  In progress**

5.  **Next Design Committee Meeting is Tues., April 14ᵗʰ where these ideas will be officially introduced to the Design Committee, along with the written request to CAC.**



**DOWNTOWN**
# SALISBURY, INC.
**NORTH CAROLINA**
*A Main Street Original*

**Design Committee Meeting**
**MINUTES**
**March 31, 2020 @ 8:00 am**
*(Rescheduled from 2nd Tuesday due to NCMS Conference)*
**\*Virtual Meeting\***

**Committee Attendees** (X = In Attendance): ☒ Cheryl Goins, Committee Chair
☐ Pete Bogle ☒ Davis Cooke ☐ Gianni Moscardini ☐ Ed Norvell ☐ Paul Fisher
☐ Mikey Wetzel ☐ Dileika Wilson ☐ Alyssa Nelson ☐ Priscilla Clark
☐ Wendy Brindle ☐ Craig Powers ☒ Hannah Jacobs ☐ Weston Ewart

**Staff:** ☒ Larissa Harper - Executive Director

**Call to Order:** The meeting was called to order at by Chairwoman Cheryl Goins at 8:10 a.m.

*Special Guest:* Dan Lambert of McAdams Consulting

**The majority of the 2+ hr. meeting addressed the concept drawing for the repaving and redesign of Main Street.**

**After that, actions were discussed that could be put into motion now for immediate and future work plans.** Here are the basic points and actions to be taken immediately:

1. **Overall, the Committee liked the Main Street design that Dan presented.** Hannah is consulting with Lane Bailey as to when this goes to Council and how it will be presented for public input.

2. **Larissa will send to the Design Committee examples of different types of signage and creative messages the "Imagine This" (or whatever we choose to call our program) for marketing vacant properties** using eye-catching signage to include the DSI Community logo or particular icons from the colorful logo). It was noted that a budget request must be made, as Design Committee does not have designated funds for such projects.

*NOTE:* Larissa was in charge of this type of program in Wilson. Her goal was to introduce this concept to Downtown Salisbury when it was time to add this into our work plan, if needed, and when we had buy-in on this type of partnership from the private property owners. It can still be done when the Empire Hotel is closer to completion, also, if the developer and property manager want this type of partnered marketing.

**ACTION:** The Economic Vitality Committee is considering taking on this project as it deals more with business recruitment and property development than Design features.

Case 1:21-cv-00814-CCE-JLW   Document 42-3   Filed 04/04/23   Page 28 of 39



**DOWNTOWN**
## SALISBURY, INC.
NORTH CAROLINA
*A Main Street Original*

3. **Larissa will schedule a call this week between Cheryl, Diane and Michelle Pentoney** to discuss a new idea for positive messaged art for upper and lower story windows campaign.
**ACTION: In progress**

4. **Once reviewed and allowed by ORG committee,** *and the DSI Board if ORG feels they do not have the necessary authority to approve,* **a request from the DSI Design Committee to utilize the remainder of any Façade grant funds for FY19-20 will be submitted to Community Appearance Commission and the Planning Dept. in April.**

*NOTE:* Deleka asked about the tree lighting Public Works Dept. is exploring. Hannah is getting an update as to where that project stands but we realize that City Public Works Dept. is concerned with COVID-19 work for citizens.

Since it is now staying light outside longer, Larissa brought up the idea of exploring the purchase of banners for light posts where there are none, especially on the major streets and in between event banner hangings, which may not happen for a while with the COVID-19 crisis. (This is a typical Design Committee type of program.) Larissa asked Alyssa if there were any funds left in Façade grants. There is currently $6,000 that will not be released to an awardee due to the awardee's decision to not implement additional work as planned. These funds must be used by June 30 or they go into the General Fund. There is no guarantee that our request would be granted, but it is worth a shot.

*Since Larissa was the downtown consultant and administrator for façade and interior up-fit grants as part of my job in Wilson, and worked on procuring banners for both of my past downtown communities, she will write the request according to CAC guidelines and submit examples of this project, or whatever other relatively quick-action amenities the Design Committee proposes to ORG/Board for positive images to display within for the downtown footprint.*

**ACTION: In progress**

5. **Next Design Committee Meeting is Tues., April 14ᵗʰ where these ideas will be officially introduced to the Design Committee, along with the written request to CAC.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Update for Item #3 from Diane Young and Michelle Pentoney since Design Committee meeting:

- When the painting of flowers on windows was launched last week I wasn't sure if we were going to be able to do this community art project, if windows are covered with flowers you would not see the community art displayed in the windows. I don't see a lot of display windows painted up so maybe that isn't a concern.

- A play on history - this could be Salisbury's "Victory Garden", with the suggestion that during WWII gardens were planted to provide food for the community as a way to support the war effort, today our Victory Garden is a symbol of our community coming together to celebrate it's victory over Covid 19 We would suggest that everyone's drawing have a flower/greenery theme. This would also tie into the flowers that are being painted on the windows, it would all work together.

Case 1:21-cv-00814-CCE-JLW   Document 42-3   Filed 04/04/23   Page 29 of 39



# DOWNTOWN
# SALISBURY, INC.
### NORTH CAROLINA
*A Main Street Original*

- The community art project is something we anticipated "Installing" in storefront windows the first week that businesses are officially reopened. As we don't know how long it is going to be before stores are able to reopen we suggest doing all the prepwork for this now and then launching a few weeks before the reopening of downtown. We are fearful if we launch this now, and things are closed for another couple of months, then we will have no momentum built by the time businesses reopen. We are assuming there will be some "advance notice" of when that date will be.

Pre-launch prepwork would include:

- Cutting canvas material to make available for pickup at a safe location a few weeks prior to reopening (people could use their own materials, this would just be an option)

- Writing a press release about this to be published when we want to launch it, with social media pushing this out as well.

- Notifying businesses of this in advance of announcing so we can begin to get a list of who will be wiling to display in their windows

- Lining up groups of people in advance who are willing to participate so when we announce this we have immediate excitement and traction

- Developing a hash tag to use in promoting this, encouraging everyone who is making their art to post a video or photo using this hashtag

- Michelle is happy to do a few videos showing creative ways to create a canvas. She also has scraps of paper and fabric if folks want to utilize that to make a collage for their canvas, these will be displayed inside display windows so they won't be hurt by rain, etc.

- Prepare details for the launch, designate a day when all the art is up and we invite the community to come enjoy. Probably a Saturday, how do we leverage this to help the businesses on that day? It could be as simple as "make a purchase of any amount on that day and register for a drawing for $100 in Downtown Dollars". Folks could register at all locations where they spend money.

If you want either or both of us on the call in the morning we can be available. I may or may not have my video up depending on how early I get myself pulled together!

Diane



# Economic Vitality Committee

108 S. Main Street • 2nd Floor Conference Room, Walser Technology Group

**Minutes of Meeting**
**November 7, 2019**

**Present:** Diane Young - Chair, Eric Hake, Judy Klusman, Harrison Smith, Bryan Wymbs, Michael Young, Larissa Harper - DSI Staff.

Diane Young called the meeting to order and thanked everyone for their willingness to serve.

The minutes of the October 3, 2019 meeting had been emailed to committee members. There were no changes/additions suggested for these minutes therefore they stand as presented.

## Economic Vitality Work Plan

**Strategy #1: Downtown is the authentic historic center of arts, culture, and entertainment for Rowan County.**

**Action: Support the development of one live entertainment center.**

Regarding the question about a height limit for new construction in Downtown, Larissa sent this question to Hannah Jacobson, Director of the Salisbury Planning Department. Hannah referenced the city ordinance which doesn't stipulate a height limit in Downtown. She also referenced the design guidelines for the downtown historic district. In those guidelines it gives guidance for maximum height as a percentage of the height of existing buildings in the block, and generally under thirty-five feet. There is a need for clarification of how this guideline would be applied to Harrison's building. Michael pointed out the guidelines also has a section for additions. Larissa will get a specific answer from the Planning Department as to whether Harrison can add one or two stories to his building.

Larissa reported that Parks and Rec Director Nick Aceves and Hannah Jacobson worked with Larissa on a grant application through Healthy Rowan to fund technical assistance to determine the best location for an indoor market. At City Council last week the city's lobbyist shared that they are also researching opportunities related to healthy foods and markets. There is a variety of opinions among the market vendors. The next step is to get everyone in the room with Larissa and Nick to discuss. Michael pointed out the National Main Street Center's list serve has a discussion thread on markets, and a folder in its archives related to farmers markets. Michael suggested Larissa study this information. The task is on the work plan will be updated to bring together the farmers and related parties, including Alyssa, to determine what the farmers would want. December 31 will be the deadline for this discussion. Bryan Wymbs offered to assist with this meeting/discussion as he has served on the Bread Riot board. Eric pointed out some farmers/vendors have moved on to other markets because their wasn't enough turn-over here. Judy mentioned her discussions with (now retired) Darrell Blackwelder indicated a desire for a commercial kitchen where canning and food preservation could be done, and Pittsboro has a great example. Harrison brought up the City Consignment property as a location for an indoor market. The committee looked at the location on the map, it is in the 400 block of S. Main Street, and pointed out the

northern side of the property is contiguous with the MSD. It is also in the Opportunity Zone. Diane asked if that location is too far from the center of downtown. City Consignment is in the 400 block, the present market location is in the 500 block. Diane suggested we ask the owner to come in to the MSD so DSI can work with this property, and ask the owner's representative if they would come in to the MSD so DSI can assist with this development. (Follow-up note: $710,353 assessed value, MSD taxes would be $1250).

Eric reported that Catawba College is working with Chantel Williams, owner of Off Grid in Color, to give a presentation this spring sharing her amazing story.

**New Tasks:**

- Larissa to determine definitively if Harrison can add one or two stories to his building.
- Larissa to facilitate a meeting with the farmers and other parties to discuss their needs regarding a location, deadline to be December 31.
- Larissa to study the National Main Street Center's list serve and topic archives for information related to farmers markets.
- Larissa to determine what the assessed value of the City Consignment property is, calculate the MSD tax liability, and ask the owner's representative if they would consider coming in to the MSD so DSI can work with them on the redevelopment of this property.

**Strategy #2: Downtown Salisbury is the hub of technology, shopping and business in Rowan County.**

**Action: Complete video series that began in FY 18-19 and use as a business recruitment tool.**

Latoya and Diane met with Mollie Ruff to discuss the first video and shared how we need a shorter version that is roughly four minutes long. She was very receptive and is getting a quote for Miller Davis to do that additional editing. To keep the cost down she asked that we provide to them the sections we suggest to cut out and their time stamps. Michael, Eric, and Judy offered to look at the video and email suggestions to the committee for the committee to review. Michael suggested they all view the video ten to twelve times to come up with a list of suggested sections. Once they group feels they have a good idea of sections to remove Michael will pull them this group together to develop final recommendations for the committee.

Regarding the second video, the Downtown Salisbury Economic Development Story, they are going to break the content into five individual videos. The videos should be ready by the end of the year.

At the last meeting the committee discussed using market analysis to determine which businesses we want to attract and utilize the videos to recruit these businesses. Diane shared a sample of the North Carolina Main Street office-prepared market snapshot that we can have done for free as a NC Main Street community. She also brought to the committee an opportunity for market data that Rod Crider sent to Diane and Larissa that goes a little deeper into the numbers but doesn't have the consumer profiles that the State option includes. The cost of Rod's option is $795. The committee decided to go with the NC Main Street option, and give Sherry Adams the address of 101 S. Main Street as the center point for driving times to be calculated. Larissa will give Sherry the go ahead and the center point to get this in the works. Michael pointed out this information needs to be pulled periodically as game-changing developments come in. The Burlington Coat Factory and Home Goods that will be opening in Rowan County is one example. Once we have the snapshot we can put it on the DSI website.

**New Tasks:**

- Diane to send the link to the first Miller Davis video to Michael, Eric, and Judy. They will watch the video to identify segments that can be removed.

**Strategy #3: Downtown is the center for urban living in Rowan County.**

**Action: Develop a comprehensive downtown residential plan.**

Diane shared with the committee a draft of a power point presentation. The information that needs to be wrapped up is the financing information that Bryan is developing, and the projections of potential additional tax dollars generated by additional upper floor residential development. Larissa suggested the last bullet on the summary slide be split up into two bullet points. It was also suggested to add a slide that connects the dots as to why the City spending dollars on grants and improvements in Downtown is justified given the tax base of the district and the potential for additional tax dollars. Judy suggested that this presentation be shared with the County Commission. This will be done after it is presented to Salisbury City Council. This is another item that could be put on the DSI website.

Regarding the parking study Diane had sent it to the committee for their review. Larissa said she is happy to take any comments committee members have back to Wendy Brindle. The committee suggested DSI conduct parking counts throughout the year at various days and times, using volunteers. Michael and Bryan are interested in seeing the action plan, what the next steps will be. Larissa will obtain a status report from Wendy and bring it back to the committee.

**New Tasks:**

- **Larissa to email Diane a better map for the presentation.**
- **Diane to fill in the number of businesses-per-acre slide.**
- **Bryan to wrap up the content for slides related to financing.**
- **Larissa to provide the vacant upper floor spaces that could be developed and their square footage so Diane can wrap up the projections.**
- **Diane to break up the final bullet point on the summary slide into two points.**
- **Larissa will obtain an update on the next steps related to the parking study and bring it back to this committee.**

---

Other Business

Harrison asked how the county tax assessor determines the assessed value. Michael explained in theory it is looked at three ways: what it would cost to rebuild it, the value of comparable property, and the income generated by the property.

Eric reported that they have been having some seminars from area alumni and businesses and that has been going very well, getting Catawba College engaged more with the local employers.

Harrison asked Larissa if there were any outcomes from the recent Stakeholders' Meeting to report. Diane went over the list of suggestions that Larissa had sent to this committee to consider. Diane will send out the list with the meeting minutes, and we can decide what we want to add to the work plan.

**With no further business the meeting adjourned at 9:11 am.**

---

- **Michael to facilitate a meeting with Eric and Judy to come up with a list of segments to be removed and time stamps for these segments, and bring these suggestions back to the committee for its review.**
- **Larissa to give Sherry Adams with NC Main Street the go ahead to do our market snapshot, with 101 S. Main Street as the center point for drive times.**



**Downtown**
**SALISBURY, INC.**
NORTH CAROLINA
*A Main Street Original*

## Economic Vitality Committee

108 S. Main Street • 2nd Floor Conference Room, Walser Technology Group

**Minutes of Meeting**
**January 9, 2020**

**Present:** Diane Young - Chair, Rod Crider, Bob Ketterhagen, Todd Littleton, Michelle Pentoney, Sada Stewart, Bryan Wymbs, Michael Young, Larissa Harper - DSI Staff.

Diane Young called the meeting to order.

The minutes of the December 5, 2019 meeting had been emailed to committee members. There were no changes/additions suggested for these minutes therefore they stand as presented.

### Economic Vitality Work Plan

**Strategy #2: Downtown Salisbury is the hub of technology, shopping and business in Rowan County.**

**Action: Complete video series that began in FY 18-19 and use as a business recruitment tool.**
Michael still needs to get together with Eric and Judy to develop final recommendations to bring back to the committee for shortening the first video. We do not have the second video yet. We hope to have that for next month's meeting. Miller Davis was told to keep all future videos in this series to roughly four minutes.

Regarding Harrison's previous question about height restrictions for his building Larissa reported that she put Harrison in touch with zoning/development services. The information they sent to Larissa is that he could go one story above the adjacent buildings if allowed by the Historic Preservation Commission. He may be able to add his desired two stories, but it appears he will be able to add at least one story.

Bryan Wymbs reported on the farmers market. He was on the call arranged by Larissa and Parks and Recreation in December to discuss a potential grant from the US Department of Agriculture for funding to study various locations for a permanent market. Bryan thought the call went well. It was to "interview" Salisbury as a potential grant recipient. This is the first of several steps before we would be selected to be a recipient. There were a good number of farmers' representatives on the call. Diane asked if the market wants to move for this coming season, and Bryan felt they will probably be in their current location for 2020. Todd stated the TDA had offered them a recently completed pavilion off Lee Street. There is also the possibility they might be on the Fisher Street location in front of the library. Larissa reported the City had offered to block off Jackson Street between Fisher Street and West Innes Street, however, the farmers felt they needed more room. After much discussion the committee discussed whether we should strive to get them moved to Fisher Street for this upcoming season. Bryan will go back to the farmers' representatives and ask them if that is a possibility. Larissa reported that Hannah Jacobsen, the Planning Director, is the city's contact if they decide they would want to make the move to Fisher Street.

The market snapshot prepared for us by the North Carolina Main Street Program was reviewed by the committee. It appears in most types of businesses we have a Retail Surplus (at least in the closer drive times), meaning the community's trade area is capturing the local market plus attracting non-local shoppers. Surplus doesn't necessarily imply that the community can't support additional businesses in those categories, but rather the community has possibly developed strong clusters of retail including eating and drinking establishments that have broad geographical appeal. It appears the categories where it appears we could concentrate recruitment efforts include alcoholic beverage establishments and florists. The narrative that was included with the snap-shot shares that in the twenty-minute drive time we could support stores that carry shoes, used merchandise, clothing, jewelry/luggage/leatherware, office supply and stationery, building and garden supplies, and furniture. Michael pointed out that like businesses that are clustered together are much more successful than businesses that do not have a cluster of similar businesses. Larissa pointed out we need more drinking establishments like Bottle and Can and shared that Lexington has developed a strong "bar-hopping" scene. Todd echoed that Lexington has more options of different places to go and like music options. Sada pointed out people are looking for an experience while enjoying a beverage. Larissa also pointed out we could become a service hub in addition to a retail hub (ie medical, dental, dry cleaning) for the 15,000+ households that live within a ten-minute drive of downtown. Larissa mentioned that one pharmacy chain, it may be CVS, is now willing to locate in downtowns. Michael pointed out there are few key-man office space options in downtown.

Regarding next steps, Michelle suggested we utilize resources that promote the entire downtown to get a broader reach. She mentioned that a lot of visitors "meet in Downtown" for a day trip.

Michael suggested we identify the low-hanging fruit. Identify types of businesses the report says we could support, go to existing stores in those industries and share the data, explaining we believe recruiting more businesses in their industry will assist in making them successful, then go after those types of businesses with recruitment efforts. It was agreed for everyone to study this snapshot more closely and bring back to the meeting one or two suggestions of businesses that we should concentrate on and go after.

Regarding downtown Wi-Fi, Bob reported that he has been asked by Hotwire to start getting it ready. He must deploy a network while he has all the equipment. Setting up the Bell Tower Green for Wi-Fi is the priority and he has been given a target date for that. Bob believes this spring he will begin preparing all the hardware and developing a budget, etc for downtown-wide Wi-Fi. Bob will need assistance with establishing contacts with possible locations, etc. We will explore this again in March.

New Tasks:
- Bryan to meet with the farmers' representatives to see if they would be open to moving to Fisher Street for this upcoming market season.
- Everyone to study this snapshot more closely and bring back to the meeting one or two suggestions of businesses that we should concentrate on and go after.

Strategy #3: Downtown is the center for urban living in Rowan County.

Action: Develop a comprehensive downtown residential plan.

The Council Retreat is January 31 and Larissa has submitted this presentation to be considered for inclusion, we are waiting to hear if it has been put on the agenda. Diane shared the presentation in its present state. The committee gave the feedback that most slides have too much text, it would be better to convert as much information as possible to graphs, charts, etc. Diane will revise and send out to the committee for their review.

Regarding the Council retreat Larissa reminded the committee that the public is welcome to attend. Larissa would like to introduce the committee members who are there. The retreat will be held at the Livingstone Culinary Center (former Holiday Inn). Larissa will email out the agenda when it is available.

## Business and Property Report

Larissa offered the following report:

- Bruce's Tuxedo of Salisbury is opening on South Main Street.
- It has been suggested that Larissa visit the "Outfitter" business on the other side of the highway. Larissa has visited them with information. They have a lease for their present location for a few more years.
- Larissa wants to meet with the owner. One of his concerns is he does Saturday cookout demonstrations and was concerned he would not be able to do that in Downtown. Larissa has confirmed he would be able to do that.
- Larissa has been talking with a possible distillery who wants to look at Salisbury.
- We have only one vacancy on North Main Street, the old pharmacy building. The space is being shown by Jayne Helms, they are willing to sell the property.
- Larissa is talking to a butcher about a second location. She is trying to get a tour set up.
- There is someone interested in a barcade. Larissa needs to schedule this tour. He is looking for 3,000 – 4,000 square feet.
- 206 South Main Street is vacant. Larissa is talking to a wholesale baker that specializes in Jamaican foods. She may not be ready for a brick and mortar.
- Michael reported Lost and Found is moving to the 100 block of North Main Street.
- The bookstore has been purchased.
- The Wells Fargo has a potential buyer doing due diligence, is hoping to close in early 2020. Regarding the parking lot a flex parking arrangement for the evening hours is being explored with the potential buyer.
- There is someone looking for a space for a Christian teen life center, they may have found a location outside of downtown.
- A speakeasy is opening to the left of Bottle and Can. The building has been purchased by a local property owner.
- The variety store that opened next to Merle Norman's on South Main Street is looking for a larger location.
- Wallace Realty is looking for a tenant for 204 South Main Street.

## Other Business

Sada reported that Historic Salisbury Foundation has purchased the McCanless House on South Main Street (outside of the MSD). There are many structural issues to deal with. They would welcome ideas for potential uses for the property.

Regarding the City Consignment property being brought into the MSD, Diane reported that the legislation requires a certain amount of adjacent property line to be contiguous with district and in this case there is not enough linear footage. The other properties (gas station and abandoned residential) may need to also come in to meet the requirement for City Consignment. Diane will research the MSD legislation and confirm how much linear footage is needed to bring this property to the district. The current value of $710,000 would bring in $1250 in MSD taxes if the property was not improved.

**New Tasks:**

- Diane will research the MSD legislation and confirm how much linear footage is needed to bring the City Consignment property in to the district.

**With no further business the meeting adjourned at 9:33 am.**



# Economic Vitality Committee
108 S. Main Street • 2nd Floor Conference Room, Walser Technology Group

**Minutes of Meeting**
**February 6, 2020**

**Present:** Diane Young - Chair, Bob Ketterhagen, Eric Hake, Elaine Spalding, Sada Stewart, Bryan Wymbs,
Michael Young, Larissa Harper - DSI Staff.

Diane Young called the meeting to order.

The minutes of the January 9, 2020 meeting had been emailed to committee members. There were no
changes/additions suggested for these minutes therefore they stand as presented.

<u>Economic Vitality Work Plan</u>

**Strategy #1: Downtown is the authentic historic center of arts, culture, & entertainment for Rowan County.**

**Action: Support the development of one live entertainment center.**

Elaine confirmed that she sent to Harrison the information on the Belk Foundation, immediately following the
meeting where it was discussed.

Bryan Wymbs reported on the farmers market. Bryan is now on the Board of the Farmers Market and on
Tuesday they voted (7 to 2) in favor of moving the market to the TDA's pavilion. There is positive synergy and
partnerships with the CVB, John Ketner, and the City. Bryan is working with the City to close Kerr Street during
markets to allow for better access to the structure. If this location doesn't work, then Fisher Street remains an
option once the Bell Tower Green is open. Elaine suggested this news would be good to announce at the
Chamber's March Salute to Agriculture Power in Partnership breakfast on March 18 at the West End Plaza.
Michael asked for confirmation of the name of the structure, it is believed to be the Railwalk Pavilion. Larissa
will confirm this name. Michael pointed out that we all need to start using that official name when discussing this
location.

Eric shared that Catawba College is hosting a presentation by Chantel Johnson, owner of Off Grid In Color, a
Rowan County farm. Her presentation is a motivational speech that will also talk about sustainability in
agriculture. It is the evening of March 26. Eric will send the committee a link to information on this event so
committee members can share on social media to assist in getting the word out. Elaine said the agricultural
extension office would also be helpful in promoting this event.

The committee talked about the City Consignment Property. Diane checked the MSD legislation and found that
1/8 of the boundary line for this property must be contiguous with the MSD boundary if it wants to be added
to the MSD. This property has 1447 lf of property boundary, so 180 lf would need to be contiguous with the

MSD Boundary. If we were able to pull in the gas station on the corner, we would probably have enough linear footage to make this addition. Larissa questioned what the gas station would get if they came in the MSD, what would be the benefits that would motivate them to pay the additional tax. Elaine commented now would be the time to get the City Consignment property in the MSD, before it sells. Larissa pointed out the abandoned house on the north side of the City Consignment property may be easier to pull into the MSD. Larissa suggested we add this to our workplan for next fiscal year. It was agreed we would talk with the owner, Lisa, to see if they would be willing to come in the MSD. That will then drive putting this on the action plan.

**New Tasks:**

- Larissa to confirm that the official name of the TDA's structure on Kerr Street is the Railwalk Pavilion.
- Eric to send to the committee a link to the Catawba College presentation by Chantel Johnson.
- Larissa to meet with the owner of the City Consignment property to determine if they would be willing to come into the MSD if we can satisfy the boundary requirement.

**Strategy #2: Downtown Salisbury is the hub of technology, shopping and business in Rowan County.**

**Action: Complete video series that began in FY 18-19 and use as a business recruitment tool.**

Regarding the first video, Michael has taken the video and cut out sections using a video-editing software. This was done only to convey to Miller Davis what sections we would like to remove. Miller Davis will need to do the clean-up/final editing. The committee reviewed the edited video and agreed to make the following additional edits:

- In the second Tonya Grace section remove everything up to "Think about the location"
- Remove Todd Littleton's section, it duplicates what is said by Mikey Wetzel
- If we need to remove more sections to meet the goal of close to three minutes, we can remove a portion of the Mean Mug section

Michael will take these suggestions and continue editing, then we will send it out to the committee for a final viewing. The final version of the video will be used for business-recruitment purposes.

The committee gave input as to the types of businesses we should recruit, based on the market snapshot discussed at the January meeting. Sada polled her friends at her Super Bowl party (all people who were born and raised in Rowan County, had moved away and are now back). Bars with musical entertainment and health food-oriented restaurants with juices, smoothies and wrap sandwiches were their suggestions. These fall under the food and beverage category where we have more market share to capture. Eric recommended a place you can go that has outside social places that feel more like a back yard, with fire pits, seating, etc. Rooftop decks were also mentioned. Bell Tower Green may provide that relaxed, back yard atmosphere. Grievous Gallery is also an opportunity for some relaxed outdoor opportunities. Larissa explained that Parks and Rec is going to be responsible for programming the Bell Tower Green (BTG), lots of groups are wanting to use BTG for their events. Some DSI events will be held in the BTG. Elaine pointed out we need to make the retailers and restaurants aware of events taking place in the BTG that could draw large crowds. Larissa referred to the market snapshot and sales leakage that is occurring in the twenty-minute drive time. Jewelry, shoes, leather goods, residential needs (i.e. pharmacy, grocery store). Bryan brought up a high-end bowling alley, and Michael mentioned a barcade, possibly in combination with the bowling alley. Larissa is talking to someone who is considering opening a barcade. He needs about 3500 square feet; it can be split between two floors. Diane suggested it may be time to circle back to David Post. Michael and Diane will touch base with David and Larissa will talk to this

potential business owner (barcade) and set up a time for him to come and meet with some of our committee members to talk about his needs and plans. Larissa said he may not be quite ready to meet. Larissa shared the business recruitment package she uses when meeting with a potential business. Larissa will bring a list of all vacant properties to this committee next month.

**New Tasks:**

- Michael to complete final video edits and send the revised video out to the committee for one more viewing before sharing with Miller Davis.
- Michael and Diane will touch base with David Post.
- Larissa to contact the gentleman who is interested in opening a barcade to see if he is at a point of sitting down with Economic Vitality committee members to talk about his needs and plans.
- Larissa will bring to next month's meeting a list of all ground-floor vacancies in the MSD.

**Action: Develop a plan for downtown-wide WIFI utilizing the existing infrastructure.**

Bob presented his plan for downtown-wide WIFI to his department last week and got the engineers involved. Bob will probably start looking at rooftops soon to determine locations for equipment and then develop a materials list. Once the list is developed fundraising will begin to raise dollars for this project. The system will use a captive portal that will capture information and then allow the user to access the WIFI. Users will be given a set amount of time before they are kicked off and will need to re-initiate getting onto the system. In other business Bob recently installed a fixed web cam above Haps that is pointed toward the square. It is a live You Tube stream.

**Strategy #3: Downtown is the center for urban living in Rowan County.**

**Action: Develop a comprehensive downtown residential plan.**

We were not on the council retreat agenda. Larissa reported we will be presenting this power point at a future council meeting. At the retreat the council gave Larissa a short list of additional questions, including rental rates for other apartment communities in the city and how they compare to our downtown rates. Affordable housing is still a conversation. Larissa will email an email with the list of questions that council has asked for us to answer. Michael believes we need to move ahead and get this presentation on a council agenda. Larissa will put in a request to be on the council agenda at an upcoming meeting. In addition, Diane will email Mayor Alexander and explain that we have talked about this presentation at our meeting and the Executive Director will be putting in a request at the next agenda-setting meeting.

**New Tasks:**

- Larissa will send an email with the list of questions that council has asked for us to answer.
- Larissa will put in a request to be on the council agenda at an upcoming meeting.
- Diane will email Mayor Alexander and explain that we have talked about this presentation at our meeting and the Executive Director will be putting in a request at the next agenda-setting meeting.

**Other Business**

Michael reiterated that we need to have readily available information on what is for sale and what is for lease, and this information needs to be continually updated.

**With no further business the meeting adjourned at 9:20 am.**