# MEMORANDUM EXHIBIT D

# Downtown Salisbury, Inc.

## Monthly Board Meeting
### Tuesday, September 25, 2018

Attendance: Greg Shields, Chair, Kelly Baker, Pete Bogel, Pam Hylton Coffield, Davis Cooke, Janet Gapen, Judy Klussman, Vivian Koontz, Brian Miller, Gianni Moscardini, Eric Phillips, Tim Proper, DiLeika Wilson, and Diane Young.

Staff: Larissa Harper

Greg Shields called the meeting to order.

The minutes of the August 28, 2018 meeting were reviewed. Judy made a motion to approve the minutes as written. This was seconded by Davis and passed unanimously.

**Financials**
Tim Proper presented the financial report. At the end of August DSI had a cash balance of roughly $54,000. Much of that was MSD tax dollars. We did get the extension on the Empire Hotel note for a two year period. We did make our first payment on this note, with the next payment due in October. On the Income Statement Tim pointed out we have a budget of $45,000 for Event specific revenue/Tickets and with the cancellation of the Brewbury Festival we need to watch that budget number. There were also less expenses than what was budgeted for this event. We have a net deficit of $3117.95. Brian made a motion to approve the financials as presented. This was seconded by Rod and passed unanimously.

**Director's Report**
Larissa made the following report:

- Interviews were conducted last month for the Marketing and Events Coordinator position and explained the entire process the Human Resources department utilized to vet the candidates. The top candidate was Latoya Price. Latoya has a Masters Degree and is currently employed with the City of Winston-Salem's Parks and Recreation Department. An offer of employment has been made to Latoya and she has accepted. Her start date is October 8th.
- DSI is moving their offices to the ground floor of City Hall located off the main floor lobby, with a front office with a window created to allow visitors to be greeted and assisted when they walk in to City Hall. In addition, a full-time administrative assistant will be added to the DSI staff that will support the organization as well as serve as the greeter in the lobby. This addition to the staff will be included in the Downtown Development Department's budget.
- The NC Main Street office is holding a regional meeting on October 16th in Mount Airy. Larissa plans to send Latoya so she can become better acquainted with the Main Street program.
- Larissa and Bob Potter have been discussing reviving merchant meetings that will also include downtown non-profits and other stakeholders. One of the topics of discussion will be First Fridays and if that event should come back and if so in what format. Greg suggested that a new name be developed for this event. Larissa asked Eric to email her the best dates to get together

and meet with Bob to further discuss this. Pete Bogle asked that we be sure to include property owners as they are the group who pay the MSD tax. After much discussion it was decided that Larissa would send out to the Board a list of property owners whose email addresses we do not currently have so Board members can help provide those emails.
- Tonyan Grace Boutique has opened on South Main Street. The Hive will be opening at 126 East Innes Street. Pho Uy Vietnamese Restaurant is opening on North Main Street. The Backcountry Peddler has also opened on North Main Street. Larissa has met the new owner of the former Griffin Guitar Building. He is doing a great job remodeling the first and second floor of that building. He is an experienced business owner and property owner from Greensboro. Cut Up and Dye is opening this week. The former Sparrow's Nest has reopened under a new name and is doing well.
- Main Street conference planning is taking place. The conference website www.ncmainstreetcenter.com links to the Downtown Salisbury Inc. website.
- Larissa has asked the Board to assist with identifying worthy projects to nominate for Main Street awards, as well as determine who should be the Main Street Champion. She asked that board members email her recommendations by noon on Friday, September 28th.

## Empire Hotel

Janet reported that the Local Government Commission approved the Master Lease and the project is now in the developer's hands to complete their financial underwriting. The city attorneys are wrapping up all the exhibits that will go with the agreements and Larissa believes the documents will be ready to be signed this week. Davis asked about the December 31st date to have acquisition completed. Larissa and Tim reported March 31st is a more reasonable date given where we are today.

## Design Committee

Pete shared with the committee that a local resident, Weston, has been working with non profits and merchants to decorate the windows of vacant storefronts. He is searching for funding to keep this initiative going. Edward Norvell suggested donations could be made to DSI to assist in funding this activity; we need to have a line item in our budget to record these donations. Larissa suggested we need to develop a flyer or brochure to outline this program. Greg asked about whether a business making a donation to this program and the window is decorated to promote their business are they dodging a tax liability, it was agreed that this needed to be vetted by our accountant to be sure DSI is not jeopardizing their 501c3 status by making donations for advertising purposes.
The city is putting out RFQ's for the parking study. We are also moving forward on a presentation to kick off the Master Plan update.

## Promotions Committee

Gianni reported that College Night out was very successful. There is discussion about moving events around to different geographic locations. There was an effort to reschedule the festival portion of the Brewbury event but it was found there was simply not enough time to make that happen. Buskers Bash is shaping up well. Fifty-two business locations have signed up.

## Economic Development Committee

Greg reported on behalf of Whitney that she had met with Greg, one of the owners of Salisbury Salon and Spa and Pho Uy Vietnamese Restaurant to ask that he join this committee and he has accepted. The lecture series that is being kicked off on October 15th is being covered by F&M Bank and RCCC Small Business Center. Judy reported that a positive response toward the lecture series has been received. Their meetings with individual business owners has brought to light that businesses do not believe that

certain events benefit them. Larissa reminded us that all events will not benefit every business, our responsibility is to bring people to Downtown and it is up to the business owners to pull them in to their businesses. All events will not benefit all businesses.

**Organization Committee**
Greg reminded the Board that new board member orientation is September 26th. It was determined that very few members were able to attend. A new date will be identified; Diane offered to send out a poll to find a new date that serves a larger group of the Board. Downtown awards program will be planned for January. Pam and Greg will work with Larissa to plan this event.

**TDA Update**
Larissa reported we will have a presentation in October by a TDA staff representative or Mike Miller regarding our marketing partnership. They are in the process of developing a video that highlights individuals talking about what Salisbury means to them.

**EDC Report**
Rod Crider reported their pipeline is as full as it has ever been and updated the board on the various prospects they are speaking with.

With no further business to come before the Board the meeting was adjourned.