# MEMORANDUM EXHIBIT E



# INTERNSHIP TIME LOG

Intern: **Jordan Ferguson**
Supervisor: **Larissa Harper**

| Week # | Dates | Mon. | Tues. | Wed. | Thu. | Fri. | Sat./Sun. | Hours earned this week | Supervisor Initials |
|---|---|---|---|---|---|---|---|---|---|
| | | | | HOURS COMPLETED | | | | | |
| EXAMPLE | 1/1-1/5 | 8-3 | 9-5 | ---- | 9-5 | 8-3 | ---- | 28 hours | |
| 1 | 5/14-5/18 | 11:30-5 | 1-5:30 | 11-4:15 | 10-3 | 10-3 | 8-5 | 34.25 | |
| 2 | 5/22-5/25 | — | 10:00-4:15 | 10-4 | 10-4 | 10-4 | | 24.25 | |
| 3 | 5/27-6/1 | 10-4 | 11-4:30 | 10-4:30 | 10-4 | 10-4 | | 30 | |
| 4 | 6/4-6/8 | 10-4 | 10-5 | 10-4:30 | 10-4 | 10-5 | | 32.50 | |
| 5 | 6/11-6/15 | 9:45-3:15 | 7:15-4 | 10-3:30 | 10-4 | 10:00-4:45 | | 32.50 | |
| 6 | 6/18-6/22 | 10-4 | 10-4 | 10-4 | 7:30-4:30 | 9-2 | | 30 | |
| 7 | 6/25-6/29 | 10-4 | 7:15-4:30 | 10-4 | 10-4 | 10-3:30 | | 32.75 | |
| 8 | 7/2-7/6 | 9:45-3:50 | 9:45-4 | — | 10-4 | 10-4 | | 24.33 / 30.33 | |
| 9 | 7/9-7/13 | 10-4 | 10-4 | 10-4 | 10-4 | ~~10-4~~ | | 24 | |
| 10 | 7/16-7/20 | 10-1:30 | — | 10-4 | — | — | | 9.50 | |
| 11 | 7/23-7/27 | — | 10-12:10 | — | 12-4:25 | — | | 6.60 | |
| 12 | 7/30-8/3 | — | 10-4 | 10-3:30 | | — | | 17.50 | |
| 13 | 8/6-8/10 | | | | | | | | |
| 14 | 8/13-8/17 | | | | | | | | |
| 15 | | | | | | | | | |
| TOTAL | | | | | | | | | |

240.58

299.24

Intern's Signature: _____ Date: _____

Supervisor's Signature: _____ Date: _____

I believe Jordan benefited most from the unexpected re-prioritization, mid-stream, of her role. When my Downtown Marketing & Event Coordinator staff person took a position with another organization, Jordan very willingly stepped in to help cover the duties involving detailed planning for several upcoming events, including one that had an expected turnout of 10,000 people. She proactively, intuitively, helped with hands-on work, suggested new ideas during meetings that helped events run efficiently, attended the events and helped resolve issues. Jordan tirelessly assisted with all of these tasks, while simultaneously learning about the overall, larger mission of the Downtown Development Dept. of the City of Salisbury, NC, and its public-private partnership with 501c3 Downtown Salisbury, Inc. (DSI) as an economic development engine for our Municipal Service District (MSD). She, also, completed tasks related to our initial plan for her, which included assisting with our administrative and social media processes, assisting with marketing in various ways, researching and implementing online survey tools, collecting and reporting the data from the surveys, populating an industry-specific database system new to our organization, along with multiple smaller tasks and projects. She even helped with planning and implementing, plus was able to attend, the first session of a new education series DSI developed to assist with retention of downtown businesses.

It was my pleasure to work with Jordan! Little did we know that her internship would come at the best possible time for both of us. She was always professional, very friendly, and eager to learn as much as possible. She is very mature for her years and possesses a self-confidence that allows her to not be afraid to share her thoughts and ideas, yet not overbearing to others, observing the situation, reading the audience, and respecting everyone's opinion.

Since, during my time with Jordan, I witnessed a proactive teammate who gave a stellar performance when completing tasks, I would encourage her to study more about interpersonal relationships, particularly within the office or business setting. Jordan is a positive-minded person and very driven. I caution her to be aware that she will come into contact with coworkers that want to rub their negativity off on others to feed their ego. To spot these different types of personalities, and learn how to deal with them, I would encourage her read about the most relied upon studies regarding personality assessments or material by other leading educators of methods for self-awareness and dealing with the human psyche.