Larissa B. Harper
1075 E. Holly Grove Rd.
Lexington, NC 27292
Ph: 336-686-0870
Email: send2rissa@gmail.com

06-23-2020

Mr. Lane Bailey
City Manager
lbail@salisburync.gov

Ms. Ruth Kennerly
Human Resources Director
rchap@salisburync.gov

City of Salisbury, NC
132 N. Main St.
Salisbury, NC 28144

RE: Letter of Resignation

Mr. Bailey and Ms. Kennerly:

This letter is to notify you that I hereby resign from the position of Downtown Development Director/Executive Director for Downtown Salisbury, Inc., due to a hostile work environment and work place harassment, effective today (June 23, 2020). I am willing to work a two week notice per the requirements of City policy.

Sincerely,

*Larissa Harper* ℒℋ

Larissa Harper

EXHIBIT
1



**City of Salisbury**
*North Carolina*

*Office of the*
*City Manager*

June 24, 2020

**Via Hand Delivery**
Larissa Harper
1075 E. Holly Grove Rd
Lexington, NC 27292

**Re:     Resignation**

Dear Larissa,

This letter is to acknowledge receipt of your resignation letter dated Tuesday, June 23, 2020. The letter indicated your resignation is effective immediately. You also offered in the letter to work a two-week notice pursuant to City policy. The City will not require you to work a two-week notice, and considers your resignation effective as of June 23, 2020.

You also alleged in the letter that you were subject to a hostile work environment and workplace harassment. The City takes these allegations very seriously. In order for the City to promptly and thoroughly investigate these allegations pursuant to City policy, please provide Ruth Kennerly, the Human Resources Director, with specific details about your allegations. You may do this in writing or you may schedule a meeting Ms. Kennerly by contacting her by email at rchap@salisburync.gov or by telephone at (704) 638-2168.

Sincerely,

W. Lane Bailey
City Manager

cc:     Ruth C. Kennerly, HR Director
        Personnel file



# City of Salisbury
## Personnel Action Notice (PAN)

INSTRUCTIONS: Use this form for adding new hires or making employee changes. Fill in applicable information and forward to the Human Resources Department. Please print legibly.

**ALL TRANSACTIONS:**

| Employee # | Name: | Larissa B. Harper | Fund/Dept/Div.: | 010-496-000 |
|---|---|---|---|---|
| 4464 | | | | |

**EMPLOYMENT:** ☐ New  ☐ Rehire   Job Classification _____   Rate of Pay _____
- Regular – Full Time   Effective Date
- Regular – Part Time   Work Schedule: Hours / Days
- Seasonal – Full Time
- Seasonal – Part Time   Replacement for (Name):
- Other Temporary (Projected Termination Date)   Supervisor:

**ACTION TYPE:**
Please select all that apply:

- ___ Promotion
- ___ Transfer
- ___ Salary Adjustment
- ___ Leave
- X   Other (Stipends, Incentive pay, etc.)

| | Effective Date | June 23, 2020 | |
|---|---|---|---|
| | | From | To |
| Department | | | |
| Cost Center | | | |
| Title | | | |
| Rate of Pay | | $80,167.63 | |
| | | (Annual/ Hourly) | (Annual/ Hourly) |
| Supervisor | | | |
| Grade | | | |
| Hours | | | |
| Exemption | | | |

**COMMENTS:**
Larissa submitted a resignation effective June 23, 2020.

**RECOMMENDED BY:**

(Signature) _____ (Date)

(Print Name)

**APPROVED BY:**

(Signature) _____ (Date) July 14, 2020
W. Lane Bailey
(Print Name)

### To be Completed by Human Resources and Finance Personnel Only

**HUMAN RESOURCES APPROVAL:**
(Signature) _____ 7/21/2020 (Date)
Ruth C. Kennedy
(Print Name)

This instrument has been preaudited in the manner required by the Local Government Budget and Fiscal Control Act.
(Finance Signature) _____ (Date)
(Print Name)

**ENTERED BY:**
(Signature) _____ (Date)
Cody L. Harris
(Print Name)

**AUDITED BY:**
(Signature) _____ 8/5/2020 (Date)
Jennifer Silvie
(Print Name)

Revised 8.1.2019



received
15 July 2020
CLH