


EXHIBIT 3

October 22, 2020

Larissa Harper Hairgrove
1075 Holly Grove Road
Lexington, NC 27292

Dear Larissa,

We are pleased to offer you the full time position of Tourism Marketing Coordinator for the Lexington Tourism Authority with a start date of November 2, 2020. You will be reporting directly to the Visitor Center at 2 N Main Street, Lexington at 9am. We believe your skills and experience are a very good match for our company.

In this role, you will be responsible for marketing the area hotels, restaurants, businesses and events including collaboration with all tourism related business partners and the implementation of an effective marketing program to grow the destination brand. *Full job description attached.*

The annual starting salary for this position is $53,000 to be paid on a biweekly basis by direct deposit starting on November 13, 2020. In addition to your salary, we will make contributions to your retirement after 60 days of employment.

Your employment with Lexington Tourism Authority will be on an at-will basis, which means you and the company are free to terminate the employment relationship at any time for any reason. This letter is not a contract or guarantee of employment for a definitive period of time.

As an employee of Lexington Tourism Authority, you are eligible for our benefits program, which includes vacation days, sick days and paid holidays as outlined in attached employment offer. All benefits are described in more detail in the attached personnel policy

Please confirm your acceptance of this offer by signing and returning this letter and the attached Employment Offer Form.

I look forward to your employment with Lexington Tourism Authority.

Sincerely,


Robin Bivens
Executive Director


Candidate:

*Larissa H. Hairgrove*, have read the above employment offer, the job description and the Personnel Policy and I understand and accept the conditions therein.

Signed _Robin Bivens_ Date 10/23/2020
Executive Director