



# Employee Handbook Acknowledgment

Revised 2011

I have received my copy of the City of Salisbury Handbook for Employees. I understand that it outlines the benefits, policies and rules for me as an employee. My responsibility is to be familiar with the information in the Handbook and to follow the rules and procedure that it describes.

I understand that The City retains the right, at any time for any reason, to change any provision of the Handbook or any terms and conditions of employment.

Larissa Benita Harper
_____
Employee's Full Name

Larissa Bonita Harper     10-11-2017
_____     _____
Employee's Signature     Date

**EXHIBIT**

13