



**Human Resources**

# FAIR LABOR STANDARDS ACT (FLSA) TRAINING

_Larissa Harper_

**(PRINT YOUR FULL NAME)**

**has completed the Fair Labor Standards Act (FLSA) Training on**

_03-07-19._

**(DATE)**

I acknowledge receiving training from the City of Salisbury regarding
compliance with the Fair Labor Standards Act (FLSA).

_Larissa Harper_        _03-07-19_

**(SIGNATURE)**        **(DATE)**



EXHIBIT
14