

# City of Salisbury
## Disciplinary Action Report (DAR)



EXHIBIT P3

### Employee Information

| | |
|---|---|
| Employee Name: Larissa Harper | Date: Dec. 5, 2018 |
| Employee ID: | Job Title: Downtown Development Director |
| Supervisor: Zack Kyle | Department: Downtown Development |

### Type of Offense

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Attendance | ☐ | Carelessness | ☐ | Insubordination |
| ☒ | Lateness | ☒ | Failure to Follow Instructions | ☐ | Rudeness to Employees or Customers |
| ☐ | Standards of Conduct | ☐ | Unsatisfactory Work Quality | ☐ | Violation of Policies or Procedures |
| ☐ | Violation of Safety Rules | ☒ | Other | ☐ | |

### Previous Warnings

| | RECORD OF DISCUSSION | WRITTEN | SUSPENSION | BY WHOM & DATE |
|---|---|---|---|---|
| 1st Warning | | | | |
| 2nd Warning | | | | |
| 3rd Warning | | | | |

### Employer Statement Regarding Incident

Description of Infraction:

In a September 12 memo you were advised to respond to phone calls and emails within the same day or 24 hours. An email was sent to you on October 31 by one of the DSI board members and you did not respond until November 12, and there are a number of emails in your "in box" that have not been opened or responded to. It has also been brought to my attention that you have not been responsive to our EDC director.

At the last DSI Org. meeting on November 20 you showed up late for the meeting after many discussions on the need for you to be on time for meetings.

Finally, your lack of responsiveness to the NC Main Street personnel prompted a call from them to the city manager and myself which has led to my asking the marketing person in your department to lead our NC Main Street Conference Coordination.

Plan for Improvement: (Include training, follow up meetings etc.)

1. Emails, phone calls and other corresponds must be responded to as stated in the September 12th memo (the same day or within 24 hours).
2. You will be on time for all meetings.
3. You will need to provide me weekly updates at our Wednesday meetings on all work activities including staff development.

Action to be taken: ☒ Written ☐ Probation ☐ Suspension ☐ Dismissal ☐ Other ____

Consequences should incident occur again _____

The next time you fail to respond to emails or phone calls, repetitive lateness, or your neglect of duties will lead to suspension or possible termination.

### Acknowledgement of Disciplinary Action

FILE OF COPY OF THIS REPORT WITH THE HUMAN RESOUCES DEPARTMENT

RECEIVED BY HR ON _____ Name of HR Staff _____
Revised on 11/2017                                                    Print Name and Signature



By signing this form, you confirm that you understand the information in this disciplinary action. You also confirm that you and your manager have discussed the disciplinary action and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.

Larissa Harper  *Larissa B. Harper*  12-19-18
Employee Name (Print and Signature) / Date

*Da__*  12-19-18
Supervisor Name (Print and Signature) / Date

*Kelly Baker*  12-19-18
Witness Name (Print and Signature) if employee understands warning but refuses to sign / Date

FILE OF COPY OF THIS REPORT WITH THE HUMAN RESOUCES DEPARTMENT

RECEIVED BY HR ON 12/19/18   Name of HR Staff Cody L Haire  *Cody L Haire*
Revised on 11/2017                                          Print Name and Signature