

# MEMORANDUM

DATE: September 12, 2018

TO: Larissa Harper, Downtown Development Director

FROM: Zack Kyle, Assistant City Manager  *ZK*

SUBJECT: Performance Review and Future Expectations

---

Recently we have met on several occasions to discuss your performance and how we can assist you to make sure you are meeting the requirements of your job and the department. As we have discussed, I have concerns with your being able to be responsive to emails, calls and work related matters that need your timely attention. We also discussed the need for you to utilize the staff you currently have to assure that the work of your department is being done.

As we move forward with bringing on a new staff person I need for you to devote the appropriate time and energy to assure that the onboarding of this employee is successful.

In the next two months I need for you to work closely with Diane and Atalie to assure that she is providing you with the assistance you need. You will need to work closely with whoever you hire to assure that they are getting the proper training and develop them in their new role. You must respond to all emails and phone calls the same day within twenty four hours. P-card expenditures and any other related financial documents will need to be submitted on time.

Please come prepared at our weekly meetings to provide me with updates on how you are meeting these expectations.

I appreciate the work you have done during your time here and if we can take care of these things I believe you will be a tremendous asset to our organization.

zk

cc: Human Resources



EXHIBIT
P4