


# City of Salisbury

Evaluation Performance Review for Supervisors

☐ New Employee ☐ Annual Review ☐ Mid-Year Review ☐ Transfer/Promotion

**Employee Information**

| | |
|---|---|
| Employee's Name: | Larissa Harper |
| Supervisor's Name: | Zack Kyle |
| Reviewer's Name: | |
| Department: | Downtown Development |

**Performance Data**

| | | | |
|---|---|---|---|
| Job Classification | | Position Hire Date: | Oct. 9, 2017 |
| Review Period: Start Date | 10/9/2018 | End Date: | Oct. 9, 2019 |
| Status: Full Time ☑ Part Time: ☐ | | If the status changed from PT to FT please fill in the previous job | |
| Previous Job Classification: | | (job title) here: | |

**Follow Up**

| Check In with Employee | Date | Supervisor Initials | Supervisor Comments | Employee Initials |
|---|---|---|---|---|
| Mid-Year | | | | |
| Other follow-up | | | | |

**Performance Scale and Rating Descriptions**

| Scale | Description | |
|---|---|---|
| 3 | Exceptional: | Performance far exceeded expectations and job requirements; quality of overall work was consistently superior. |
| 2 | Satisfactory: | Performance consistently met job requirements, and the quality of work overall met the expectations. |
| 1 | Unsatisfactory: | Performance consistently fails to meet job requirements; reasonable progress toward goals was not made. A development plan to correct performance, including timelines and needs for monitoring for measuring progress will be put in place. |
| | SUPERVISORS: | For ratings of either Exceptional or Unsatisfactory Performance, you must provide a detailed explanation in the Supervisor's Comment Section. |

_Larissa Harper_
Employee's Signature

Larissa Harper
Print Name

11-13-19
Date

## Section I - The City's Core Competencies

*Competencies that are applicable to all employees within the City of Salisbury; they establish the foundation of how we work, interact and provide service to customers.*

*(mark X in appropriate box)*

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **The Salisbury Way: Our Culture - P3: Purpose** to serve, succeed, build trust, and exceed expectations. **Passion** for our community, our customers, our career, our city. **Priority** with respect, consistency, timely manner and clear communication. Maintains a customer mindset with a focus on the importance and value of internal and external customer's needs, and acts accordingly. | | X | | 2 |
| Supervisor Comments: | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Safety:** Demonstrating attention to safety; following departmental safety policies. | | X | | 2 |
| Supervisor Comments: | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Communication/Interpersonal:** Effectively listens to others; clearly and effectively presents and understands information orally and in writing; acquires, organizes, analyzes, interprets, maintains information needed to achieve work unit or organizational objectives. Actively seeks and effectively applies feedback from others. | | X | | 2 |
| Supervisor Comments: Larissa has gotten better at making her communications more concise. | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Ethics, Values and Stewardship:** Consistently exhibits high standards in the areas of honesty, integrity, fairness, trust and respect. Practices responsible use of human resources, time, money, equipment, supplies, parts and organization facilities to accomplish work-unit or organization objectives. | | X | | 2 |
| Supervisor Comments: | | | | |

# City of Salisbury NC

## Section I - The City's Core Competencies

*Competencies that are applicable to all employees within the City of Salisbury; they establish the foundation of how we work, interact and provide service to customers.*

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Job Knowledge:** Stays up to date on knowledge needed for the role in the organization; develops sustainable practices and processes that eliminate unnecessary work and significantly improves speed, productivity, efficiency and service delivers; adheres to organization of work unit policies; practices and procedures. Attends classes, workshops or seminars, when necessary to improve skills and abilities. | | X | | 2 |
| Supervisor Comments: | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Appearance and Habits:** Personal habits, clothing and grooming, professionalism, personal conduct. | | X | | 2 |
| Supervisor Comments: | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Attendance:** Punctual to scheduled work hours. Were there frequent absences without good cause? Extended lunches and breaks? | X | | | 1 |
| Supervisor Comments: larissa has improved in this area the last 4 to 6 months | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Accountability:** Ensures adherence to organization or work unit policies, practices and procedures. | | X | | 2 |
| Supervisor Comments: | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Diversity/Cultural Competence/Equity:** Works effectively with people from all backgrounds, perspectives and interests; uses these differences to an advantage in the achievement of work unity and/or organization objectives. | | X | | 2 |
| Supervisor Comments: | | | | |

## Section I - The City's Core Competencies

*Competencies that are applicable to all employees within the City of Salisbury; they establish the foundation of how we work, interact and provide service to customers.*

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Adaptability:** Responds to changing circumstances by being innovative and altering behavior to better fit different situations; consistently exhibits optimism and energy; learns new skill, performs work in different ways, and remains calm in stressful situations. | | | X | 3 |
| **Supervisor Comments:** Larissa has tremendous energy and has accomplished a lot this past year. | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Problem Solving/Judgment:** Identifies problems in a timely manner. Gathers and analyzes information skillfully. Develops alternate solutions. Resolves problems in early stages. Works well in group problem solving situations. | | X | | 2 |
| **Supervisor Comments:** | | | | |

Total Score: 22

Number of Performance Factors: 11

Average Score: 2.00

## Section II - Departmental Defined Competencies

*This is the most specific level of competencies and relates to the individual and his/her specific job or role in the organization.*

*(mark X in appropriate box)*

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Within the scope of Economic Development for the Downtown, Collaborate with Management Team on Special Projects, Staff Development, and other City Programs beyond the boundaries of the Municipal Service District (MSD). | X | | | 1 |
| **Supervisor Comments:** Larissa has had some challenges with staff development and utlizing staff to assure work is being completed. | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Work with Planning, Development Services, Engineering, and other City Departments to develop City-Owned Properties within the MSD. (i.e., The Plaza RFQ and Development Process) | | X | | 2 |
| **Supervisor Comments:** | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Upon discovery of potential property owners and tenants, coordinate meetings between the parties and appropriate City Departments to proactively begin the process of identifying and researching public and privately owned buildings and pair with uses within the MSD. | | | X | 3 |
| **Supervisor Comments:** Larissa has gotten property owners who never responded to working with DSI to do so and improve their properties. | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Business Retention Services--Offer educational opportunities, guidance, and consultations, based on best practices (by staff or referred 3rd party), in order to improve support to existing downtown business | | | X | 3 |
| **Supervisor Comments:** A lot of new workshops have been offered and Larissa has developed a relationship with Catawba College business school. | | | | |

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Business Recruitment Services--Proactively search for business uses that will fill use gaps, includes offering business resources and making connections to Small Business Center at RCCC and other organizations for new business owners wanting to locate downtown | | X | | 2 |
| **Supervisor Comments:** | | | | |

## Section II - Departmental Defined Competencies

*This is the most specific level of competencies and relates to the individual and his/her specific job or role in the organization.*

| | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| Continue to improve operations and implement Program of Work for non-profit economic development partner, Downtown Salisbury, Inc., based on the Main Street 4-Point approach of Organization, Design, Economic Vitality, and Promotions. | | X | | 2 |
| Supervisor Comments: | | | | |

Total Score: 13

Number of Performance Factors: 6

Average Score: 2.17

## Section III - Managerial and Supervisory Competencies

*(If applicable to classification/job title)*

*(mark X in appropriate box)*

| Competency | Unsatisfactory | Satisfactory | Exceptional | Score |
|---|---|---|---|---|
| **Values:** Leads by example by supporting and modeling the Salisbury Way, core values, policies, practices and procedures. | X | | | 1 |
| Supervisor Comments: Larissa has improved in this area the past several months. | | | | |
| **Servant Leadership:** Displays the desire to serve, meets the needs of others before self, active listener, gives appreciation, praises others in recognition, and sets a high standard. Committed to the employees and community at large. | | X | | 2 |
| Supervisor Comments: | | | | |
| **Development:** Provides direction, sets expectations, delegates work assignments, gives authority to work independently, holds the employee accountable, provides recognition for results, exhibits confidence in others, motivates others to perform well, encourages growth, includes employees in planning and developing skills. | X | | | 1 |
| Supervisor Comments: Larissa has worked to improve in this area the past months. | | | | |
| **Relationships:** Engages, collaborates and builds relationships within and outside of the organization to help accomplish the mission, vision and objectives of the city at large. | | X | | 2 |
| Supervisor Comments: | | | | |
| **Planning and Organization:** Prioritizes and plans work activities, uses time efficiently, plans for additional resources, champions and integrates positive change, sets goals and objectives, works in an organized manner. Includes the direction and vision of the leader in the day to day operation of the department. | | X | | 2 |
| Supervisor Comments: I have seen much improvement in this area. | | | | |

Total Score: 8

Number of Performance Factors: 5

Average Score: 1.60

## Section IV - Current Goals

The employee and the supervisor are to work together to establish specific goals for this evaluation period. These may be taken, in whole or in part, from the section "Next Period Goals", as established during previous review periods. The completion column will indicate if the goal was accomplished and the comments section will explain results if the goal was completed or indicate why the goal was not completed.

*(mark X in appropriate box)*

| Goal | Completed Yes/No |
|---|---|
| Continue to make available professional development opportunities to Department staff. | Yes: <br> No: |
| **Supervisor Comments:** | |

| Goal | Completed Yes/No |
|---|---|
| Continue to respond to phone calls and emails in a timely manner and arrive early to all meetings. | Yes: <br> No: |
| **Supervisor Comments:** Has improved in this area. | |

| Goal | Completed Yes/No |
|---|---|
| Training of Administrative Specialist: Increase the basic knowledge to advanced knowledge for Downtown Dept/DSI's Database Systems, including Maestro on-line property and task management system and website content management. | Yes: <br> No: |
| **Supervisor Comments:** ongoing | |

| Goal | Completed Yes/No |
|---|---|
| Business Recruitment & Property Development—Identify and approach businesses and underutilized building owners with grant opportunities for improvement and connect with resources in order to fill gaps of demand and encourage a diverse mix of business and residential uses within the MSD. | Yes: X <br> No: |
| **Supervisor Comments:** Larissa has done well in this area. | |

| Goal | Completed Yes/No |
|---|---|
| Host announcement ceremony for Certified Retirement Community Certification designation. | Yes: <br> No: X |
| **Supervisor Comments:** | |

| Goal | Completed Yes/No |
|---|---|
| Continue to work with City supervisor and DSI Organization Committee to develop the Downtown Development Department as well as carry out duties expected of a Department Head for the City of Salisbury. | Yes: <br> No: X |

## Section IV - Current Goals

The employee and the supervisor are to work together to establish specific goals for this evaluation period. These may be taken, in whole or in part, from the section 'Next Period Goals', as established during previous review periods. The completion column will indicate if the goal was accomplished and the comments section will explain results if the goal was completed or indicate why the goal was not completed.

| Supervisor Comments: | ongoing |
|---|---|

| Goal | Completed Yes/No |
|---|---|
| Continually collect data throughout the year to complete the required NC Main Street Report (due July 31) and direct the Downtown Salisbury, Inc. program activities to complete the Annual Assessment (Due Jan. 3) in order to maintain National Main Street Accreditation and State designation through the NC Main Street Center/Dept. of Commerce | Yes  x<br>No |

| Supervisor Comments: | |
|---|---|

| Goal | Completed Yes/No |
|---|---|
| Continually evaluate the partnerships with the Parks & Rec Dept, Tourism Development Authority, Centralina Council of Governments, and MSD Independent Contractor Agreement between the City and Downtown Salisbury, Inc. to track the progress and efficiency, as well as maintain consistency with the defined scope of services. | Yes<br>No |

| Supervisor Comments: | ongoing |
|---|---|

| Goal | Completed Yes/No |
|---|---|
| Continue to work with the Empire Hotel Development Team to secure executed contracts, coordinate with contractors, consultants, city staff, and City Council to implement the closing transaction. | Yes<br>No |

| Supervisor Comments: | ongoing |
|---|---|

| Goal | Completed Yes/No |
|---|---|
| Training of Marketing &Events Coordinator:  Continue to train with best practices for operating downtown events, marketing (specifically press releases), and working within the Maestro database. | Yes<br>No |

| Supervisor Comments: | ongoing |
|---|---|

| Goal | Completed Yes/No |
|---|---|
| Direct the overall economic development program of work for Downtown Salisbury, Inc. so that all committee work plans are completed in a timely manner, as well as attend all required Main Street Director meetings to meet National Accreditation/State Designation standards. | Yes<br>No |

| Supervisor Comments: | great job in this area |
|---|---|

| Goal | Yes/No |
|---|---|
| Continue to provide guidance to Marketing & Event Coordinator and Parks & Rec Staff in order to implement 12 DSI-originated downtown events in order to continue increasing brand presence for DSI within the next year. | Yes<br>No |

## Section IV - Current Goals

The employee and the supervisor are to work together to establish specific goals for this evaluation period. These may be taken, in whole or in part, from the section 'Next Period Goals", as established during previous review periods. The completion column will indicate if the goal was accomplished and the comments section will explain results if the goal was completed or indicate why the goal was not completed.

| | | |
|---|---|---|
| Supervisor Comments: | ongoing | |
| **Goal** | | **Yes/No** |
| Business Retention--Contiue to build rapport with downtown stakeholders by in-person meetings, educating on best business practices, available grant opportunities and participating in productive downtown Stakeholder meetings. (Property owners, tenants, residents, business owners & their staff.) | | Yes<br>No |
| Supervisor Comments: | Larissa has established relationships with the downtown stakeholders and held two successful stakeholders meetings. | |

## Section V - Other Performance Factors

**RECOGNITION:** Has the employee received any acknowledgements of going above and beyond? If so, please include the recognition and date.

**DISCIPLINARY:** Did the employee receive a record of discussion, written warning, suspension, performance improvement plan or any other counseling regarding overall performance?(Yes/No) If so, please explain the plan of progress.

Larissa was suspended in June for 3 days and ws given a plan for improvement and has done well with meeting the requirements of the plan.

**EDUCATION/CERTIFICATION:** Did the employee complete any certifications and/or classes related to their essential duties/work, during this review? (Yes/No)

## Summary and Comment

Name: **Larissa Harper**

|  |  |  |  |
|---|---|---|---|
| Core Competencies Average Score: | 2.00 | * 33.333% | 0.67 |
| Department Competencies Average Score: | 2.17 | * 33.333% | 0.72 |
| Management and Supervisory Average Score: | 1.60 | * 33.333% | 0.53 |
| Total Performance Rating: | 5.77 |  | 1.92 |

Overall Performance Comments:

> Larissa's performance has vastly improved over the past four months. Larissa's knowledge and work she has done to improve the Main Street program has been outstanding. We have just had to work on her time management and staff development.

Employee Comments:

I have read and discussed this performance evaluation with my supervisor: _____
Employee's Signature

11-13-19
Date

Larissa Harper
Print Name

Supervisor Comments:

I have discussed this performance evaluation with the employee: _____
Supervisor's Signature

Date

Zack Kyle
Print Name

Division Manager Comments:

Approved by: _____
Division Manager's Signature

Date

Print Name

## Summary and Comment

Department Director Comments:

[                                      ]

Approved by: _____
Department Manager's Signature

_____  _____
Date                    Print Name

Additional Reviewer Comments:

[                                      ]

Approved by: _____
Reviewer's Signature

_____  _____
Date                    Print Name and Title

Additional Reviewer Comments

[                                      ]

Approved by: _____
Reviewer's Signature

_____  _____
Date                    Print Name and Title

Received by: _____
Human Resources Signature

_____  _____
Date                    Print Name

# Goals for Next Review Period

The employee and the supervisor shall work together to establish future goals for the next evaluation period.

| | |
|---|---|
| **Goal:** | Present at City Council Board Retreat the overview of Downtown Dev. Dept. and DSI public-private partnership plan of work, accomplishments of City Council's FY19-20 goals to date, data regarding downtown investments/residential units, and any other content requested by City Council. |
| **Goal:** | Submit DSI annual Assessment to NCMS Main Street Center--NCDOC by Jan. 3rd. |
| **Goal:** | Plan DSI Board Retreat, begin search for officers to fill new seats, and draft proposed budgets for both DSI and Downtown Dept. |
| **Goal:** | Continue to encourage Department staff development and time to partake in those courses. |
| **Goal:** | Continue to provide weekly updates to supervisor on all work activities and staff development. |
| **Goal:** | Continue to respond to emails and calls in a timely manner and arrive to all meetings early. |
| **Goal:** | Continue to work with supervisor and DSI Board Officers to manage expectations for staff. |
| **Goal:** | Work with Admin Specialist to track and communicate with leads from NC Tourism/Econ Dev Partnership of NC as a result of Certified Retirement Community designation. |
| **Goal:** | Work with other City staff to connect local Farmers Market vendors with potential downtown properties to explore year-round, indoor or covered market area near BellTower Park. |

I have discussed this performance evaluation with the employee: _____
*Supervisor's Signature*

I have read and discussed this performance evaluation with my supervisor: _____
*Employee's Signature*