


EXHIBIT P10

# City of Salisbury
## Disciplinary Action Report (DAR)

### Employee Information

| | |
|---|---|
| Employee Name: Larissa Harper | Date: 6/18/19 |
| Employee ID: 4464 | Job Title: Downtown Development Director |
| Supervisor: Zack Kyle | Department: Downtown Development |

### Type of Offense

| | | | |
|---|---|---|---|
| ☐ Attendance | ☐ Carelessness | ☐ Insubordination |
| ☒ Lateness | ☒ Failure to Follow Instructions | ☐ Rudeness to Employees or Customers |
| ☐ Standards of Conduct | ☒ Unsatisfactory Work Quality | ☐ Violation of Policies or Procedures |
| ☐ Violation of Safety Rules | ☐ Other, | ☐ |

### Previous Warnings

| | RECORD OF DISCUSSION | WRITTEN | SUSPENSION | BY WHOM & DATE |
|---|---|---|---|---|
| 1st Warning | | X | | Zack Kyle, 12/5/18 |
| 2nd Warning | | | | |
| 3rd Warning | | | | |

### Employer Statement Regarding Incident

**Description of Infraction:**

On December 5, 2018, you received a written warning in regards to untimely email and phone call responses and for being late to meetings. After being notified that an email on certified retirement communities had not been responded to from June 5, 2019, it was necessary to audit your emails. It was found that over 1600 emails are currently in your inbox and a lot of those emails have not been opened/read.

You were asked on May 16, 2019 to have a staff member track her time and work activities and to turn this report in no later than June 14, 2019. This was not completed.

In preparing a presentation for City Council, you met with your supervisor and changes to the power point were requested. On June 11, 2019, in a meeting with the Officers, these changes had not been made.

Pattern of lateness discovered upon reviewing Keyscan, electronic building security system. Consistently arriving to work after 9:30 am. City business hours are 8:30 am – 5:00 pm.

As a Director, you are responsible to manage your time and daily tasks/projects. Making excuses for why things aren't being completed is not acceptable. The items listed above are a violation of 5.7- Standards of Conduct, as outlined in the City Policy Manual.

**Plan for Improvement:** (Include training, follow up meetings etc.)
- 3 day suspension due to the neglect of duties (6/19/19, 6/20/19, 6/21/19)
- Have staff member track her work activities for the next 3 weeks. This report should be turned in on July 15, 2019
- Minimize time away from the office in order to complete your priority assignments
- Provide a 6 month review to supervisor by July 12, 2019
- Clean up in-box by July 22, 2019
- Notify supervisor if you will be more than 30 minutes late to work

FILE OF COPY OF THIS REPORT WITH THE HUMAN RESOURCES DEPARTMENT

RECEIVED BY HR ON 6/18/19    Name of HR Staff  Brianna Penny
Revised on 11/2017    Print Name and Signature



| Action to be taken: | ☐ Written ☐ Probation ☒ Suspension ☐ Dismissal ☐ Other ____ |
|---|---|
| Consequences should incident occur again: | Disciplinary action, up to and including termination |

### Acknowledgement of Disciplinary Action

By signing this form, you confirm that you understand the information in this disciplinary action. You also confirm that you and your manager have discussed the disciplinary action and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.

Larissa B. Harper  /  Larissa B. Harper   6-18-19
Employee Name (Print and Signature) / Date

Dan [signature]   6-18-19
Supervisor Name (Print and Signature) / Date

Witness Name (Print and Signature) if employee understands warning but refuses to sign · Date

---

I believe this is an extreme response and reprimand for tasks that are a minority compared to the overall, majority of successes I have accomplished in only a year and 8 months. This is a new department of the City, ~~was~~ is a new structure for both the City and non-profit, as well as all MSD business & property owners to understand. Educating all parties on this structure, building a new department with original inadequate staff & no training for the new director, except 1 week with interim director, putting the failing non-profit back on track, is a tremendous feat. I believe allowing the Director [cut off]

(margin note, right side, vertical: → frame of deadlines and duties in necessary...)

FILE OF COPY OF THIS REPORT WITH THE HUMAN RESOUCES DEPARTMENT

RECEIVED BY HR ON _____   Name of HR Staff _____
Revised on 11/2017                                              Print Name and Signature