

## Main Street Director's Roles and Responsibilities + Plan of Work FY 2018-19

**Main Street Director's Role** – The Main Street Director is charged with the day-to-day operations of the local Main Street program and in assisting the Main Street board and committee with the implementation of the Downtown Economic Development Implementation plan, used to transform downtown.

**Implementation Strategy:** Using National Main Street Center's Transformation Strategies and Four-Point Approach® Implementation which includes: organization, promotion, design and economic vitality.

| ORGANIZATION | PROMOTION | DESIGN | ECONOMIC VITALITY |
|---|---|---|---|
| **Planning for Downtown** <br>• NC Main Street & Rural Planning Center Basic Training for Organization: <br>   ☐ **08/07/18 Morehead City** <br><br>• Conduct or facilitate annual basic Organizational Training for Committee members and new Board members. <br>*(Can be accomplished by all attending training above at $50/person—not including travel expense--or conducted using the materials from the training.)* <br><br>• Required: Attend Annual Main Street Directors Meeting <br>⭐☐ **08/08-10/18 Morehead City** <br><br>• Required: Attend 1 of 2 Bi-Annual Regional Meetings (MS recommends attend both) <br>⭐☐ **07/23/18 Lexington** <br>☐ **10/16/18 Mount Airy** <br><br>• Maintain and periodically draft | • NC Main Street & Rural Planning Center Basic Training for Promotion: <br>   ☐ **01/09/19 City TBD** <br><br>• Conduct or facilitate annual basic Promotion Training for Promotion Committee members and new Board members. <br>*(Can be accomplished by all attending training above at $50/person—not including travel expense--or conducted using the materials from the training.)* <br><br>• Using the created data base (see organization under Managing the Main Street program) update as needed the downtown businesses and **identify common threads** for promotion opportunities. <br>   ☐ **Ongoing throughout year** <br><br>**Image Building Campaigns** <br>• Develop policies around use of MS logo and slogans, etc. <br>   ☐ **Ongoing throughout year** | • Per Liz, not a requirement for me, but may be good to attend *& encourage committee and board members to attend* the NC Main Street & Rural Planning Center Basic Training for Design: <br>   ☐ **11/13/19 City TBD** <br>*(Salisbury hosted in Nov. 2018)* <br><br>• Conduct or facilitate annual Design training for Design Committee members and new Board Members. <br>*(Can be accomplished by all attending training above at $50/person—not including travel expense--or conducted using the materials from the training.)* <br><br>• Facilitate the development of getting/maintaining downtown listed on the National Register of Historic Places. Make sure the NCMS Center has a copy of the listing. Requires coordination with your State Historic Preservation Office and local historic preservation | • Per Liz, not a requirement for me, but may be good to attend *& encourage committee and board members to attend* the NC Main Street & Rural Planning Center Basic Training for Economic Vitality: <br>   ☐ **05/15/19 City TBD** <br><br>• Conduct or facilitate annual basic Economic Vitality Training for EV Committee members and new Board members. <br>*(Can be accomplished by all attending training above at $50/person—not including travel expense--or conducted using the materials from the training.)* <br><br>**Understand Current Economic Conditions** <br><br>**For all of the below in this section: check with the NCMS&RP Center staff regarding existing templates and resources for obtaining information. <br><br>• Obtain and maintain maps of the |

FY2018-19 • DSI Director's Work Plan • June 24, 2018

- updated planning documents that include economic drivers, vision, mission, community asset mapping, etc.
  - ☐ Update every 3 to 6 months
- Facilitate the development of and manage the implementation of an annual downtown economic development implementation plan.
  - ☐ May-July 2018 Plan & Revise
  - ☐ April-June 2019 Plan & Revise
- Develop an annual list of stakeholders and partners that can assist with MS program.
  - ☐ June & July 2018
  - ☐ May - June 2019
- Develop a budget plan that aligns with the economic development plan and the general operations of the MS organization.
  - ☐ April - June 2019
- Identify most stable sources of income for organizational operations and research tools to further stabilize and develop the budget.
  - ☐ April-June 2019 planning & throughout year

**Managing the Main Street Program**

- Insure consistency of the downtown and MS brand.
  - ☐ Ongoing throughout year
- Measure the impact of coordinated image building campaigns.
  - ☐ Ongoing throughout year
- Assist the board and committee with the implementation of image building campaigns.
  - ☐ Ongoing throughout year
- Coordinate the purchase, distribution and/or sale of MS collateral materials that reinforce the brand (t-shirts, mugs, etc.) as needed.
  - ☐ Begin in September 2018?, then Ongoing throughout year

**Retail Sales Activities**
- Build a relationship with each retailer and brainstorm ideas for growing their business.
  - ☐ Ongoing throughout year
- Assist the board and committee with the implementation of retail sales efforts.
  - ☐ Ongoing throughout year

organizations. ☐ As needed
- Take **detailed** before, during and after photographs for each improvement made to downtown property.
  - ☐ Ongoing throughout year
- Solicit, obtain and maintain a resource database of historic photographs of downtown.
  - ☐ Ongoing throughout year
- Maintain a photographic and written records database of each downtown property.
  - ☐ Ongoing throughout year
- Spend time touring/getting to know each building in downtown, including upper floors and basements.
  - ☐ Ongoing throughout year
- Conduct and maintain a count on each element of design, i.e. – number of street trees, number of parking spaces, buildings, etc.
  - ☐ Ongoing throughout year
- Assist property and business owners with design services through the NCMS Center's Designers.
  - ☐ Ongoing throughout year

downtown district, including maps of downtown national or local historic districts.
  - ☐ Ongoing throughout year
- Obtain and manage data on tax values of each property. Obtain and manage a database of every parking space.
  - ☐ Ongoing throughout year
- Develop and maintain a building and business inventory. Obtain and maintain a database of the number of employees in each business.
  - ☐ Ongoing throughout year
- Obtain and manage a database of all downtown residents.
  - ☐ Ongoing throughout year
- Obtain and maintain demographic information for downtown.
  - ☐ Ongoing throughout year
- Conduct annual downtown user and downtown business surveys.
  - ☐ Ongoing throughout year as need for information arises
- Obtain, analyze and maintain market data and convert it to a market snapshot. This should be done every five years or before if

- Train new board and committee members at the start of new fiscal year.
  - ☐ **July - August 2018**

- Draft, establish and manage best practices for the local MS organization. Use the NC Main Street Annual Assessment as a guide for establishing Best Practices.
  - ☐ **Began in October 2018**
  - ☐ **Reassess with 07/10/18 & Ongoing throughout year**

- Write drafts, manage, update and file, as needed, all nonprofit paperwork and documentation, including bylaws, solicitation license, annual insurance agreements including Director and Officers Liability Insurance, special event insurance renewal, ASCAP & BMI License renewal, board policies including conflict of interest policy, etc. use the NC Main Street Manage Organizational Checklist as a guide.
  - ☐ **Began in October 2018**
  - ☐ **Reassess with 07/10/18 & Ongoing throughout year**

- Manage all documentation regarding board and volunteer

- Maintain a record or all retail sales efforts and materials coordinated by the MS organization.
  - ☐ **Ongoing throughout year**

- Create or obtain a tool to evaluate and measure the impact of coordinated retail sales activities.
  - ☐ **September - October 2018**
  - *(To capture sales data beginning before holidays and beyond.)*

## Special Events
- Maintain a calendar of all special events in town to help identify opportunities and to avoid conflicts.
  - ☐ **Ongoing throughout year**

- Assist the board and committee with the implementation of special events.
  - ☐ **Ongoing throughout year**

- Maintain a record or all special events and their materials coordinated by the MS organization.
  - ☐ **Ongoing throughout year**

- Create or obtain tool to evaluate and measure the

- Know and understand the Secretary of Interiors Standards and Guidelines as well as review these with the committee. https://www.nps.gov/tps/standards/treatment-guidelines-2017.pdf
  - ☐ **Ongoing throughout year**

## Building Improvements
- Maintain and update as needed, records and pictures of all improvements made to downtown buildings.
  - ☐ **Ongoing throughout year**

- Assist property owners in writing historic tax credit applications or provide consulting resources.
  - ☐ **Ongoing throughout year**

- Maintain all records to manage local grant programs for property improvements, such as façade grants, and draft grant agreements and manage implementation as needed.
  - ☐ **Ongoing throughout year**

- Develop and maintain a database of contractors and consultants that can help make improvements.
  - ☐ **Ongoing throughout year**

there has been a major change within the downtown community that could impact the data either positively or negatively.
  - ☐ **June - September 2018**

## Strengthen Existing Businesses
- Identify and assist owners with business resources.
  - ☐ **Ongoing throughout year**

- Provide weekly "feet on the street" to build a relationship with downtown ownership.
  - ☐ **Ongoing throughout year**

## Find New Economic Uses
- Research and brainstorm potential new uses that support local economic development strategies.
  - ☐ **Ongoing throughout year**

- Assist the board and committee in retention, expansion and recruitment of businesses.
  - ☐ **Ongoing throughout year**

## Develop Financial Incentives & Capital for Building Rehabilitations & Business Development
- Research and propose incentive programs as needed that support

| | | | |
|---|---|---|---|
| • Write a Director's Monthly Activity Report and present to the Board of Directors at their monthly meeting.<br>☐ **Ongoing throughout year**<br><br>• Manage MS staff and conduct staff evaluations as needed.<br>☐ **Ongoing throughout year**<br><br>• Develop and maintain a comprehensive downtown database for quick and efficient communication to all downtown property owners, business owners, and stakeholders, etc.<br>✓ **June 2018 Purchased MAESTRO Community Development Database System. Data being inputted currently.**<br>• Create a repository for downtown data by collecting, and maintaining all previous and any current studies and data on downtown.<br>☐ **Ongoing throughout year**<br><br>• File all NC MS Center reports by the deadlines.<br>☐ **July 2018 & January 2019** | | • Conduct bi-annual downtown "walk-about" with committee members to assess and evaluate conditions of downtown public spaces and determine priority list for improvements. Report to Public Works Director any immediate safety issues.<br>☐ **October & March & Ongoing throughout year**<br><br>**Signage**<br>• Work with city planning and zoning to write policies and RFP/RFQ's as needed to solicit design professionals for signage.<br>☐ **Ongoing throughout year**<br><br>• Write and manage grants as needed to implement signage improvements.<br>☐ **Ongoing throughout year**<br><br>**Open Space/Parking**<br>• Develop and conduct surveys of open space/parking to become the "eyes on the street" and clean/safe ambassador for the city/town.<br>☐ **Ongoing throughout year**<br><br>• Maintain all records of the local MS initiatives.<br>☐ **Ongoing throughout year** | |

Page 5 of 8

- Maintain membership to the National MS Center and partner agencies as needed. *Please note: not renewing membership to the National MS Center will cause your program to become inactive. Once inactive your program will have to re-apply to the NC MS&RP Center.*

  ☐ **July 2018**

- Manage the books of the organization through QuickBooks or other appropriate accounting program as needed.

  ☐ **Ongoing throughout year**

- Facilitate audits as needed.

  ☐ **July-August 2018**

- Complete 990's or facilitate the completion of 990's and make sure they are filed by the deadline.

  ☐ **August-September 2018**

- Be aware of all deadlines for public and private grants and tax dollars, complete appropriate paperwork to solicit funding as needed.

  ☐ **March 2019 & Ongoing throughout year**

- Create a system for maintaining

| | | | |
|---|---|---|---|
| and backing up all files and documents monthly at minimum.<br>☐ **Ongoing throughout year**<br><br>**Promoting the Main Street Program**<br>• Develop, maintain, implement and update a Communications Plan, including but not limited to, press releases, annual reports, annual meetings, newsletters, etc.<br>☐ **July 2018 &Ongoing throughout year**<br><br>• Write and submit MS Awards and MS Champions nominations & any other recognition for local MS efforts by the deadlines.<br>☐ **Champion Nom. 10/2/18**<br>☐ **Award Nom. 10/2/18**<br><br>• Develop and maintain a scrapbook or record of all Main Street publicity.<br>☐ **Ongoing throughout year**<br><br>• Coordinate an annual meeting to present your program's annual statistics, plan of work, introduce new board/committee members.<br>☐ **September or October 2018**<br><br>• Coordinate a local MS awards program to acknowledge | | | |

| ORGANIZATION | PROMOTION | DESIGN | ECONOMIC VITALITY |
|---|---|---|---|
| downtown successes. This could be done in association with the annual meeting.<br>☐ **September or October 2018**<br><br>• Develop and maintain a local MS program presentation for a speaker's bureau.<br>☐ **September or October 2018**<br>*(Can use pieces of current PPs)*<br>• Develop, maintain and regularly update the MS organization's website and social media platforms.<br>☐ **Ongoing throughout year**<br><br>• Maintain all records of the local MS initiatives.<br>☐ **Ongoing throughout year** | | | |

Respectfully submitted,

Larissa Harper
June 24, 2018