

EXHIBIT 19

# CITY OF Salisbury

## INDIVIDUAL GOALS AND OBJECTIVES WORKSHEET

### Instructions and Guidelines

**What are goals?**
Goals are statements of end results expected within a specified period of time.

**How are goals defined?**
For each goal, describe the end result and indicate quantity, quality, time frame, percentages or other specific measures. Each goal should fit into and support the overall budget and directives outlined by the City Manager and City Council.

**What are some examples?**
- Evaluate water system losses and determine appropriate actions to bring losses under 15% of the water sold by June 30, 2008.

- Identify a minimum of two additional employee benefits that can be offered at little or no cost with enrollment for employees by June 30, 2008.

- Set up a Technology Committee to provide input on implementation of a Technology Plan to be effective April 1, 2008.

- Activate tax and collections modules of new accounting software and provide employee training on modules by April 30, 2008.

- Obtain five (5) new police units to update an aging fleet by June 30, 2008.

**When are they set?**
Annually, during budget process.

**By whom?**
City Council, City Manager, Department Heads, Supervisors, Employees

**How Many?**
Usually 4 or more. However, each department head may require a minimum number of goals, or may establish common goals which are to be included on every employee's worksheet.

**May they be revised?**
Goals may be carried forward from the previous year, revised, added or deleted during the review period as necessary.

**How is the Goals and Objectives Worksheet used throughout the year?** The goals and objectives and planned actions should be set at the beginning of the evaluation period. These should be reviewed with the employee on a regular basis during the year and feedback should be provided on progress related to goals and objectives under the Evidence of Progress/Achievement section. The Year-End Comments section should be completed at the end of the evaluation period and discussed with the employee. A Goal and Objective Worksheet should be completed for each goal.

I HAVE READ AND UNDERSTAND MY GOALS ON THE ATTACHED SHEETS.

_Larissa Harper_      11-21-18
Employee                Date

## 4. GOAL AND OBJECTIVE
**Concentration Area: Redevelopment through Improved Accessiblity & Design**
To contribute to the process of completing a comprehensive parking study for the Municipal Service District.
(Corresponds with City Council FY18-19 Goals)

| PLANNED ACTIONS | TIMELINE |
|---|---|
| ➢ Express importance of being included on any studies with other City Staff | Oct. 2017 |
| ➢ Encourage City Staff to report/include DSI Design Cmte on input | Oct. 2017 |
| ➢ Assist in coordinating conversations b/t DT stakeholders & consultant | When Study Begins |
| ➢ Communicate the importance of third party study & input w/stakeholders | During Study Period |
| ➢ Assist with communicating study results & any post-study tasks | After Study Period |
| ➢ Add the accomplishment of study to all media avenues and marketing materials | After Study Period |

| EVIDENCE OF PROGRESS/ACHIEVEMENT | TIMELINE |
|---|---|
| ✓ City Staff were open to discussions and gaining my input on parking | Oct. 2017 to Present |
| ✓ City Staff regularly report at DSI Design Cmte meetings & open to input | Oct. 2017 to Present |
| ✓ Included in dialog, input, on in-house parking research project | Nov. 2017 – Jan. 2018 |
| ✓ Provided advice and completed parking study as example from prior downtown | Jan. 2018 to Present |
| ✓ Included in RFP review & selection process of parking study consultant | Nov. 2018 |

## 5. GOAL AND OBJECTIVE
**Concentration Areas:**
**Property Development**
**Business Retention & Business Owner Relations**
**Business Recruitment**

Continue to build rapport with existing business owners, their staff, property owners and their agents, educating on the purpose of DSI and the spectrum of benefits the organization brings to them, communicating current incentives available, as well assist in the study of creating an investment fund for small and minority businesses, to encourage redevelopment of downtown underutilized properties, reduce vacancies in commercial space, and attract new, market rate tenants that will fill gaps of uses with the MSD.

(Corresponds with City Council FY18-19 Goals)

| PLANNED ACTIONS | TIMELINE |
|---|---|
| ➢ Familiarize BOD & Cmte members w/info found on DSI website & ask they refer to it | Oct. 2017-Present |
| ➢ Update the severely out of date DSI website with available properties & businesses | Oct. 2017-Present |
| ➢ Populate new inventory database (Maestro) to track property improvements, lease rates, occupancy &other data to improve annual reporting to NC Dept. of Commerce/MainStreetCenter | June 2018-Present |
| ➢ Pass my card/schedule meetings w/building owners & tenants | Present/Ongoing |
| ➢ Ask DSI board & committees & others to assist in personally connecting me | Present/Ongoing |
| ➢ Communicate to property owners/agents benefits of free DSI marketing assistance | Present/Ongoing |
| ➢ Use various forms of media to communicate available units for lease & sale | Present/Ongoing |
| ➢ Ask Board & Committee Members to refer potential grantees to me/DSI website | Present/Ongoing |
| ➢ Meet with other parties interested in creating angel investment group | Jan. 2018 to Present |
| ➢ Meet with other parties interested in entrepreneurial incubator resources | Present/Ongoing |
| ➢ Pass along resources (NC Rural Center, CCOG) that have low-interest loans | Present/Ongoing |

| | |
|---|---|
| ➢ Placed on Agenda for discussion at DSI Economic Vitality Cmte | Present/Ongoing |
| ➢ Update outdated database & add multiple emails for businesses' staff | Oct. 2017 to Present |
| ➢ Analyze current communication outlets & improve upon them | Oct. 2017 to Present |
| ➢ Continue to meet & get to know existing business owners & multiple staff | Present/Ongoing |
| ➢ Work with TDA Digital Marketing partner on regular basis | Present/Ongoing |
| ➢ Discussions & Connections through DSI Economic Vitality Committee | Present/Ongoing |
| ➢ Offer Small business seminars/resource to consultants | Present/Ongoing |
| ➢ Add to marketing materials/outlets benefits of public-private partnership | Fall 2018/Ongoing |
| ➢ Encourage DSI Board Members & Cmtes to relay benefits MSD partnership | Present/Ongoing |
| ➢ Coordinate meeting of business & property owners & DT organizations | Fall 2018/Winter 2019 |
| ➢ Create recruitment marketing materials for businesses and developers | January-July 2019 |

**EVIDENCE OF PROGRESS/ACHIEVEMENT**      **TIMELINE**

| | |
|---|---|
| ✓ Connected multiple (approx. 10) Tenants, Building Owners & Agents w/Grant Admins | January 2018 to Present |
| ✓ Agents/Investors/Tenants contact me to find available incentives & property | January 2018 to Present |
| ✓ Have updated the severely out of date DSI website, major strides in last 3 months | Oct. 2017 to Present |
| ✓ More Committee and BOD members are referring to the DSI website | Feb. 2018 to Present |
| ✓ Began input of BOD & Cmte Members in Maestro | June 2018-Aug. 2018 |
| ✓ Met three (3) times with group interested in minority entrep. Incubator | March 2018-June 2018 |
| ✓ Invited to meet with IDEA Center Re: possibilities of downtown location | March 2018-Present |
| ✓ Economic Vitality Cmte began Lecture Series & gained F&M sponsorship | Oct. 2018 |
| ✓ Coordinated tour to Flywheel@Davidson College | Nov. 2018 |
| ✓ I utilized intern to begin better communication with database using Survey Monkey, Doodle Polls, as well as increasing the database with emails for multiple staff of businesses | June 2018 to Present |
| ✓ More business owners and staff are responding to our request for participation | August 2018 to Present |
| ✓ DSI Promotions Chair & I meet with TDA Digital Marketing Staff regularly | July 2018 to Present |
| ✓ EV Chairperson/BOD V-Chair including me more in meetings & discussions | Aug. 2018-Present |
| ✓ Improvement seen w/Board Officers valuing my experience/dedication | Aug. 2018-Present |
| ✓ Well attended "Age of Amazon" small business seminar | June 2018 |
| ✓ Decrease in negative communications coming from existing business owners | June 2018 |
| ✓ Discussions among business owners are reflecting improved DSI relations | Aug. 2018-Present |
| ✓ Increase in DSI Board & Cmte members accurately relaying benefits | June 2018 |
| ✓ New M&E Staff and I have planned route, set times, & are visiting bus.owners | Nov. 2018 |
| ✓ New Marketing & Events staff & I planning gathering for all businesses, property owners, and organizations located within MSD, which will include discussion on regularly occurring Friday events | Nov. 2018 |

## Larissa's YEAR-END COMMENTS

- Coming into a new City Department and quazi-public-private partnership, there were immediate challenges and misperceptions that had to be overcome by communicating my expertise in the operations of such entities and relying on NC Dept. of Commerce/Main Street Center Staff to assist in the education of best practices for this type of MSD tax fiduciary relationship. I have seen improvement in the willingness to allow me to lead as I had been hired to do over the last few months, which I am very pleased with as this is what I was hired to do.

- Over the last year, I have seen improvements in support, inclusion among my City colleagues as rapport and trust has been built and my varied downtown business and property development experience is being recognized. I appreciate the support and immediate inclusion by my Management Team members into higher level discussions, receiving input in EPR tool analysis, and offerings of educational opportunities. I hope now, with the recently added staff, that I will be able to concentrate and participate more in higher education through association certifications and possibly pursuing Masters Degree in near future.

- There still needs improvement in education/communication that Downtown Development is an actual City Dept., working with a non-profit partner for economic development within the MSD, as just last week a close co-worker did not understand we were a City Dept.

- Over the last year, especially the last 5 months, I have seen improvements in relationships with downtown business and property owners, as rapport and trust is being built.

- Over the last 6 months, I have seen an improvement in Board, Committee members, and business owners public statements and communications to others reflect the overall Vision, Mission, and whole program of work of DSI, not just events based.

- Over the past four months, I have seen a big increase of support and the understanding of the necessity of at least three full-time staff for the efficient operation of the Downtown Development Dept. and public-private partnership with DSI. Which makes me feel valued as a member of the City Management Team.

- I'm very excited about the future of the Downtown Development Dept. and DSI operations with two new, highly effective, energetic, proactive teammates to divvy up responsibilities in order to be an efficient, smooth working economic development engine for Downtown Salisbury. In one month, the two new staff members have caught on quickly to current systems and procedures and are eager and willing to help our cause to implement the Mission and Vision for both the City and Downtown Salisbury, Inc.

- Improvements still need to be made by me to train my staff to recognize and make suggestions to improve systems for efficiency, where possible, populate Maestro for regular use.

Respectfully submitted,

Larissa Harper
Downtown Director
City of Salisbury—Downtown Development Dept.
Downtown Salisbury, Inc.