

# GOALS AND OBJECTIVES WORKSHEET

For

**Larissa Harper, Downtown Director**

<u>Oct. 9, 2017</u>   To   <u>Oct. 9, 2018</u>
Beginning Date           Target Date

1. **GOAL AND OBJECTIVE**
   **Concentration Area: Overall Operations**
   Continue to build the Downtown Development Department into a valued public resource and efficient redevelopment engine, providing support for the non-profit Downtown Salisbury Inc. (DSI), the City's contracted public-private partner, by assisting with DSI's operations and program of work, which works in tandem with the City Council and Downtown Development's goals to increase economic development within the MSD.

**PLANNED ACTIONS**                                                                 **TIMELINE**

- Assist with planning & implementing DSI's Calendar of Events                      Present/Ongoing
- Within the scope of Economic Development for Downtown, collaborate
  w/other City Departments on initiatives beyond the MSD boundaries               FY17-18, 18-19/Ongoing
- Hire experienced Events Coordinator with additional Marketing Duties             By early/mid October 2018
- Hire full-time Administrative Assistant                                          By January 2019
- Search for office location that provides more public accessibility              By January 2019
- Cross train new employee(s) on basic operation systems for Dept&DSI              Within 1 month of hiring
- Introduce new team to public via social media/other platforms/face to face       Within 2 mo. of hiring/Ongoing
- Reinforce/Encourage Salisbury University & SWAY activities w/staff               From 1st day of hiring
- Encourage continual professional and personal development for staff              Ongoing
- Educate public on the Goals, Objectives, Program of Work thru various media     Ongoing

**EVIDENCE OF PROGRESS/ACHIEVEMENT**                                                **TIMELINE**

- ✓ Assisted in planning, implementing, and worked 12 of 12 DSI events             Oct. 2017 to Present
- ✓ Revived four (4) DSI Committees + BOD & began meeting regularly again          Began October 2017 & Ongoing
- ✓ Assisted in creating/implementing new DSI Design Cmte Window program           February 2018
- ✓ Assisted in creating/implementing new DSI business retention programs          May 2018 to Present
- ✓ Performed Organization Assessment & Received National Accreditation            December 2017/January 2018
- ✓ Planned/Implemented Board Retreat with NC Main Street Center Guidance          March/April 2018
- ✓ Engaged Board Officers in updating documents and best practices                FY 2017-18
- ✓ Accumulated info, submitted required report to NC Dept.ofCommerce/MS           May-July 2018
- ✓ Attended 1 of 2 Main Street Director Trainings (1 mandatory; 2 preferred)      Aug. 2018
- ✓ Analyzed/Improved Budgets for Dept. & DSI                                      Oct. 2018 to Present
- ✓ Attended & Provided Info for Chit, Chat, & Chew Community Engagement           April thru Dec. 2018
- ✓ Collaborated with Planning & Engineering Staff Re: Plaza Hotel RFP             January to Present
- ✓ Hired experienced Events & Marketing Coordinator                               Completed Oct. 5, 2018
- ✓ Hired full-time Administrative Specialist                                      Completed Oct. 15, 2018
- ✓ Cross-trained two new employees on operation systems for Dept.&DSI             Basics completed Oct. 31, 2018
- ✓ Relocated offices to 1st floor of City Hall                                    Completed by Nov. 5, 2018
- ✓ Have had three or more articles in Salisbury Post                              From January to Sept. 2018
- ✓ Relationships with DSI Board Officers have improved                            October 2018 to Present

# CITY OF Salisbury

# INDIVIDUAL GOALS AND OBJECTIVES WORKSHEET

## Instructions and Guidelines

**What are goals?**
Goals are statements of end results expected within a specified period of time.

**How are goals defined?**
For each ███████████████████████████████████████████████████████████. Each goal should fit into and support the overall budget and directives outlined by the City Manager and City Council.

**What are some examples?**
- Evaluate water system losses and determine appropriate actions to bring losses under 15% of the water sold by June 30, 2008.

- Identify a minimum of two additional employee benefits that can be offered at little or no cost with enrollment for employees by June 30, 2008.

- Set up a Technology Committee to provide input on implementation of a Technology Plan to be effective April 1, 2008.

- Activate tax and collections modules of new accounting software and provide employee training on modules by April 30, 2008.

- Obtain five (5) new police units to update an aging fleet by June 30, 2008.

**When are they set?**
Annually, during budget process.

**By whom?**
City Council, City Manager, Department Heads, Supervisors, Employees

**How Many?**
Usually 4 or more. However, each department head may require a minimum number of goals, or may establish common goals which are to be included on every employee's worksheet.

**May they be revised?**
Goals may be carried forward from the previous year, revised, added or deleted during the review period as necessary.

**How is the Goals and Objectives Worksheet used throughout the year?** The goals and objectives and planned actions should be set at the beginning of the evaluation period. These should be reviewed with the employee on a regular basis during the year and feedback should be provided on progress related to goals and objectives under the Evidence of Progress/Achievement section. The Year-End Comments section should be completed at the end of the evaluation period and discussed with the employee. A Goal and Objective Worksheet should be completed for each goal.

I HAVE READ AND UNDERSTAND MY GOALS ON THE ATTACHED SHEETS.

_____          _____
Employee                                                      Date

## Larissa's YEAR-END COMMENTS

- Coming into a new City Department and quazi-public-private partnership, there were immediate challenges and misperceptions that had to be overcome by communicating my expertise in the operations of such entities and relying on NC Dept. of Commerce/Main Street Center Staff to assist in the education of best practices for this type of MSD tax fiduciary relationship. I have seen improvement in the willingness to allow me to lead as I had been hired to do over the last few months, which I am very pleased with as this is what I was hired to do.

- Over the last year, I have seen improvements in support, inclusion among my City colleagues as rapport and trust has been built and my varied downtown business and property development experience is being recognized. I appreciate the support and immediate inclusion by my Management Team members into higher level discussions, receiving input in EPR tool analysis, and offerings of educational opportunities. I hope now, with the recently added staff, that I will be able to concentrate and participate more in higher education through association certifications and possibly pursuing Masters Degree in near future.

- There still needs improvement in education/communication that Downtown Development is an actual City Dept., working with a non-profit partner for economic development within the MSD, as just last week a close co-worker did not understand we were a City Dept.

- Over the last year, especially the last 5 months, I have seen improvements in relationships with downtown business and property owners, as rapport and trust is being built.

- Over the last 6 months, I have seen an improvement in Board, Committee members, and business owners public statements and communications to others reflect the overall Vision, Mission, and whole program of work of DSI, not just events based.

- Over the past four months, I have seen a big increase of support and the understanding of the necessity of at least three full-time staff for the efficient operation of the Downtown Development Dept. and public-private partnership with DSI. Which makes me feel valued as a member of the City Management Team.

- I'm very excited about the future of the Downtown Development Dept. and DSI operations with two new, highly effective, energetic, proactive teammates to divvy up responsibilities in order to be an efficient, smooth working economic development engine for Downtown Salisbury. In one month, the two new staff members have caught on quickly to current systems and procedures and are eager and willing to help our cause to implement the Mission and Vision for both the City and Downtown Salisbury, Inc.

- Improvements still need to be made by me to train my staff to recognize and make suggestions to improve systems for efficiency, where possible, populate Maestro for regular use.

Respectfully submitted,


Larissa Harper
Downtown Director
City of Salisbury—Downtown Development Dept.
Downtown Salisbury, Inc.

| | |
|---|---|
| ➢ Update outdated database & add multiple emails for businesses' staff | Oct. 2017 to Present |
| ➢ Analyze current communication outlets & improve upon them | Oct. 2017 to Present |
| ➢ Continue to meet & get to know existing business owners & multiple staff | Present/Ongoing |
| ➢ Work with TDA Digital Marketing partner on regular basis | Present/Ongoing |
| ➢ Discussions & Connections through DSI Economic Vitality Committee | Present/Ongoing |
| ➢ Offer Small business seminars/resource to consultants | Present/Ongoing |
| ➢ Add to marketing materials/outlets benefits of public-private partnership | Fall 2018/Ongoing |
| ➢ Encourage DSI Board Members & Cmtes to relay benefits MSD partnership | Present/Ongoing |
| ➢ Coordinate meeting of business & property owners & DT organizations | Fall 2018/Winter 2019 |
| ➢ Create recruitment marketing materials for businesses and developers | January-July 2019 |

| **EVIDENCE OF PROGRESS/ACHIEVEMENT** | **TIMELINE** |
|---|---|
| ✓ Connected multiple (approx. 10) Tenants, Building Owners & Agents w/Grant Admins | January 2018 to Present |
| ✓ Agents/Investors/Tenants contact me to find available incentives & property | January 2018 to Present |
| ✓ Have updated the severely out of date DSI website, major strides in last 3 months | Oct. 2017 to Present |
| ✓ More Committee and BOD members are referring to the DSI website | Feb. 2018 to Present |
| ✓ Began input of BOD & Cmte Members in Maestro | June 2018-Aug.2018 |
| ✓ Met three (3) times with group interested in minority entrep. Incubator | March 2018-June 2018 |
| ✓ Invited to meet with IDEA Center Re: possibilities of downtown location | March 2018-Present |
| ✓ Economic Vitality Cmte began Lecture Series & gained F&M sponsorship | Oct. 2018 |
| ✓ Coordinated tour to Flywheel@Davidson College | Nov. 2018 |
| ✓ I utilized intern to begin better communication with database using Survey Monkey, Doodle Polls, as well as increasing the database with emails for multiple staff of businesses | June 2018 to Present |
| ✓ More business owners and staff are responding to our request for participation | August 2018 to Present |
| ✓ DSI Promotions Chair & I meet with TDA Digital Marketing Staff regularly | July 2018 to Present |
| ✓ EV Chairperson/BOD V-Chair including me more in meetings & discussions | Aug. 2018-Present |
| ✓ Improvement seen w/Board Officers valuing my experience/dedication | Aug. 2018-Present |
| ✓ Well attended "Age of Amazon" small business seminar | June 2018 |
| ✓ Decrease in negative communications coming from existing business owners | June 2018 |
| ✓ Discussions among business owners are reflecting improved DSI relations | Aug.2018-Present |
| ✓ Increase in DSI Board & Cmte members accurately relaying benefits | June 2018 |
| ✓ New M&E Staff and I have planned route, set times, & are visiting bus.owners | Nov. 2018 |
| ✓ New Marketing & Events staff & I planning gathering for all businesses, property owners, and organizations located within MSD, which will include discussion on regularly occurring Friday events | Nov. 2018 |

4. **GOAL AND OBJECTIVE**
   **Concentration Area: Redevelopment through Improved Accessiblity & Design**
   To contribute to the process of completing a comprehensive parking study for the Municipal Service District.
   (Corresponds with City Council FY18-19 Goals)

   | PLANNED ACTIONS | TIMELINE |
   |---|---|
   | ➢ Express importance of being included on any studies with other City Staff | Oct. 2017 |
   | ➢ Encourage City Staff to report/include DSI Design Cmte on input | Oct. 2017 |
   | ➢ Assist in coordinating conversations b/t DT stakeholders & consultant | When Study Begins |
   | ➢ Communicate the importance of third party study & input w/stakeholders | During Study Period |
   | ➢ Assist with communicating study results & any post-study tasks | After Study Period |
   | ➢ Add the accomplishment of study to all media avenues and marketing materials | After Study Period |

   | EVIDENCE OF PROGRESS/ACHIEVEMENT | TIMELINE |
   |---|---|
   | ✓ City Staff were open to discussions and gaining my input on parking | Oct. 2017 to Present |
   | ✓ City Staff regularly report at DSI Design Cmte meetings & open to input | Oct. 2017 to Present |
   | ✓ Included in dialog, input, on in-house parking research project | Nov. 2017 – Jan. 2018 |
   | ✓ Provided advice and completed parking study as example from prior downtown | Jan. 2018 to Present |
   | ✓ Included in RFP review & selection process of parking study consultant | Nov. 2018 |

5. **GOAL AND OBJECTIVE**
   **Concentration Areas:**
   **Property Development**
   **Business Retention & Business Owner Relations**
   **Business Recruitment**

   Continue to build rapport with existing business owners, their staff, property owners and their agents, educating on the purpose of DSI and the spectrum of benefits the organization brings to them, communicating current incentives available, as well assist in the study of creating an investment fund for small and minority businesses, to encourage redevelopment of downtown underutilized properties, reduce vacancies in commercial space, and attract new, market rate tenants that will fill gaps of uses with the MSD.
   (Corresponds with City Council FY18-19 Goals)

   | PLANNED ACTIONS | TIMELINE |
   |---|---|
   | ➢ Familiarize BOD & Cmte members w/info found on DSI website & ask they refer to it | Oct. 2017-Present |
   | ➢ Update the severely out of date DSI website with available properties & businesses | Oct. 2017-Present |
   | ➢ Populate new inventory database (Maestro) to track property improvements, lease rates, occupancy & other data to improve annual reporting to NC Dept. of Commerce/MainStreetCenter | June 2018-Present |
   | ➢ Pass my card/schedule meetings w/building owners & tenants | Present/Ongoing |
   | ➢ Ask DSI board & committees & others to assist in personally connecting me | Present/Ongoing |
   | ➢ Communicate to property owners/agents benefits of free DSI marketing assistance | Present/Ongoing |
   | ➢ Use various forms of media to communicate available units for lease & sale | Present/Ongoing |
   | ➢ Ask Board & Committee Members to refer potential grantees to me/DSI website | Present/Ongoing |
   | ➢ Meet with other parties interested in creating angel investment group | Jan. 2018 to Present |
   | ➢ Meet with other parties interested in entrepreneurial incubator resources | Present/Ongoing |
   | ➢ Pass along resources (NC Rural Center, CCOG) that have low-interest loans | Present/Ongoing |
   | ➢ Placed on Agenda for discussion at DSI Economic Vitality Cmte | Present/Ongoing |

2. **GOAL AND OBJECTIVE**
   **Concentration Area: Empire Hotel Re-Development**
   Continue to support efforts for the sale and redevelopment of the Empire Hotel into viable residential commercial and retail space. (Corresponds with City Council FY18-19 Goals)

| PLANNED ACTIONS | TIMELINE |
|---|---|
| ➤ Facilitate/Coordinate any on-site meetings when developer requests | Present/Ongoing |
| ➤ Facilitate/Coordinate meetings with City and County Depts. | Present/Ongoing |
| ➤ Continue meetings as scheduled with Development Team | Ongoing until fully developed |
| ➤ Connect Developer with potential retail/co-working/live-work tenants | Ongoing until comm space full |

| EVIDENCE OF PROGRESS/ACHIEVEMENT | TIMELINE |
|---|---|
| ✓ Meetings with Developer and City improved | Nov. 2018 to Present/Ongoing |
| ✓ Five (5) Open Houses scheduled with successful attendance | Oct. 2018 to August 2018 |
| ✓ Progress made with HUD process, my speaking to Underwriter | May 2018 |
| ✓ Worked with lenders and appraiser to renew Balloon Loan for DSI | June-August 2018 |
| ✓ LGC approved Master Lease | Oct. 2018 |
| ✓ Documents signed | Oct. 2018 |

3. **GOAL AND OBJECTIVE**
   **Concentration Area: Redevelopment of Downtown through Beautification, Infrastructure**
   To be included in discussions and activities regarding City/DSI investment in streetscape and infrastructure improvements to enhance appearance, accessibility and livability of downtown Salisbury which will support economic and residential growth efforts including Bell Tower Green, the Empire Hotel, and expansion of passenger rail service. (Corresponds with City Council FY18-19 Goals)

| PLANNED ACTIONS | TIMELINE |
|---|---|
| ➤ Discuss inventory of streetscape and infrastructure improvements w/ City Staff | Present/Ongoing |
| ➤ Relay the importance to City Depts of my inclusion in downtown improvements | Present/Ongoing |
| ➤ Encourage attendance of City Public Works & Planning Staff to DSI Design Cmte | Present/Ongoing |
| ➤ Coordinate correspondence b/t DSI Design Cmte & Planning staff outside of mtg | August 2018 to Present |
| ➤ Facilitate/Connect City and Design Cmte to Update 2010 Downtown Master Plan | Present to July 2019 |
| ➤ Activate Empty Windows owned by private individuals partnering with DSI | Present to July 2019 |
| ➤ To be included in Bell Tower Green planning conversations | Present/Ongoing |
| ➤ Ensure all RFPs/marketing materials/conversations w/developers inc. RR expansion | Present/Ongoing |

| EVIDENCE OF PROGRESS/ACHIEVEMENT | TIMELINE |
|---|---|
| ✓ Revived DSI Design Committee meetings (had not met for 1.5 yrs) | Oct. 2017 to Present/Ongoing |
| ✓ City Planning, Public Works, Engineering Staff reg. attend DSI Design Cmte | Oct. 2017 to Present/Ongoing |
| ✓ Met with Alyssa & Kyle to discuss grants and current inventory | Oct.-Nov. 2017/Ongoing |
| ✓ Master Plan review & edits began in DSI Design Cmte w/City Staff present | June 2018/Ongoing |
| ✓ Began partnership w/volunteer to activate Empire Hotel windows | Feb. 2018 to Present/Ongoing |
| ✓ Created good working relationship with out of town owner of multiple props | Feb. 2018 to Present/Ongoing |
| ✓ Meet and connect with property owners weekly | Oct. 2017 to Present/Ongoing |
| ✓ Included in conversations with Bell Tower Green Design Consultant | Spring/Summer 2018 |
| ✓ Future additional Amtrak service and current schedule added to Plaza RFP | Nov. 2018 |