IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:21-cv-00814-CCE-LRW

| | |
|---|---|
| LARISSA HARPER HAIRGROVE,       )<br>                                                             )<br>   Plaintiff,                                     )<br>                                                             )<br>   v.                                               )<br>                                                             )<br>CITY OF SALISBURY, DOWNTOWN )<br>SALISBURY INC., and LANE            )<br>BAILEY, in his individual and official )<br>capacity,                                       )<br>                                                             )<br>   Defendant.                                 ) | **PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

COMES NOW the Plaintiff and moves this Court to extend the deadline for filing responses to Defendants' Motions for Summary Judgment (Doc. 37, 39, 41) and memoranda in support (Doc. 38, 40, 42) for 17 days. In support of this motion, Plaintiff shows the Court the following:

1. On April 3, 2023, Defendants DSI, City of Salisbury, and Defendant Lane Bailey (in his individual and official capacity) filed their motions for summary judgment and memoranda filed in support thereof. [Doc. Nos 37-42]

2. These briefs consist of 58 total pages and reference 54 exhibits, some

-1-

of which are duplicative but most of which have different numbers.

3. The undersigned on behalf of Plaintiff underestimated the amount of time needed to respond to the three separate briefs and two separate sets of exhibits in this matter.

4. The undersigned on behalf of Plaintiff also foolishly and erroneously, but without any guile or intent to deceive, represented to the Court that she would not ask for any additional extensions of time and is deeply apologetic for doing so.

5. The time for filing a response to Defendants' motions has not expired and the undersigned finds herself in the unfortunate position of needing to request an extension of time to respond to the three separate memoranda and two sets of exhibits filed in support of Defendants' motions for summary judgment.

6. Since April 3, 2023, Plaintiff has been working diligently to prepare responses to each of the three motions filed by Defendants, in addition to fulfilling her responsibilities to her other clients, and responding to other motions in this Court and other courts.

7. Defendants consent to an extension of time.

8. This motion is not filed for the purpose of delay but for good cause

shown and only after determining that the undersigned realized that an extensions was necessary in order to meet the undersigned's professional obligations to provide her client with competent representation.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend Plaintiff's time for responding to Defendants' Motions for Summary Judgment for 17 additional days, or up and including until Monday, June 5, 2023.

Respectfully submitted, this 18th day of May 2023.

| | |
|---|---|
| /S/ VALERIE L. BATEMAN | /S/ JUNE K. ALLISON |
| Valerie L. Bateman | June K. Allison |
| New South Law Firm | New South Law Firm |
| 209 Lloyd Street, Ste 350 | 233 S. Laurel Ave |
| Carrboro, NC  27510 | Charlotte, NC  28207 |
| 919-810-3139 | 704-277-0113 |
| NC State Bar: 13417 | NC State Bar: 9373 |
| valerie@newsouthlawfirm.com | june@newsouthlawfirm.com |

*Counsel for Plaintiff*

## CERTIFICATE OF FILING AND SERVICE

This is to certify that the undersigned has this day electronically filed or caused to be filed the foregoing **PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of the filing of the document to all counsel of record.

This 18th day of May 2023.

/s/ VALERIE L. BATEMAN
Valerie L. Bateman
NEW SOUTH LAW FIRM