IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LARISSA HARPER HAIRGROVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21-CV-814 |
| ) | |
| CITY OF SALISBURY, DOWNTOWN ) | |
| SALISBURY INC., and LANE BAILEY, in ) | |
| his individual and official capacity, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Plaintiff seeks another extension of time to respond to Defendants' Motions for Summary Judgment. The plaintiff has not shown good cause, and the requested extension would compress the time available to resolve the pending motions before trial, given the court's other obligations. This would also make it likely that trial preparation obligations under Fed.R.Civ.P. 26(a)(3) and LR 40.1(c) would be due before resolution of the motions.

Nonetheless, in the exercise of its discretion, the Court **GRANTS** the motion, Doc. 44, in part, and **ORDERS** that the deadline to respond to the summary judgment motions is extended to May 31, 2023. The plaintiff **MAY** file a consolidated response to the three motions, if that is more efficient, with a word limit of 11,000 words for the consolidated brief.

**SO ORDERED**, this 19th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE