# ADDITIONAL EXCERPTS FROM PLAINTIFF'S DEPOSITION

```
              IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF NORTH CAROLINA
                   Civil Action No.: 1:21-cv-814
```

LARISSA HARPER HAIRGROVE,          )
                                   )
                  Plaintiff,       )
                                   )
    vs.                            )
                                   )
CITY OF SALISBURY, DOWNTOWN        )
SALISBURY INC., and LANE           )
BAILEY, in his individual and      )
official capacity,                 )
                                   )
                  Defendants.      )
                                   )
----------------------------------

---

                            DEPOSITION
                               OF
                     LARISSA HARPER HAIRGROVE
---

TAKEN AT THE OFFICES OF:
GATEWAY BUILDING
204 EAST INNES STREET, SUITE 200
2ND FLOOR CONFERENCE ROOM
SALISBURY, NC 28144


                            02-22-2023
                          9:54 O'CLOCK A.M.
---

                          Gretchen Wells
                          Court Reporter

                        Chaplin & Associates
                  132 Joe Knox Ave, Suite 100-G
                        Mooresville, NC 28117
           (704) 606-1434 | (336) 992-1954 | (919) 649-4444

```
 1   here in this lawsuit?
 2       A.   I think that he could see the pressure I was
 3   under from both sides, as a DSI board member and
 4   promotions chair.  He spent a lot of time with me and
 5   Latoya, and prior to Latoya, Katelin Rice.  And he
 6   went to almost every committee meeting other than his
 7   own.  And I believe he understood that I was under
 8   pressure.
 9            And he went to some point towards the --
10   before I was constructively discharged, I'll call it,
11   since one of the board members told me to look that up
12   and see what that's all about because that's -- kind
13   of seemed what was going on.  He went and talked to
14   Lane and Zack about kind of how he saw things.
15       Q.   When did he do this?
16       A.   It was probably in March or April, maybe
17   May.
18       Q.   So the spring of 2020?
19       A.   Yes.
20       Q.   Would that be fair?
21       A.   Uh-huh (yes).
22       Q.   Okay.  And how do you know that he went and
23   talked to Zack and Lane?
24       A.   Because he communicated that to me.
25       Q.   He came back and told you, "I talked to Zack
```

```
1        A.    Right.
2        Q.    Okay.  And so ---
3        A.    I think I heard that right.  I'm sorry.  I'm
4   waning.  I'm starting to wane.  You all are probably
5   too, but...
6        Q.    You didn't have Outlook -- access to Outlook
7   calendars for the last year of your employment when
8   you created that log of hours you say you're due?
9        A.    After I was constructively discharged, I did
10  not have access.
11       Q.    Okay.  So you ---
12       A.    Only whenever I worked for Salisbury did I
13  have access.
14       Q.    Okay.  So what I understand you're saying is
15  that you used emails and text messages to create that
16  log?
17       A.    To -- yeah, identify the times I was ---
18       Q.    Okay.  And you created that on your own
19  computer ---
20       A.    Yeah.
21       Q.    --- at home?
22       A.    Uh-huh (yes).
23       Q.    And it was a Word document?
24       A.    Yes.
25       Q.    Okay.  And you say that you start -- so when
```