IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LARISSA HARPER HAIRGROVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21-CV-814 |
| | ) | |
| CITY OF SALISBURY, | ) | |
| DOWNTOWN SALISBURY INC., | ) | |
| and LANE BAILEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On July 5, 2023, the Court entered an Order to Show Cause directing the plaintiff to Show Cause why she should not be sanctioned for violating the Local Rules and this Court's Order in connection with the summary judgment briefing. *See* Doc. 61. The plaintiff responded, *see* Doc. 62, stating no opposition to the Court's proposed Order, agreeing to file a revised brief in compliance with the Rules and the Court's requirements, and asking that no attorney's fees be ordered. The Court will decide whether attorney's fees are appropriate if and when a defendant seeks them.

**IT IS ORDERED THAT**:

1. The plaintiff's "Statement of Materials Facts," filed at Doc. 46, and the briefs in opposition to summary judgment at Docs. 56-3, 52, and 53 are **STRICKEN**.

2. The plaintiff **MAY** file one consolidated brief of no more than 10,000 words in opposition to all three summary judgment motions no later than July 21, 2023.

3. For each and every fact asserted in the response brief, the plaintiff **SHALL** include a citation to the docket and page number appended by the CM-ECF system. Any facts without such citation will be disregarded.

4. The plaintiff **SHALL NOT** make any new argument and **SHALL** limit her arguments to those made in her original briefing, without excess rhetoric, unnecessary adverbs, conclusory language, or unhelpful opinions from counsel.

5. The plaintiff **SHALL NOT** file any additional evidence and **SHALL** rely only on evidence already in the record.

6. No later than August 4, 2023, each of the defendants **MAY** file a short supplemental brief of no longer than 1000 words or file a substitute reply brief subject to the usual word limits. If a substitute reply brief is filed, the Court will not read the original reply brief.

7. After completion of the briefing authorized herein, each defendant **MAY** file a motion for attorney's fees as appropriate under Federal Rule of Civil Procedure 54(d)(2) and Local Rule 83.4(a)(4).

8. Trial is **CONTINUED** to the January 2024 civil term.

This the 7th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE

2

Case 1:21-cv-00814-CCE-JLW   Document 63   Filed 07/07/23   Page 2 of 2